# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED

E-Filing

UNITED STATES OF AMERICA,

CR 07 0334

JOSE JESUS GUTIERREZ RODRIGUEZ

**CRB**

DEFENDANT.

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

A true bill.

_____ Foreman

Filed in open court this _____ day of _____

_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 29 PM 4:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
8 U.S.C. § 1326 - Alien Found in the United States After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of 20 years
Maximum Fine of $250,000
Maximum supervised release of 3 years
Mandatory special assessment fee of $100.

*Filing*

### DEFENDANT
JOSE JESUS GUTIERREZ RODRIGUEZ

**DISTRICT COURT NUMBER**
CR 07 0334 CRB

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed? ☑ Yes ☐ No  If "Yes" give date filed 5/16/2007

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year 5/21/2007

☐ This report amends AO 257 previously submitted

### PROCEEDING
**Name of Complainant Agency, or Person (&Title, if any)**
Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.
3-07-70300 EDL

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** WENDY THOMAS

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

07 MAY 29 PM 4: 04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>Plaintiff,  <br>v.  <br>JOSE JESUS GUTIERREZ RODRIGUEZ,  <br>Defendant. | CR 07 0334 CRB  <br>Criminal No.:  <br>VIOLATION: Title 8, United States Code Section 1326 -- Alien Found in the United States After Deportation  <br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about May 16, 2007, the defendant,

JOSE JESUS GUTIERREZ RODRIGUEZ,

an alien, having been previously excluded, deported, and removed from the United States to Mexico, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the

//

INDICTMENT

1 | defendant for admission into the United States, in violation of Title 8, United States Code,
2 | Section 1326.
3 |
4 | DATED:                                             A TRUE BILL.
5 |
6 | 05/29/07                                           FOREPERSON
7 | SCOTT N. SCHOOLS
  | United States Attorney
8 |
9 |
10 | IOANA PETROU
   | Chief, Major Crimes Section
11 |
12 |
13 | (Approved as to form:
14 | Wendy Thomas
   | Special Assistant United States Attorney

INDICTMENT                                            2