1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-6809
      Facsimile: (415) 436-7234
8     E-Mail: wendy.thomas@usdoj.gov
9  Attorneys for Plaintiff
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA,          )   Criminal No. CR 3-07-70300 EDL
                                       )
15         Plaintiff,                  )
                                       )
                                       )   **[PROPOSED] ORDER AND
16     v.                              )   STIPULATION EXCLUDING TIME
                                       )   FROM MAY 29, 2007 TO JUNE 4, 2007**
17  JOSE JESUS GUTIERREZ RODRIGUEZ,    )
                                       )
18         Defendant.                  )
                                       )
19  _____  )
20
21         The parties appeared before the Honorable Nandor J. Vadas on May 29, 2007.
22  With the agreement of counsel for both parties, the Court found and held as follows:
23         1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
24  3161(b), from May 29, 2007 to June 4, 2007, in light of the need for continuity of counsel.
25  Failure to grant the requested continuance would unreasonably the defendant continuity of
26  counsel.
27         2. Given these circumstances, the Court found that the ends of justice served by
28
**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70300 EDL**

excluding the period from May 29, 2007, to June 4, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 29, 2007 to June 4, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/4/07                                            /s/
                                                    GEOFFREY HANSEN
                                                    Federal Public Defender

DATED: 5/30/07                                          /s/
                                                    WENDY THOMAS
                                                    Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____
                                                    THE HON. NANDOR J. VADAS
                                                    United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 3-07-70300 EDL**         2