1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
8  E-Mail: wendy.thomas@usdoj.gov
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 3-07-70300 EDL |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM MAY 29, 2007 TO JUNE 4, 2007 |
| JOSE JESUS GUTIERREZ RODRIGUEZ, | ) | |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Honorable Nandor J. Vadas on May 29, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 29, 2007 to June 4, 2007, in light of the need for continuity of counsel. Failure to grant the requested continuance would unreasonably the defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70300 EDL**

excluding the period from May 29, 2007, to June 4, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 29, 2007 to June 4, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/4/07

/s/
GEOFFREY HANSEN
Federal Public Defender

DATED: 5/30/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 6/6/07

THE HON. NANDOR J. VADAS
United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME
CR 3-07-70300 EDL**                              2