| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **June 13, 2007**

Reporter: **James Yeomans**

| | |
|---|---|
| **Case No:** CR-07-0334-CRB | **DEFT:** JOSE JESUS RODRIGUEZ<br>(X)Present |
| AUSA: Wendy Thomas<br>Interpreter: Ines Swaney | DEF ATTY: Elizabeth Falk |

**REASON FOR HEARING** Status Conference

**RESULT** Held; matter set for motion or change of plea. Time excluded from 6/13/2007 to 7/25/2007, government to prepare order re exclusion of time.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** July 25, 2007 @ 2:15 p.m.  **for** Motions/Change of Plea


**JUDGMENT** _____


Notes:   Remanded to custody