IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00334 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| JOSE JESUS RODRIGUEZ, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing for change of plea currently on calendar for July 25, 2007 to Friday, **July 27, 2007 at 3:30 p.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 20, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Barbara Espinoza
    Courtroom Deputy