| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Barbara Espinoza** |

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: <u>**July 27, 2007**</u>

Reporter**:** <u>**Sylvia Russo**</u>

**Case No:** <u>CR-07-0334-CRB</u>     **DEFT:**  <u>JOSE JESUS RODRIGUEZ</u>
                                         (X)Present

AUSA: <u>Wendy Thomas</u>         DEF ATTY: <u>Elizabeth Falk</u>
Spanish Interpreter: <u>Melinda Basker</u>

**REASON FOR HEARING** <u>Status Conference</u>

**RESULT** <u>Held; Court sets briefing schedule.</u>

Motions (if any) to be filed <u>August 01, 2007; response by August 15, 2007.</u>
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** <u>August 28, 2007 @ 2:30 p.m.</u>  **for** <u>Motion hearing</u>

**JUDGMENT**

Notes:   <u>Remanded to custody</u>