BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE JESUS GUTIERREZ,<br><br>        Defendant. | No. CR- 07-0334 CRB<br><br>DECLARATION OF ELIZABETH M. FALK IN SUPPORT OF MOTION TO DISMISS |

I, ELIZABETH M. FALK, DECLARE

1.   I am the attorney of record for Jose Jesus Gutierrez;

2.   Attached to this declaration as Exhibits A-E are documents that were provided to me by the United States Attorney's Office for the Northern District of California as discovery in the aforementioned matter. It is my knowledge and belief that the attached documents, which are relevant to establish facts in support of Defendant's Motion to Dismiss, are true and correct copies of documents from Mr.

Dec. In Support of Motion to Dismiss                    1

Guitierrez' Alien File with the Department of Immigration and Customs Enforcement;

3. Attached as Exhibit A are true and correct copies of Mr. Guitierrez' Resident Alien ("green card") application and Resident Alien card, marked with BATES JJGR 234-236, 238-239, 223, and 228-229;

4. Attached as Exhibit B are true and correct copies of discovery provided to me by the United States Attorney's Office attesting to the validity of the audio tape of deportation proceedings relevant to the instant case, BATES JJGR 219-220. It should be noted that a transcription of this tape, along with an accompanying declaration and a copy of the audio file, are manually filed as exhibits in a separate document entitled "Declaration of Amy Jo Lucas in Support of Defendant's Motion to Dismiss";

5. Attached as Exhibit C is a true and correct copy of an Order of the Immigration Judge dated March 24, 1997, BATES JJGR 203. It is my information and belief, after a review of the Alien-file, that this March 24, 1997 deportation hearing is the only hearing Mr. Guitierrez' had before an Immigration Judge;

6. Attached as Exhibit D is a true and correct copy of a piece of discovery provided to me from Mr. Guitierrez' A-file summarizing

his criminal history as of June 23, 2003, BATES JJGR 0097;

7. Attached as Exhibit E is a true and correct copy of Immigration and Naturalization's Notice of Intent/Decision to Reinstate Prior Order, provided to me by the United States Attorney's Office as BATES JJGR 196-198. It is my information and belief that this document was utilized to deport Mr. Guitierrez in 2003 by reinstating the earlier March 24, 1997 order of the Immigration Judge;

8. Attached as Exhibit F is a true and correct copy of a court record for Mr. Gutierrez from San Mateo County obtained by our office investigator, Melissa Frink, showing a change of plea to Cal. Penal Code Section 484 by Mr. Gutierrez on May 9, 1996.

I declare under penalty of perjury that the foregoing is true and correct. Sworn this 2nd day of August, 2007, at San Francisco, California.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

*Elizabeth M. Falk*
ELIZABETH M. FALK
Assistant Federal Public Defender

Dec. In Support of Motion to Dismiss            3