# EXHIBIT A

OPTIONAL FORM 155 (REV 4-77)
(Formerly FS-511)
DEPT OF STATE

ICF HAS PROCESSED

50155-102

IV- 7,448,604

# IMMIGRANT VISA AND ALIEN REGISTRATION

THE IMMIGRANT
☐ HAS   ☒ HAS NOT
BEEN PREVIOUSLY IN
THE UNITED STATES

OF: (Family Name) (First Name) (Middle Name)
PEREZ GUTIERREZ, JOSE DE JESUS

I & NS FILE NUMBER, IF KNOWN

ACTION BY IMMIGRANT INSPECTOR
U. S. IMM...
394 SYS

THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA

BY AUTO
(Name of vessel or flight no. of arrival)

SEC. 212(a)(14) LABOR CERTIFICATION
☒ NOT APPLICABLE

ADMITTED UNTIL 394

INELIGIBILITY FOR VISA WAIVED UNDER SECTION
☐ 212(e)   ☐ 212(h)
☐ 212(g)   ☐ 212(i)

☐ ATTACHED
☐ NOT REQUIRED

DATE OF BIRTH: 10-23-75
COUNTRY OF BIRTH: Mexico  582
OCCUPATION: Minor
COUNTRY OF RESIDENCE: Mexico  582
MARITAL STATUS: ☐M ☒S ☐W ☐D ☐SEP
SEX: M
NATIONALITY: Mexican

FINAL ADDRESS IN THE UNITED STATES
STREET ADDRESS: 707 N. Meyler St.
CITY, STATE, AND ZIP CODE, IF AVAILABLE: San Pedro, Ca. 90731

ACTION OF S.I.O. | ACTION ON APPEAL | U.S.P.H.S.

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

AMERICAN Embassy
AT Mexico, D.F.

Olga Murphy
Vice Consul of the United States of America.

## IMMIGRANT CLASSIFICATION

CLASSIFICATION SYMBOL: SA-1
FOREIGN STATE/OTHER AREA LIMITATION: Mexico
IMMIGRANT VISA NO.

ISSUED ON
(Day) 28  (Month) 5  (Year) 81

THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF
(Day) 27  (Month) 9  (Year) 81

### PASSPORT
NO. 25583
OR OTHER TRAVEL DOCUMENTS (Describe)

ISSUED TO: Juan Perez Castañeda, wife & 3-ch.
BY: Mexican Foreign Office
ON: May 11-81
EXPIRES: May 10-83

Tariff Item No. 21
Fee Paid $20
Local Cy Equiv.

mtf

IV- 7,448,604

Unclassified
For Official Use Only

JJGR-0234

# VISAS DE INMIGRANTE

EMBAJADA DE LOS ESTADOS UNIDOS · REFORMA 305. MEXICO, D. F.   TEL. 553-33-33



### DEPARTAMENTO DE ESTADO
### SOLICITUD DE VISA DE INMIGRANTE Y REGISTRO DE EXTRANJERO

INSTRUCCIONES: Este cuestionario debe llenarse por DUPLICADO a máquina o, de hacerlo a mano, en letras de molde legibles. Deben contestarse TODAS las preguntas pertinentes. Cuando una pregunta no es pertinente, indíquese N.P. (no pertinente). *Si el espacio previsto en el cuestionario para la respuesta a alguna pregunta fuere insuficiente, sírvase contestar en hojas aparte, por duplicado, indicando los mismos números de las preguntas del cuestionario a las que corresponden las respuestas.* Anexe las hojas al cuestionario. NO FIRME este cuestionario hasta que el funcionario consular le indique que lo haga. Los derechos para la presentación de esta solicitud de visa de inmigrante son de US $5,00. Estos derechos deben abonarse en dólares de los Estados Unidos o en su equivalente en moneda nacional, o mediante giro bancario, en oportunidad de presentar la solicitud al funcionario consular.

