1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH FALK
    Assistant Federal Public Defender
3   19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5
    Counsel for Defendant  GUTIERREZ-RODRIGUEZ
6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )      No. CR- 07-0334 CRB
                                         )
12                    Plaintiff,         )      NOTICE OF MANUAL FILING
                                         )
13  vs.                                  )
                                         )
14  JOSE GUTIERREZ-RODRIGUEZ,            )
                                         )
15                    Defendant.         )
    _____ )
16

17                      **MANUAL FILING NOTIFICATION**

18  Regarding:   DECLARATION OF AMY LUCAS  IN SUPPORT OF MOTION TO DISMISS

19          This filing is in paper or physical form only, and is being maintained in the case file in the

20  Clerk's office.

21          If you are a participant on this case, this filing will be served in hard-copy shortly.

22          For information on retrieving this filing directly from the court, please see the court's

23  mail web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

24  //

25  //

26  //

    Manual Filing Notification                  1

1      This filing was not efiled for the following reason(s):

2      _____ Voluminous Document (PDF file size larger than efiling system allowances)

3      _____ Unable to Scan Documents

4      _____ Physical Object (description): _____

5      __x___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

6      _____ Item Under Seal

7      _____ conformance with the Judicial Conference Privacy Policy (General Order 53).

8      _____ Other (description): _____

9            _____

10

11   Dated: 08/02/07

12                                      Respectfully submitted,

13                                      BARRY J. PORTMAN
                                        Federal Public Defender

14                                            /s/

15
                                        ELIZABETH FALK
16                                      Assistant Federal Public Defender
                                        Counsel for Ivan Alcala

17

18

19

20

21

22

23

24

25

26