ORIGINAL

BARRY J. PORTMAN
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GUTIERREZ-RODRIGUEZ

FILED

AUG - 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 07-0334 CRB |
| Plaintiff, | |
| vs. | DECLARATION OF AMY LUCAS IN SUPPORT OF MOTION TO DISMISS |
| JOSE GUTIERREZ-RODRIGUEZ, | |
| Defendant. | |

I, Amy Jo Lucas, DECLARE

1. I am currently employed as a Legal Secretary for the San Francisco office Federal Public Defender;

2. I was given a copy of the March 24, 1997 Deportation Hearing in the above entitled case, and to the best of my ability transcribed what I could hear on the tape.

3. Attached as Exhibit A is a copy of the transcription. Attached as Exhibit B in a manilla envelope is a copy of the tape of the hearing.

Dec. In Support of Motion to Dismiss                     1

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Sworn this 1st day of August, 2007, at San Francisco, California.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

AMY JO LUCAS
Legal Secretary for the
Federal Public Defender

Dec. In Support of Motion to Dismiss                    2

# Exhibit A

03/24/97 Deportation Hearing Transcription

Transcript of 3-24-97 Hearing
Gutierrez-Rodriguez, Jose

JD-   Judge
C1-   Counsel 1
C2-   Counsel 2
Unk-  Unknown speaker
UI-   Unintelligible

JD-   (UI) proceedings in the matter of Oswaldo Obleda Vasquez A75111325. In the matter of Jose Jesus Gutierrez-Rodriguez 76219430. In the matter of Jose Luis Sanchez-Ramirez A70037441. In the matter of Carlos Telles-Gutierrez A7979547. In the matter of Pedro Aguilar-Moreno A7979548, and last in the matter of Saul (UI) Garcia A 7979549. Counsel will you state your names for the record please.

C1-   Martin (UI) Your Honor

C2-   (UI)

JD-   Very well

JD-   (UI) How do you plead as to all the respondents?

(Mumbling UI)

UNK-  (UI) in custody (UI) deportation as to all the respondents with the exception of Saul (UI) Garcia (UI) Guatemalla (UI)

JD-   Do any of the respondents have a claim to citizenship either by (UI) or acquisition?

UNK-  No your honor

JD-   All right. (UI) It is here recorded that all respondents to be deported from the United States to Mexico based on the charges contained in the order to show cause with the exception of Saul (UI) Garcia who is (UI) deported based on the charges contained in the order to show cause. Is there any appeal?

C1-   No your Honor

C2-   No you Honor

JD-   All right. (UI) is adjourned.