SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE JESUS GUTIERREZ RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 07-0334 CRB <br><br> DECLARATION OF WENDY THOMAS IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS INDICTMENT |

I, Wendy Thomas, declare:

1. I am the attorney for the United States of America in the above-entitled action;

2. Attached to this Declaration as Exhibits 1-17 are documents that were furnished to me by the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement.  It is my knowledge and belief that the attached documents which are relevant to establish facts in support of United States' Opposition to Defendant's Motion to Dismiss, are true and correct copies of documents from Defendant's Alien File with the Bureau of Immigration and Customs Enforcement.

3. Attached as Exhibit 1 is a true and correct copy of the booking sheet from the

Contra Costa County Detention Facility for the Defendant's arrest for California Health and Safety Code Section 11351 that took place on or about March 15, 1997.

4. Attached as Exhibit 2 is a true and correct copy of the executed Warrant of Deportation, signed by Officer Cesar R. Favila, verifying the Defendant's deportation from the United States via the border at Calexico, California, on March 25, 1997.

5. Attached as Exhibit 3 is a true and correct copy of the Criminal Complaint charging the Defendant with one felony count of California Health and Safety Code Section 11350, signed by Contra Costa County Deputy District Attorney Kenneth McCormick on or about June 20, 1997.

6. Attached as Exhibit 4 is a true and correct copy of the Criminal Complaint charging the Defendant with two felony counts of California Health and Safety Code Sections 11378 and 11379(a), signed by Contra Costa County Deputy District Attorney Nancy Georgiou on or about March 8, 1999.

7. Attached as Exhibit 5 is a true and correct copy of the Abstract of Judgment for the Defendant's July 7, 1999, convictions under California Health and Safety Code Sections 11378, 11379(a), and 11350.

8. Attached as Exhibit 6 is a true and correct copy of the Notice of Intent/Decision to Reinstate Prior Deportation Order dated April 18, 2000, and certified by the Immigration and Naturalization Service on April 20, 2000.

9. Attached as Exhibit 7 is a true and correct copy of the Warrant of Removal/Deportation issued by the Immigration and Naturalization Service on or about June 23, 2003.

10. Attached as Exhibit 8 is a true and correct copy of the Immigration and Customs Enforcement Record of Sworn Statement of the Defendant, taken on May 16, 2007, and the Record of Deportable/Inadmissible Alien, dated May 17, 2007.

11. Attached as Exhibit 9 is a true and correct copy of the Order of Immigration Judge

1
2          Beverley M. Phillips, dated March 24, 1997, ordering the Defendant deported
           from the United States.

3   12.    Attached as Exhibit 10 is a true and correct copy of the Warrant of Deportation of
4          the Defendant, signed by Immigration and Naturalization Service District Director
5          Thomas J. Schiltgen, and dated March 24, 1997.

6   13.    Attached as Exhibit 11 is a true and correct copy of the first Notification of Rights
7          and Waiver of Rights presented by Immigration and Naturalization Service to the
8          Defendant in the Spanish language and signed by the Defendant on March 18,
9          1997.

10  14.    Attached as Exhibit 12 is a true and correct copy of the second Notification of
11         Rights and Waiver of Rights presented by Immigration and Naturalization Service
12         to the Defendant in the Spanish language and signed by the Defendant on March
13         18, 1997.

14  15.    Attached as Exhibit 13 is a true and correct copy of the warning of the penalty for
15         reentering the United States without permission signed by the Defendant on
16         March 24, 1997.

17  16.    Attached as Exhibit 14 is a true and correct copy of the written notes from the
18         Record of the deportation hearing dated March 24, 1997.

19  17.    Attached as Exhibit 15 is a true and correct copy of the Mexicana Airlines
20         Boarding Pass of the Defendant, dated January 29, 1993, the Mexican visa of the
21         Defendant, and Immigration and Naturalization Service Form I-94
22         Arrival/Departure Record (Number 385384185 03) provided by the Defendant
23         upon arrival in San Francisco.

24  18.    Attached as Exhibit 16 is a true and correct copy of the Immigration and
25         Naturalization Service Order to Appear for Deferred Inspection which records the
26         Defendant's arrival from Guadalajara, Mexico, to San Francisco, California, on or
27         about January 29, 1993.

28  19.    Attached as Exhibit 17 is a true and correct copy of the Immigration and

UNITED STATES' OPP. TO
DEF. MOT. TO DISM. INDICT.
CR 07-0334 CRB                          -3-

1 | Naturalization Service Record of Deportable Alien, dated March 17, 1997.

2 | I declare under penalty of perjury that the foregoing is true and correct. Sworn on this 14th
3 | day of August, 2007, at San Francisco, California.

                                                    Respectfully Submitted,
                                                    SCOTT N. SCHOOLS
                                                    United States Attorney

Dated: August 14, 2007                                           _____/s/_____
                                                            WENDY M. THOMAS
                                                            Special Assistant United States Attorney