# EXHIBIT 1

Case 3:07-cr-00334-CRB   Document 19-2   Filed 08/14/2007   Page 1 of 3

CACO
CSSF MX
NM258370B
484
EWI

```
Facility: MD                                                              Page    1
Date: 03/16/97 03:35                                                      SANTIAGO
                         CONTRA COSTA COUNTY DETENTION FACILITY
                                      Booking Sheet

Book Name(L F M): GUTIERREZ           JOSE            JESUS
                                                                        Street Name
            AKAS: NO ALIASES

    BK #: 97204715
  CCIN #: 070217865
   FBI #:
   SID #: 1083Ø719
ADDRESS:  84        SOLANO AVE.
   CITY:  BAY POINT                   ST: CA          ZIP:
  PHONE:  (510) 451-9057

    DOB: 10/23/75           POB: MX          Sex: M            Race: H
    Ht:  5 ft 8 in           Wt: 125         Hair: BLK         Eyes: BRO
   Skin: O                Glasses: N
    SMT:              NONE

Dr Lic Num:                       St:             SSN:    -  -
Additional Numbers:              NONE

Previous City of Residence:                         St:

   Employer:
    Address:
       City:                  St: CA            Zip:
 Occupation: U/E

Emergency Contact: REFUSED
           Address:
              City:                  St: CA  Zip:

Warrant Checks:    Flag        Completed By              Date/Time
       Release:                                           / / :
        Intake:    C      54353 STEFANI             03/15/97  23:18

  851.5 Advised: ___     Completed: ___      Declined: ___

     Booked By: 54353 STEFANI                  Dt/Tm: 03/15/97 23:07

                        Inmate Signature: _____

            ** Detail charges shown on next page **
```

```
Facility: MD                                                           Page   2
Date: 03/16/97 03:35                                                   SANTIAGO

                    CONTRA COSTA COUNTY DETENTION FACILITY
                                  Charge Sheet

Book Name(L F M): GUTIERREZ          JOSE          JESUS

   BK #:  97204715        Release Date:


Arr  Arr
Num  Code   Arrest Agency                 Warrant/Docket#  Arr Bail Amt    Emp #
            Court#   Dept#  Court Name            Court Date/Time  ROC     A/H
            Start Date/Time   Sent. Length  Credit Time  Consecutive To
            Code Section                    Off Bail Amt                   Type Rel
            Code Description                                    Dispo Date/Time
            Dispo Notes
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
01   OV     CONTRA COSTA SHERIFF           97-7360              30000.00   00000
            04       DELTA MUNICIPAL          01/01/97 00:01   NS          A

            H&S11351                                 30000.00
            POSSESSION FOR SALE OF NARCOTIC

            PC148.9                                    250.00
            GIVING FALSE INDENTIFICATION TO PEACE OFFICER


                         ** End of Report **
```