# EXHIBIT 2

## WARRANT FOR DEPORTATION OF

A#76219430

Gutierrez Rodriguez Jose Jesus
(Name of Deportee)

Deported at Port of  CALEXICO, CA  on  03-25-97
(port of departure from the U.S.)      (date of departure)

via  A foot
(manner of departure: identify airline or ship; if other, state: afoot, car, etc.)

Departure witnessed by: Cesar R Favila IDEO
(signature and title of officer)

CESAR R FAVILA IDEO
If actual departure not witnessed, fully identify source or means of departure verification:

If self-deportation pursuant to 8CFR 243.5, check here ☐

Officer Executing Warrant: _____  I. INS
(signature and title)

Date Form Completed:  03-25-97

Comments:

× Jose Gutierrez
(signature of person fingerprinted)

Cesar R Favila
(signature of official taking print

IDEO
(title of official taking print

Index
right ~~thumb~~ print