# EXHIBIT 3

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
DELTA JUDICIAL DISTRICT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | NO. 105855-1<br>DA NO. D 97 000568-6<br>COMPLAINT - FELONY |
| VS. | |
| JOSE JESUS GUTIERREZ,<br>DEFENDANT. | 01) H&S 11350 |

The undersigned states, on information and belief, that JOSE JESUS GUTIERREZ, defendant, did commit a felony, to wit; violation of HEALTH & SAFETY CODE SECTION 11350 (POSSESSION OF NARCOTIC), committed as follows, to wit:

On or about March 15, 1997, at Bay Point, in Contra Costa County, the Defendant, JOSE JESUS GUTIERREZ, did wilfully, unlawfully and feloniously possess HEROIN.

COMPLAINANT REQUESTS THAT DEFENDANT(S) BE DEALT WITH ACCORDING TO LAW. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
DATED: June 20, 1997        AT CONCORD, CALIFORNIA

KENNETH MCCORMICK/rh
DEPUTY DISTRICT ATTORNEY

H. DERUM
COMPLAINANT

CONTRA COSTA COUNTY SHERIFF