# EXHIBIT 4

Case 3:07-cr-00334-CRB     Document 19-5     Filed 08/14/2007     Page 1 of 3

```
           SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
                                  RICHMOND
```

THE PEOPLE OF THE STATE OF CALIFORNIA,                NO. 172024-2
                                                      DA NO. R 99 001860-6
                    VS.                               COMPLAINT - FELONY

JOSE DEJESUS ACOSTA-CRUZ, AND                         01) H&S 11378
RAUL MEDINA GONZALES, AND                             02) H&S 11379(a)
OLYMPIA GONZALES, AND                                 03) H&S 11366.8(a)
JOSE DEJESUS GUTTIEREZ,
                    DEFENDANT(S)./

---

The undersigned states, on information and belief, that
JOSE DEJESUS ACOSTA-CRUZ, RAUL MEDINA GONZALES, OLYMPIA GONZALES and
JOSE DEJESUS GUTTIEREZ, Defendant, did commit a felony, a violation
of HEALTH AND SAFETY CODE SECTION 11378 (POSSESSING CONTROLLED
SUBSTANCE FOR SALE), committed as follows:

On or about March 4, 1999, at El Cerrito, in Contra Costa County, the
Defendant, JOSE DEJESUS ACOSTA-CRUZ, RAUL MEDINA GONZALES,
OLYMPIA GONZALES and JOSE DEJESUS GUTTIEREZ, did unlawfully possess
for sale methamphetamine, a controlled substance.

                              ENHANCEMENT
                         HEROIN/COCAINE CHARGE
                         QUANTITY ENHANCEMENT

[handwritten: 11370.4(b)(1) 7-7-99 mk]

It is further alleged, pursuant to Health and Safety Code section [handwritten: 3rd]
11370.4(a), that the substance in the above charged offense exceeded
Three kilograms by weight.


COUNT TWO:

The undersigned further states, on information and belief, that
JOSE DEJESUS ACOSTA-CRUZ and JOSE DEJESUS GUTTIEREZ, Defendant, did
commit a felony, a violation of HEALTH AND SAFETY CODE SECTION
11379(a) (SELLING CONTROLLED SUBSTANCE), committed as follows:

On or about March 4, 1999, at San Pablo, in Contra Costa County, the
Defendant, JOSE DEJESUS ACOSTA-CRUZ and JOSE DEJESUS GUTTIEREZ, did
unlawfully transport, import into the State of California, sell,
furnish, administer, and give away methamphetamine, a controlled
substance, and did unlawfully offer and attempt to transport, import
into the State of California, sell, furnish, administer, and give
away methamphetamine.

PEOPLE V. JOSE DEJESUS ACOSTA-CRUZ; ET AL             NO. 172024-2
                                    PAGE   2             DA NO. R 99 001860-

COUNT THREE:

The undersigned further states, on information and belief, that RAUL MEDINA GONZALES and OLYMPIA GONZALES, Defendant, did commit a felony, a violation of HEALTH AND SAFETY CODE SECTION 11366.8(a) (POSSESSING FALSE COMPARTMENT), committed as follows:

On or about March 4, 1999, at San Pablo, in Contra Costa County, the Defendant, RAUL MEDINA GONZALES and OLYMPIA GONZALES, did unlawfully possess, use, and control a false compartment with the intent to store, conceal, smuggle, and transport methamphetamine, a controlled substance, within the false compartment.

COMPLAINANT REQUESTS THAT DEFENDANT(S) BE DEALT WITH ACCORDING TO LAW. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
DATED: March 8, 1999          AT RICHMOND, CALIFORNIA

                                          J NEY
                                          COMPLAINANT        FILED
                                                         BAY MUNICIPAL COURT
NANCY GEORGIOU/dn
DEPUTY DISTRICT ATTORNEY              WEST NET

                                               By _____ Deputy