# EXHIBIT 6

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Intent/Decision to Reinstate Prior Order

File No.: A 76 219 430

Date: APR 18

Name: **GUTIERREZ Rodriguez, Jose Jesus**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Attorney General intends to reinstate the order of **DEPORTATION** entered against you. This intent is based on the following determinations:
(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on **March 24, 1997** at **San Francisco, California**.
   (Date)
   (Location)

2. You have been identified as an alien who:

   ☑ was removed on **March 25, 1997** pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **September 10, 1998** at or near **San Ysidro, California**.
   (Date)
   (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** *language.*

**L TAMARILLAS.**
(Print name of official)

(Signature of officer)

SDDO
(Title of officer)

---

### Acknowledgement and Response

I ☐ do ☑ do not wish to make a statement contesting this determination.

**4/18/00**
(Date)

**Jose Gutierrez**
(Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with Section 241(a)(5) of the Act.

**APR 20 2000**    **El Centro, Ca.**
(Date)    (Location)

(Signature of authorized deciding INS official)

**OIC / DDP**
(Title)

(Print or typed name of official)

Form I-871 (Rev. 6-5-97)