EXHIBIT 7

U.S. Department of Justice
Immigration and Naturalization Service

**Warrant of Removal / Deportation**

File No.: __A 76 219 430__

Date: _6/27/07_

To any officer of the Immigration and Naturalization Service:

__GUTIERREZ Rodriguez, Jose Jesus__

(Full name of alien)

who entered the United States at or near **San Ysidro, California** on or about **September 10, 1998**

(Place of entry)            (Date)

is subject to removal / deportation from the United States, based upon a final order by:

- ☑ an immigration judge in exclusion, deportation, or removal proceedings

- ☐ a district director or a district director's designated official

- ☐ the Board of Immigration Appeals

- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

**Section 241(a)(5) of the Immigration and Nationality Act.**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of the Appropriation, "Salaries and Expenses" Immigration and Naturalization Service, including the expense of an attendant, if necessary.

_____
(Signature of authorized INS official)

_Interim Field Office_ _Director_
(Title of INS official)

_6/27/_ _SFR_
(Date and Office location)

Form I-205 (Rev. 4-1-97)