EXHIBIT 8

**UNITED S___ES DEPARTMENT OF HOMEL___ SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**
RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

IN RE : GUTIERREZ RODRIGUEZ, Jose Jesus     FILE NO: 76 219 430

EXECUTED AT: San Francisco District Office / San County State Prison     DATE: 5/16/07

Before the following officer of the U.S. Immigration and Naturalization Service:

James Johantgen ___ in the SPANISH / ENGLISH language.  Interpreter was not used.
Immigration Enforcement Agent

| | |
|---|---|
| Yo, : Jose Rodrigues , tengo claro conocimiento de que el investigador antes nombrado se me ha identificado a mí como oficial del Servicio de Inmigración y Naturalización de los Estados Unidos y que él está autorizado por la ley para administrar juramentos y tomar testimonio con relación a la ejecución de las leyes de Inmigración y Nacionalidad de los Estados Unidos.  El me ha informado que el desea tomar mi declarión bajo juramento con relación a mi estado de Inmigración en los Estados Unidos. | I, : , acknowledge that the above-named officer has identified himself as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and to take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States.  He has informed me that he desires to take my sworn statement regarding my immigration status in the United States. |
| Él me ha dicho que mi declaración tiene que ser dada libre y voluntariamente y el me ha informado de estos derechos: | He has told me that my statement must be freely and voluntarily given and has advised me of these rights: |

| | |
|---|---|
| 1.  Usted tiene el derecho de guardar silencio. | 1.  You have the right to remain silent. |
| 2.  Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes, o en cualquier procedimiento administrativo o de Inmigración. | 2.  Anything you say can be used against you in court, or in any immigration or administrative proceeding. |
| 3.  Usted tiene el derecho de hablar con un abogado para que el lo aconseje antes de que le hagamos alguna pregunta y de tenerlo presente con usted durante las preguntas. | 3.  You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning. |
| 4.  Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta, si usted lo desea. | 4.  If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish. |
| 5.  Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendrá usted el derecho de dejar de contestar las preguntas cuando usted guste. | 5.  If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at anytime. |
| 6.  Usted también tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado. | 6.  You also have the right to stop answering at anytime until you talk to a lawyer. |
| 7.  Usted puede hablar con los oficiales del cónsulado y oficiales diplomáticos de su país o nacionalidad. | 7.  You may talk to the consular or diplomatic officers of your country or nationality. |

| | |
|---|---|
| ¿Entiende Ud. sus derechos? | _____ Do you understand your rights? |
| ¿Usted está dispuesto a hacer una declaración sin nadien mas presente? | _____ Are you willing to make a statement without anyone else present? |
| ¿Jura usted decir la verdad, la verdad entera y nada mas que la verdad así que lo ayude Dios? | _____ Do you swear to tell the truth, the whole truth, and nothing but the truth, so help you God. |

Jose Rodriguez
Signature of Alien / Firma del extranjero

Jose Rodriguez     5/16/07
Date & time / Fecha y hora

2373
Signature of Officer / Firma del official

3720
Signature of Witness / Firma del testigo

**Being duly sworn, I make the following statement:**
*Siendo debidamente puesto bajo juramento, yo hago la siguiente declaración:*

1) Q. What is your true, correct, and complete name?
   *¿Cual es su nombre completeo, exacto y verdadero?*

   Jose Rodrigez Gutierrez

2) Q. Have you ever used any other names?
   *¿Alguna vez ha usado Ud. otros nombres?*

   No

3) Q. Of what country are you a citizen?
   *¿De que país es Ud. ciudadano?*

   Mexico

4) Q. Where were you born?
   *¿Donde nacio Ud.?*

   Guadalajara Jalisco

5) Q. What is your date of birth?
   *¿Cual es su fecha de nacimiento?*

   10/23/75

6) Q. When did you last enter the United States?
   *¿Cuando fué la ultima vez que Ud. entró a los EE. UU. ?*

    Caminando por el desierto
   Septiembre 2006

7) Q. How did you enter the United States at that time?
   *¿Como entró Ud. a los EE. UU. esa vez?*

   Caminando por el Desierto

8) Q. Where did you enter the United States at that time?
   *¿Por donde entró Ud. a los EE. UU. esa vez?*

   Nogales

9) Q. Have you ever been deported from the United States?
   *¿Ha sido Ud deportado alguna vez de los EEUU?*

   Si

10) **Q.** How many times?
    *¿Cuantas veces?*

    dos

11) **Q.** When and where were you deported from the United States?
    *¿Cuando y por donde fue deportado de los EEUU?*

    Por Mexicali y tijuana

Go to the next page. *Vaya a la pagina siguiente.*
Initials / *Iniciales.* JR

*12)* **Q.** If you were previously deported from the United States, have you ever applied to the Attorney General or the Department of Homeland Security for permission to re-enter the United States? *Si Ud. fue deportado anteriormente de los EEUU, ¿ha solicitado Ud.alguna vez algun permiso del procurador general o del Departamento de Seguridad Interna para volver a los EEUU?*

N 0

*13)* **Q.** Do you have any fear of persecution or torture if you return to your country of citizenship? *¿Tiene Ud. miedo de persecucion politica o de tortura si Ud. .regresa a su pais de ciudadania?*

N 0

*14)* Q. Do you have anything else to add to your Sworn Statement? *¿Ud tiene algo más que añadir a su declaración bajo juramento?*

A. NO

**STOP! Wait for further instructions.**      *¡ALTO! Espere por insturcciónes adicionales.*

**I have read the foregoing (or it has been read to me in the English language) and solemnly swear it is the true and correct record of the statement made by me on this day and that all the statements are true and correct.**

