# EXHIBIT 9

**U.S. DEPARTMENT OF JUSTICE**
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of:    Case No.: A 76 219420

Jose Jesus Gutierrez-Rodriguez    Docket: SFD

RESPONDENT    IN DEPORTATION PROCEEDINGS

### ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is deportable on the charge(s) in the Order to Show Cause.

Respondent has made no application for relief from deportation.

It is HEREBY ORDERED that the respondent be deported from the United States to _____Mexico_____ on the charge(s) contained in the Order to Show Cause.

It is FURTHER ORDERED that if the aforenamed country advises the Attorney General that it is unwilling to accept the respondent into its territory or fails to advise the Attorney General within three months following original inquiry whether it will or will not accept respondent into its territory, respondent shall be deported to _____.

If you fail to appear for deportation at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control (such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of five years after the date you were required to appear for deportation:

    (1) Voluntary departure as provided for in section 242(b) of the Immigration and Nationality Act;
    (2) Suspension of deportation or voluntary departure as provided for in section 244(e) of the Immigration and Nationality Act; and
    (3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

Beverley M. Phillips
Immigration Judge
Date: 3/24/97

Appeal: RESERVED/WAIVED ( A / B )

Form EOIR-7
REV.-JUNE 93