# EXHIBIT 10

UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

WARRANT OF DEPORTATION    No. A76 219 430

To any Officer or Employee of the United States Immigration and Naturalization Service.

After due hearing before an authorized officer of the United States Immigration and naturalization Service, and upon the basis thereof, an order has been duly made that the alien GUTIERREZ-Rodriguez, Jose Jesus who entered the United States at Calexico, California

on or about the 00th day of February, 19 90, is subject to deportation under the following provisions of the laws of the United States, to wit:

Section 241(a)(1)(B) of the Immigration and Nationality Act.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his direction, command you to take into custody and deport the said alien pursuant to law, at the expense of the appropriations "salaries and expenses, Immigration and Naturalization Service."

(DEPORTED) V-R'D) TO MEXICO VIA
CALEXICO, CA ON _____
MAR 25 1997

Signature: _____ Thomas J. Schiltgen
Title: District Director
Date: March 24, 1997
Place: San Francisco, California



Form I-205
(Rev. 11-29-79)N
cco