# EXHIBIT 11

# EXHIBIT 11

# EXHIBIT 11

**Departmento de Justicia de los Estados Unidos**
Servicio de Inmigración y Naturalización

Notificación de Derechos

**Nombre de la Persona:** _____   **A- Numero:** _____

## NOTIFICACIÓN DE DERECHOS

Usted ha sido arrestado porque oficiales de Inmigración creen que usted está en los Estados Unidos ilegalmente. En los Estados Unidos usted tiene derechos cuando se le arresta. Esta notificación le explica algunos de esos derechos. Usted debe firmar abajo para demostrar que recibió una copia de esta notificación cuidadosamente antes de decidir lo que desea hacer. No debe firmar nada hasta que haya leido esta notificación y entienda los derechos que explica.

### DERECHO A SER REPRESENTADO POR UN ABOGADO O REPRESENTANTE

Si tiene alguna pregunta en relación a sus derechos, puede hablar con un abogado o representante quien le puede explicar sus derechos, incluyendo cualquier remedio que esté disponible para que usted no sea deportado. El oficial que le entregó esta notificación le entregará una lista de organizaciones que le pueden proveer información de tipo legal. Representantes de esas organizaciones hablarán con usted sin costo alguno o por una suma muy pequeña y es posible que algunos de ellos hablen su idioma. Usted tiene derecho a usar el teléfono para llamar a un abogado u otro representante. Si desea hacer esa llamada, debe informárselo al oficial. Usted puede comunicarse con un abogado u otro representante legal en este momento o en cualquier otro momento antes de su partida de los Estados Unidos.

### DERECHO A UNA AUDIENCIA ANTE UN JUEZ DE INMIGRACIÓN

Si usted no desea regresar a su país, tiene derecho a una audiencia ante un juez de inmigración, quien determinará si usted puede permanecer en los Estados Unidos. Si usted solicita una audiencia, puede estar representado en ella por un abogado u otro representante legal cuyos servicios usted pagará. Si usted no puede pagar un abogado, puede comunicarse con una de las organizaciones en la lista de servicios legales gratuitos. Por ejemplo, si usted está casado con un ciudadano de los Estados Unidos o con un residente permanente de los Estados Unidos, o si usted ha vivido en los Estados Unidos durante siete años o más y no ha sido convicto de ningún delito serio, puede ser que usted no tenga que ser deportado. Si a usted no se le permite permanecer en los Estados Unidos, un juez de inmigración le puede permitir que se vaya voluntariamente o puede ordenar su deportación.

### DETERMINACIÓN DE DERECHO A FIANZA

Es posible que usted sea elegible para quedar en libertad bajo fianza. Una fianza es una cantidad de dinero prestada por usted o por alguna otra persona en su lugar, que el gobierno puede retener si usted no se presenta a todas las audiencias en la corte y otras citas que se le requieran. A usted se le puede continuar deteniendo a menos que preste una fianza. Si usted va a todas las audiencias en la corte y otras citas que se le requieran, el gobierno le devolverá el dinero de la fianza. Usted tiene el derecho de pedirl al juez de inmigración que rebaje la cantidad de la fianza.

### COMUNICACIÓN CON EL CONSUL

Usted puede hablar con el oficial consular o diplomático de su país. Si desea hacerlo, su representante legal o el oficial que le entregó esta notificación puede ayudarle a comunicarse con la persona apropiada.

X Jose Gutierrez Rodriguez
   Firma de la Persona

Julie Ramirez
   Nombre del Oficial de Inmigración
   (Letra de Molde)

3/18/97   8:30 AM
   Fecha y Hora

[signature]
   Firma del Oficial de Inmigración

____ El documento fue leido a la persona por oficial/intérprete (*Especifique*) en el idioma _____
        Intérprete: _____

__✓__ El documento fue leido por la persona.

Form I-826 (August 26, 1992)

**Departmento de Justicia de los Estados Unidos**
**Servicio de Inmigración y Naturalización**

## Solicitud de Disposición

Solicito se disponga de mi caso de una de las siguientes formas:

☐ **(1) Solicito una audiencia ante** un juez de inmagración para que se determine si puedo quedarme o no en los Estados Unidos.

_____  _____
Firma de la Persona                Fecha y Hora

☒ **(2) Admito que estoy en los Estados Unidos ilegalmente. He recibido y entiendo los derechos explicados en la Notificación de Derechos. Deseo renunciar a mi derecho a una audiencia ante un juez de inmigración, a mi derecho a solicitar un remedio ante un juez de inmigración y a mi derecho a que se me fije una fianza. Deseo regresar tan pronto se puedan hacer arreglos para efectuar mi partida. Entiendo que se me puede detener hasta mi partida. También entiendo que si el gobierno de los Estados Unidos paga los gastos de transportación para mi partida de los Estados Unidos, no podré regresar dentro de los próximos cinco años a menos de que obtenga primero un permiso del Procurador General. Si al irme pago mis propios gastos de transportación, no necesitaré tal permiso.**

**También entiendo que si no me voy del país en la fecha que se me indique, puedo perder la posibilidad de obtener un remedio contra la deportación, incluyendo la salida voluntaria, o el ajuste de estado migratorio, durante los próximos cinco años a partir de la fecha en que entraré ilegalmente o a partir de la fecha en que debería haber abandonado el país.**

X Jose Gutierrez Rodriges    X 3/18/97
Firma de la Persona           Fecha y Hora

Julie Ramirez                 _[signature]_
Nombre del Oficial de Inmigración    Firma del Oficial de Inmigración
(Letra de Molde)

_____ El documento fue leído a la persona por oficial/intérprete (*Especifique*) en el idioma _____.
Intérprete: _____
_____ El documento fue leído por la persona.

Nacionalidad de la Persona:  _____ Canadiense   X  Mexicana

Form I-827A (August 26, 1992)