# EXHIBIT 13

.S. Department of Justice
mmigration and Naturalization Service

Notice of Country to which Deportation has been directed and Penalty for Reentry without Permission

PLEASE REFER TO THIS FILE NO. A76 219 430

DATE: March 24, 1997

I UNDERSTAND THAT I MAY NOW BE REMOVED ... FINAL ORDER ... ATTORNEY ... MICALLY NOTIFIED ... FOR WAIVER ON

Jose Gutierrez Ro 3/24/97

3-24-97

Jose Jesus GUTIERREZ-Rodriguez

In Service Custody

Dear Mr. Gutierrez:

**This is a warning. Please read carefully.**

It has been ordered that you be deported to Mexico.

You will be informed, if appropriate, when departure arrangements are complete. If needed, we will assist you as much as possible in arranging your personal affairs for your departure. However, you may be deported at any time and without further notice.

Should you wish to return to the United States you must write this office or the United States Consular Office nearest your residence abroad as to how to obtain permission to return after deportation. Permission must be obtained from the Attorney General if you are seeking admission within five (5) years of deportation or removal, or within twenty (20) years if your deportation was subsequent to a conviction for an aggravated felony.

By law, (Title 8 of the United States Code, Section 1326), any alien who has been arrested and deported or excluded and deported who enters, attempts to enter, or is at any time found in, the United States shall be subject to the penalties listed below unless, prior to his reembarkation at a place outside of the United States or his application for admission from a foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission:

(a) Any such alien, other than an alien convicted of a felony, shall be fined not more than $250,000.00 or imprisoned for not more than two (2) years. [8 U.S.C. § 1326(a)].

(b) Any such alien whose deportation was subsequent to a conviction for a felony (other than an aggravated felony) shall be fined not more than $250,000.00, imprisoned for not more than five (5) years, or both. [8 U.S.C § 1326(b)(1)].

(c) Any such alien whose deportation was subsequent to a conviction for an aggravated felony shall be fined not more than $250,000.00, imprisoned for not more than fifteen (15) years, or both. [8 U.S.C. § 1326(b)(2)].

Very truly yours,

Thomas J. Schiltgen
District Director

SERVED
ON
BY

Form I-294 (Rev 06/12/92) N