# EXHIBIT 14

U.S. Department of Justice
Immigration and Naturalization Service

RECORD OF ACTION

District Office

| Alien Name | Alien A-Number |
|---|---|
| Jose Gutierrez | 76 219 430 |

Attorney for Alien (Name)

| Address | Telephone Number |
|---|---|

| INS Attorney of Record | |
|---|---|
| | Dr ? |

| Date | Immi. Judge | Action | Disposition |
|---|---|---|---|
| 3/24/97 | Bmelsm/MG | admitted + conceded | |
| | | ordered deported | |
| | CX 1-03C | waived appeal | |

Form I-703 (Rev 5-10-83)Y