ADVERTENCIA: Toda declaración falsa u ocultación de un hecho pertinente, puede ser causa de exclusión permanente de los Estados Unidos. Aun cuando el peticionario ya hubiere sido admitido a los Estados Unidos, una declaración fraudulenta puede ser motivo de su enjuiciamiento, deportación, o ambos.

### DEPARTMENT OF STATE
### APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

INSTRUCTIONS: This form must be filed out in DUPLICATE by typewriter, or if by hand in legible block letters. ALL questions must be answered, if applicable. Questions which are not applicable should be so marked. *If there is insufficient room on the form, answer on separate sheets, in duplicate using the same numbers as appear on the form.* Attach the sheets to the forms. DO NOT SIGN this form until instructed to do so by the consular officer. The fee for filing this application for an immigrant visa is $5,00. The fee should be paid in United States dollars or local currency equivalent or by bank draft when you appear before the consular officer.

*WARNING: Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even though you should be admitted to the United States, a fraudulent entry could be grounds for your prosecution and/or deportation.*

| 1. Apellido(s) (Family name) | Nombre (First name) | Segundo Nombre (Middle name) |
|---|---|---|
| PEREZ | JOSE DE JESUS | GUTIERREZ |

2. Otros nombres que haya usado o por los cuales se le conozca *(si es mujer casada, indique aquí el apellido de soltera)*
   (Other names used or by which known *(if married woman, give maiden name)* )
   JOSE DE JESUS PEREZ GUTIERREZ

3. Nombre completo en alfabeto nacional, si no se usan caracteres romanos *(v.g.: árabe)*
   (Full name in native alphabet *(if Roman letters not used)* )
   EL MISMO

| 4. Fecha de nacimiento (Date of birth) | 5. Edad (Age) | 6. Lugar de nacimiento (Place of birth) |
|---|---|---|
| Día (Day) Mes (Month) Año (Year) 23 OCTUBRE 1975 | 5 años | Ciudad o pueblo (City or town) YAHUALICA — (Prov. o Dpto.) (Province) JALISCO — País (Country) MEX. |

| 7. Nacionalidad (Nationality) | 8. Sexo (Sex) | 9. Estado Civil (Marital Status) |
|---|---|---|
| MEXICANA | ☒ Masculino (Male)  ☐ Femenino (Female) | ☒ Soltero *(Quien nunca se haya casado)* (Single *(never married)* )  ☐ Casado (Married)  ☐ Viudo (Widowed)  ☐ Divorciado (Divorced)  ☐ Separado (Separated)  Incluyendo mi matrimonio actual, me he casado ............... veces (Including my present marriage, I have been married ............... times.) |

| 10. Ocupación (Occupation) | 11. Domicilio actual (Present address) |
|---|---|
| MENOR | CALLE GLEZ. ORTEGA 345 YAHUALICA JALISCO |

12. Nombre completo, domicilio, lugar y fecha de nacimiento del cónyuge (dé el apellido de soltera de la esposa)
    *(Name, address, date and place of birth of wife/husband (Give maiden name of wife) )*
    N.P

Fecha y lugar en que se celebró el matrimonio
*(Date and place of marriage)*   N.P



ESTE CUESTIONARIO SE OBTIENE GRATIS EN CUALQUIER OFICINA CONSULAR DE LOS ESTADOS UNIDOS
THIS FORM MAY BE OBTAINED FREE AT CONSULAR OFFICES OF THE UNITED STATES OF AMERICA

Form OF-230 (Spanish) (1-77)

JJGR-0235

**13. Nombres, domicilios, fechas y lugares de nacimiento de todos los hijos.**
*(Names, addresses, dates and places of birth of all children)*

N.P

---

**14. Personas nombradas en los números 12 y 13 que me acompañarán o me seguirán a los Estados Unidos:**
*(Person named in 12 and 13 who will accompany or follow me to the United States)*