*Yo he leído lo anterior (o esto me ha sido leído en Español) y solemnemente juro que esto es el registro correcto y verdadero de mi declaración hecha por mi en este dia y que todas las declaraciones hechas son correctas y verdaderas.*

Jose Rodrigues
Signature of alien/*Firma del extranjero*

5/16/07   11:55
*Date and time/Fecha y hora*

2373
Signature of Officer / *Firma del official*

3720
Signature of Witness / *Firma del testigo*

U.S. Department of Justice

Immigration and Naturalization Service          Subject ID : 261124550

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | | |
|---|---|---|---|---|---|
| GUTIERREZ RODRIGUEZ, Jose Jesus | | | Sex: M | Hair: BLK | Eyes: BRO | Cmplxn: MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height: 67 | Weight: 165 | Occupation |
|---|---|---|---|---|---|
| MEXICO | | Case No:SFR0705000978 A076219430 | | | |

U.S. Address
22 MADISON AVE APT #2  BAY POINT, CALIFORNIA,

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I Number |
|---|---|---|
| 9/ /2006, Unknown Time, NOG, EWI/AFOOT | | 901554WA6 |

☐ Single  ☐ Married  ☐ Divorced  ☐ Separated  ☐ Widower

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension
CST 520.3

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 10/23/1975     Age: 31 | 05/17/2007 | SFR/SFR | See I-831 | 05/17/2007 |

| City, Province (State) and Country of Birth | AR ☒  Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| GUADALAJARA, JALISCO,MEXICO | | JAMES JOHANTGEN |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | 1 MONTH TO 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See Narrative |

Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate)

Number and Nationality of Minor Children
See Narrative

Father's Name, Nationality, and Address, if Known
Nationality:MEXICO RODRIGUEZ, Juan
GUADALAJARA, JALISCO, MEXICO

Mother's Present and Maiden Names, Nationality, and Address, if Known
Nationality:MEXICO GUTIERREZ, Maria,
GUADALAJARA, JALISCO, MEXICO

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | INS Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|
| | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

MINOR CHILDREN
---------------
SUBJECT STATES HE HAS 2 USC CHILDREN

RECORDS CHECKED
---------------
CIS Pos
DACS Pos
NCIC Neg
NLETS Pos
O Neg
TECS Pos

At/Near
-------------
SAN QUENTIN STATE PRISON, CA

Record of Deportable/Excludable Alien:
SUBJECT came to the attention of the Immigration and Customs Enforcement on May 16, 2007 pursuant to his incarceration at San Quentin State Prison for VIOLATION OF PAROLE:FELONY.   ...(CONTINUED ON I-831)

| Alien has been advised of communication privileges  5-17-07 JJ (Date/Initials) | JAMES JOHANTGEN  2-J-13 IMMIGRATION ENFORCEMENT AGENT (Signature and Title of INS Official) |
|---|---|

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| 3 to file | Officer: JAMES JOHANTGEN |
| 1 to agent | on: May 17, 2007 at 1343                (time) |
| | Disposition: REINSTATEMENT OF DEPART ORDER, I-871 |
| 1 to stats | Examining Officer: JUAN BUSTOS |

Form I-213 (Rev. 4/1/97) Y

.S. Department of Justice
nmigration and Naturalization Service                    Continuation Page for Form ___I213___

| Alien's Name GUTIERREZ RODRIGUEZ, Jose Jesus | File Number A076219430 Event No: SFR0705000978 | Date 05/17/2007 |
|---|---|---|

On July 7, 1999, SUBJECT was convicted in the Superior Court of California County of Contra Costa for POSSESSION OF CONTROLLED SUBSTANCE in violation of section 11378 of the California Health and Safety Code; SELLING OF A CONTROLLED SUBSTANCE in violation of section 11379(a) of the California Health and Safety Code; POSSESSION OF A NARCOTIC in violation of section 11350 of the California Health and Safety Code. SUBJECT was sentenced to TWO (2) years prison to be served concurrently for each conviction.

SUBJECT, is a 31 year old, male, native and citizen of Mexico, who last entered the United States on or about September 2006 at or near Nogales Arizona.

Upon questioning the SUBJECT as to his citizenship, he freely admitted to being a citizen and national of Mexico who illegally entered the United States without inspection or being paroled by an Immigration Officer.

SUBJECT, was advised of his Miranda and Consular Notification Rights. SUBJECT, waived his rights and provided a sworn statement in which he admitted that he was he had been previously removed to Mexico.

Upon further investigation of SUBJECT'S immigration history through Central Index System (CIS) and Deportable Alien Control System (DACS), it was discovered that SUBJECT had been previously removed from the United States through Calexico, California on March 25, 1997 and San Ysidro California on June 23, 2003 under Alien Identification Number of A71 874 184. Verification of deportation was not received.
SUBJECT identity was verified through following:

FBI: 901554WA6
CII: CA10830719


When questioned SUBJECT did not claim any pending application or petition before the Department of Homeland Security.

SUBJECT does not claim to have any known medical conditions.

SUBJECT did not claim any fear of returning to his country of citizenship.

SUBJECT was provided Forms I-871 and a list of free legal services.

SUBJECT is being held in ICE custody pending reinstatement of a prior order of removal.

SUBJECT was presented for 1326 prosecution and waiting decision from AUSA.

SUBJECT to be processed as Reinstatement of Removal.

| Signature JAMES JOHANTGEN | Title IMMIGRATION ENFORCEMENT AGENT |
|---|---|

___2___ of ___2___ Pages

Form I-831 Continuation Page (Rev. 6/12/92)