N.P

**15. Domicilio definitivo en los EE.UU.**
*(Final address in the U.S.)*

207 P
MEYLER ST. SAN PEIRO CALIF.
90731

---

**16. Nombre, parentesco (de haberlo) y domicilio de la persona con quien se reunirá en los Estados Unidos.**
*(Person you intend to join (Give name, address and relationship, if any))*

JUAN PEREZ GUTIERREZ    (HERMANO)

EL MISMO DOMICILIO DEL 15

**17. Nombre y domicilio de la persona u organización que lo patrocina (si no es la misma indicada en el número 16)**
*(Name and address of sponsoring person or organization (If different from 16))*

EL MISMO

---

**18. Filiación personal:** *(Personal description)*

a) Color del cabello *(Color of hair)*
CASTAÑO

c) Estatura *(Height)*
1 m (ft.)  10 cm (in.)

b) Color de los ojos *(Color of eyes)*
CAFES

d) Tez *(Complexion)*
MORENA

**19. Señas particulares** *(Marks of identification)*

NINGUNA

---

**20. Motivo del viaje a los EE.UU.**
*(Purpose in going to the United States)*

RADICAR

**21. ¿Cuánto tiempo piensa permanecer en los EE.UU.? (Si permanente, indíquelo)**
*(Length of intended stay (If permanently, so state))*

XUN NOXLO XEXGX
PERMANTE

---

**22. Puerto de entrada**
*(Intended port of entry)*

TIJUAN B.C.  San Ysidro CA.

**23. ¿Tiene usted pasaje hasta su destino final?**
*(Do you have a ticket to final destination?)*

AU NO LO TENGO

---

**24. Recursos financieros personales** *(Personal financial resources)*

a) Efectivo *(Cash)* ...... PARA GASTOS DE VISA Y VIAJE
b) Depósitos bancarios *(Bank deposits)* ...... NO
c) Bienes raíces (su valor) ...... NO
   *(Real Estate (value))*
d) Otros (descríbanse) ...... NO
   *(Other (describe))*

---

**25. Nombre completo, domicilio, fecha y lugar de nacimiento del padre (si ha fallecido, indíquese en qué año murió)**
*(Father's name, address, date and place of birth (If deceased, so state giving year of death))*

JUAN PEREZ CASTAÑEDA
RACHO SANTILLAN JALISCO
20 MAYO DE 1939

---

**26. Nombre completo, soltera, domicilio, fecha y lugar de nacimiento de la madre (si ha fallecido, indíquese en qué año murió)**
*(Maiden name, address, date and place of birth (If deceased, so state giving year of death))*

MARIA
DE JESUS GUTIERREZ
AGUA COLORADA MPIO. YAHUALICA JAL.
MIO 1950

(Spanish) (1-77)                                                                                                    Page 5

..., o en cualquier momento hayan sido anarquistas, o miembros o afiliados a cualquier partido comunista u otro partido totalitario, inclusive cualquier sub-
...no afiliado del mismo; quienes prediquen o enseñen o hayan predicado o enseñado, ya sea personalmente o por medio de material escrito o impreso,
... organización: 1) oposición al gobierno organizado, 2) derrocamiento del gobierno por la fuerza o la violencia, 3) el asalto o asesinato de funcio-
... hecho de serlo, 4) la destrucción ilegal de bienes, 5) sabotaje, 6) las doctrinas del comunismo mundial o el establecimiento de una dictadura
... Unidos; y quienes pretenden entrar a los Estados Unidos para llevar a cabo actividades perjudiciales o ilegales que sean de naturaleza subversiva;
y extra... ... marzo 23 de 1933 al 8 de mayo de 1945, bajo las órdenes del Gobierno Nazi de Alemania, ordenaron, incitaron, ayudaron o de otra manera par-
ticiparon en l... ...sión de cualquier persona debido a su origen nacional, opinión política, raza o religión.

(c) Aliens who are, or at any time have been, anarchists, or members of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate thereof; aliens who advocate or teach, or who have advocated or taught, either by personal utterance, or by means of any written or printed matter, or through affiliation with an organization, (1) opposition to organized government, (2) the overthrow of government by force and violence, (3) the assaulting or killing of government officials because of their official character, (4) the unlawful destruction of property, (5) sabotage, or (6) the doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States; and aliens who seek to enter the United States to engage in prejudicial activities or unlawful activities of a subversive nature; and aliens who during the period beginning on March 23, 1933, and ending on May 8, 1945, under the direction of the Nazi Government of Germany, ordered, incited, assisted or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion.

¿Pertenece Ud. a alguna de las clases de personas arriba mencionadas?   (Do any of the foregoing classes apply to you?)
Sí ☐   No ☒   *(Si la respuesta es afirmativa, explique)*
(yes)   (no)   *(If answer is Yes, explain)*

41. ¿Le ayudó alguien a llenar esta solicitud? (Si la respuesta es afirmativa, indique el nombre y el domicilio de la persona que le ayudó, e indique si es pariente, amigo, agente de viajes, abogado, etc.)
(Were you assisted in completing this application? *(If answer is Yes, give name and address of person assisting you indicating whether relative, friend, travel agent, attorney or other)*

Sí ☒   No ☐   Nombre Completo        Domicilio             Relación con la persona que le ayudó
(yes)   (no)   *(Name)*              *(Address)*           *(Relationship)*

            amanda saerz      ave. eje vial 411 col. gro.     ninguna

42. A esta solicitud se anexan los siguientes documentos:
*(The following documents are submitted in support of this application)*

☐ Pasaporte                ☐ Certificado de        ☐ Comprobante de        ☐ Certificado (s)
  *(Passport)*               defunción               medios económicos       médico (s)
☐ Certificado de nacimiento    *(Death Certificate)*    propios                 *(Medical*
  *(Birth Certificate)*    ☐ Certificado de            *(Evidence of*          *record (s)*
☐ Certificado(s) de policía    divorcio                own assets)          ☐ Fotografías
  *(Police Certificate(s))*   *(Divorce Decree)*    ☐ Declaración jurada       *(Photographs)*
☐ Certificado de matrimonio ☐ Hoja de servicio         de manutención       ☐ Otros (descríbanse)
  *(Marriage Certificate)*    militar                  *(Affidavit of*         *(Other describe)*
                               *(Military Record)*     support)            ☐ Certificado de
                                                    ☐ Oferta de empleo         nacimiento del
                                                       *(Offer of employment)*  cónyuge
                                                                                *(Birth Certificate*
                                                                                *of Spouse)*

☐ Certificado de nacimiento de los hijos solteros menores de 21 años: (enumere aquellos que no tienen dicho certificado o cuyo certificado de nacimiento se ha presentado en esta oportunidad en relación con una solicitud de visa).
*(Birth Certificate of unmarried children under age 21 (List those for whom birth certificates are not available or whose birth certificates are being submitted at this time in connection with a visa aplication))*

NO ESCRIBA EN LOS ESPACIOS DEBAJO DE ESTA LINEA
El funcionario consular le ayudará a contestar los
párrafos 43 y 44
(DO NOT WRITE BELOW THE FOLLOWING LINE
The Consular Officer will assist you in answering parts 43  44)

43. Declaro estar exento de inelegibilidad para recibir una visa y exclusión bajo el rubro _____, del párrafo 40, por las siguientes razones:
(I claim be exempt from ineligibility to receive a visa and exclusion under item _____ in part 40 for the following reasons:)

212 (a) (14)              Beneficiario de una       ☐ 212 (a) (28) (1) (i)    ☐ 212 (e)
☒ No pertinente             exención                ☐ 212 (a) (28) (1) (ii)   ☐ 212 (g)
  *(Not Applicable)*       *(Beneficiary of Waiver)*☐ 212 (b) (1)             ☐ 212 (h)
                                                    ☐ 212 (b) (2)             ☐ 212 (i)
☐ Se adjunta
  *(Attached)*

JJGR-0238

Form OF-230 (Spanish) (1-77)

44. Declaro ser: (I claim to be a)   SA-1Mar
☐ Inmigrante ―――― de preferencia, sujeto a la limitación numérica de ―――――――――――――――――
(País extranjero o zona dependiente)

(―――― preference immigrant subject to the numerical limitation for ――――――――――――――――
*(foreign state or dependent area)*

☐ Inmigrante especial que no está sujeto a limitación numérica.
(Special immigrant not subject to limitation)
☐ Pariente inmediato de ciudadano norteamericano.
(Immediate relative of a United States citizen)
Mi declaración se basa en los siguientes hechos:
(My claim is based on the following facts):
☐ Yo soy (mi ―――――――――― es) el (la) beneficiario (a) de una petición ――――――――
(I am (my ―――――――――― is) the beneficiary of a ―――――――― petition)
☐ Yo soy un residente extranjero que retorna
(I am a returning resident alien)
☐ Derivo imputación a nación extranjera conforme a la Sec. 202 (b) ( ) por mi ――――――――――――――
(I derive foreign state chargeability under Section 202 (b) ( ) through my ―――――――――――――――
☐ Otros (especifique)
(Other ((Specify))

Entiendo que estoy obligado a entregar mi visa al funcionario de los Estados Unidos en el lugar donde solicite entrada a dicho país, y además entiendo que el poseer una visa no me da derecho a entrar a los Estados Unidos si en ese momento se determina que soy inadmisible de acuerdo con las leyes de inmigración.
(I understand that I am required to surrender my visa to the United States Immigration Officer at the place where I apply to enter the United States, and that the possession of a visa does not entitle me to enter the United States if at that time I am found to be inadmissible under the immigration laws.)
También entiendo que cualquier declaración hecha por mí en esta solicitud, que sea intencionalmente falsa o tergiversada, o el haber ocultado intencionalmente algún hecho esencial, puede ser causa de que se me rehuse permanentemente la entrada a los Estados Unidos, y de que, si ya hubiere entrado a los Estados Unidos, podría estar sujeto a enjuiciamiento penal, deportación, o ambos.
(I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may subject me to permanent exclusion from the United States and, if I am admitted to the United States, may subject me to criminal prosecution and/or deportation.)
*Yo, el suscrito, solicitante de una visa de inmigrante para los Estados Unidos, juro solemnemente (o afirmo) que todas las declaraciones que aparecen en esta solicitud fueron hechas por mí, incluyendo las respuestas a los párrafos del 33 al 42 inclusive, y que éstas son verídicas y completas a mi mejor saber y entender. Además, juro (o afirmo) que en caso de ser admitido en los Estados Unidos, no llevaré a cabo actividades que serían perjudiciales al interés público o pondrían en peligro el bienestar, la seguridad o la tranquilidad de los Estados Unidos, ni me dedicaré a actividades prohibidas por las leyes de los Estados Unidos en lo relacionado con espionaje, sabotaje o desorden público, ni a otras actividades subversivas a la seguridad nacional, ni a ninguna actividad que tenga por objeto oponerse, dominar o derrocar el Gobierno de los Estados Unidos por medio de la fuerza, la violencia u otros medios anticonstitucionales. Comprendo perfectamente las declaraciones que anteceden, habiendo pedido y obtenido una explicación de cada una de las cláusulas que no había entendido con claridad.*
[I, the undersigned applicant for a United States immigrant visa, do solemnly swear (or affirm) that all statements which appear in this application have been made by me, including the answer to parts 33 through 42 inclusive, and are true and complete to the best of my knowledge and belief. I do further swear (or affirm) that, if admitted into the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity a purpose of which is the opposition to, or the control, or overthrow of, the Government of the United States, by force, violence, or other unconstitutional means. I understand all the foregoing statements, having asked for and obtained an explanation on every point which was not clear to me.]

*by parent*

Firma del solicitante
*(Signature of Applicant)*

El parentesco alegado por el solicitante en los números
12 y 13 y verificado mediante documentación sometida al
funcionario consular excepto según se indica:
*(The relationships claimed in items 12 and 13 verified by documentation
submitted to consular officer except as noted:*

MAY 14 1981

Firmado y juramentado ante mí, el día ―― del mes de ―――― del año de ―――― en la ciudad de MEXICO, D.F.
*(Subscribed and sworn to before me this ―― day of ――――, 19 ―― at ――――――――――)*

Firma del Funcionario Consular
*(Consular Officer)*

JJGR-0239



JJGR-0223



Unclassified
For Official Use Only

Unclassified
For Official Use Only

Received Time Mar.14.  2:41PM

**ALIEN REGISTRATION RECEIPT CARD**
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

```
SA1 SYS 810728 582   5103558002
A1USA037448604<03<9505<<<<<<<<
7510234M0505181<<<<<<841C9FD93
PEREZ<GUTIERREZ<<JOSE<DE<JESUS
```

# EXHIBIT B



**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

630 Sansome Street, Room 590
San Francisco, CA 94111

*BIMP/SFP*
*Closed*
*3/24/97*

May 17, 2007

2ND **REQUEST**

**Executive Office for Immigration Review**
120 Montgomery Street, Suite 800
San Francisco, CA 94104
Attn: Ms. Janey Hom

A certified audio copy with seal of the immigration court proceedings is requested in the case of:

NAME: GUTIERREZ-Rodriguez, Jose Jesus
DOB: 10/23/1975
A FILE: A76 219 430
HEARING DATE: 03/24/1997

Please send two certified audiocassettes to the enclosed address. For any further assistance or questions please contact Deportation Officer Cesar J. Lopez at 415-844-5134.

**Department of Homeland Security**
**Immigration and Customs Enforcement**
ATTN: Cesar J. Lopez, D.O.
630 Sansome Street, Room 590
San Francisco, CA 94111-2206

**PRIORIT**

Sincerely,

*[signature]*

Cesar J. Lopez
Deportation Officer

JJGR-0219

**U.S. Department of Justice**

Executive Office for Immigration Review

*Immigration Court*

120 Montgomery Street, Ste 800
San Francisco, CA 94104

Re: __A 76-219-430__
     Alien Name

Re: __Rodriguez, Jose Jesus__
     Alien Number

I, Amy K. Long declare as follows:

1. I am employed by the Executive Office for Immigration Review of the United States Department of Justice in the position of Supervisory Legal Assistant. I am authorized to certify the authenticity of copies of cassette tapes on file in the Immigration Court, San Francisco, California.

   attached cassette tape (s) are a true, correct and complete copy of the tapes included in a Record of Proceeding maintained in the above office on this case.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is and correct.

Signature: _____  Executed on:

Seal:

JJGR-0220

# EXHIBIT C

**U.S. DEPARTMENT OF JUSTICE**
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of:                                          Case No.: A _76 219430_

_Jose Luis Gutierrez Rodriguez_                 Docket: _____

                 RESPONDENT               IN DEPORTATION PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is deportable on the charge(s) in the Order to Show Cause.

Respondent has made no application for relief from deportation.

It is **HEREBY ORDERED** that the respondent be deported from the United States to _Mexico_ on the charge(s) contained in the Order to Show Cause.

It is **FURTHER ORDERED** that if the aforenamed country advises the Attorney General that it is unwilling to accept the respondent into its territory or fails to advise the Attorney General within three months following original inquiry whether it will or will not accept respondent into its territory, respondent shall be deported to _____.

If you fail to appear for deportation at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control (such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of five years after the date you were required to appear for deportation:

(1) Voluntary departure as provided for in section 242(b) of the Immigration and Nationality Act;
(2) Suspension of deportation or voluntary departure as provided for in section 244(e) of the Immigration and Nationality Act: and
(3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

_[signature]_
Immigration Judge

Date: _____

Appeal: RESERVED/WAIVED ( A/ /B )

Form EOIR - 7
REV. - JUNE 93

JJGR-0203