EXHIBIT 15

```
PASSENGER TICKET AND BAGGAGE CHECK  SUBJECT TO CONDITIONS CONTAINED IN THIS TICKET
ISSUED BY                                      CONJUNCTION TICKET(S)         See below for Airline
                                               ARC  PASSENGER COUPON                Form Serial Number
ENDORSEMENTS/RESTRICTIONS (CARBON)             DATE OF ISSUE
                                               04DEC                                PSGR CPN
PASSENGER NAME                  NOT TRANSFERABLE
  PEREZ/BENJAMIN DE                                                          03 93639-4
TO/FROM    NOT GOOD FOR PASSAGE  CARRIER  FLIGHT  CLASS  DATE  TIME  STATUS  FARE BASIS
  SAN FRANCISCO                  MX      145    M  15DEC  000P   OK   MXR
O  GUADALAJARA                   MX      220    M  30JAN  545P   OK   MWR        13FEB
   SAN FRANCISCO
```

Mexicana boarding pass:

```
MEXICANA                                    CONTROL  73
NOMBRE/NAME                                 FECHA/DATE  29 JAN 93
  PEREZ/JOSE DE JESU
DE/FROM  GDL           VUELO/FLIGHT  CLASE/CLASS  SALIDA/DEPARTURE
A/TO     SFO           MX144         Q            1905
                                                ABORDAR/BOARDING  1935
PASE DE ABORDAR                                 ASIENTO/SEAT  FUMAR
BOARDING PASS                                   23D           SMOK
```



SELLÓ DEL PLANTEL  S.E.  
D.G.E.T.  
C.B.T.A. No. 32  
14DTA0032E  
Yahualica de G.C.  
Jalisco

CICLO ESCOLAR 91-92  
FIRMA DEL INTERESADO  
FIRMA DEL DIRECTOR

## Left Form

U.S. Department of Justice
Immigration and Naturalization Service
OMB 1115-0077

**Admission Number**
385384176 03

*Welcome to the United States*

### I-94 Arrival/Departure Record - Instructions

This form must be completed by all persons except U.S. Citizens, returning resident aliens, aliens with immigrant visas, and Canadian Citizens visiting or in transit.

Type or print legibly with pen in ALL CAPITAL LETTERS. Use English. Do not write on the back of this form.

This form is in two parts. Please complete both the Arrival Record (Items 1 through 13) and the Departure Record (Items 14 through 17).

When all items are completed, present this form to the U.S. Immigration and Naturalization Service Inspector.

**Item 7** - If you are entering the United States by land, enter **LAND** in this space. If you are entering the United States by ship, enter **SEA** in this space.

Form I-94 (04-15-86)Y

---

**Admission Number:** 385384176 03 *Deferred*
~~PAROLED~~ until: Feb. 05, 1993
Purpose: To Complete Inspection
(Port) SFR 448  (Date) JAN 28 1993  (Officer)

Immigration and Naturalization Service
I-94 Arrival Record

1. Family Name: PEREZ
2. First (Given) Name: BENJAMIN
3. Birth Date (Day/Mo/Yr): 08/21/66
4. Country of Citizenship: MEXICO
5. Sex (Male or Female): MALE
6. Passport Number:
7. Airline and Flight Number: 144 MIXICANA
8. Country Where You Live: USA
9. City Where You Boarded: GUADALAJARA
10. City Where Visa Was Issued:
11. Date Issued (Day/Mo/Yr):
12. Address While in the United States (Number and Street): 22 MADISON #2
13. City and State: WEST PITTSBURG CA 94565

---

**Departure Number:** 385384176 03 *Deferred*
~~PAROLED~~ until: Feb. 05, 1993
Purpose: To Complete Inspection
(Port) SFR 448  (Date) JAN 28 1993  (Officer)

Immigration and Naturalization Service
I-94 Departure Record

14. Family Name: PEREZ
15. First (Given) Name: BENJAMIN
16. Birth Date (Day/Mo/Yr): 08/21/66
17. Country of Citizenship: MEXICANO

See Other Side      STAPLE HERE

## Right Form

U.S. Department of Justice
Immigration and Naturalization Service
OMB 1115-0077

**Admission Number**
385384185 03

*Welcome to the United States*

### I-94 Arrival/Departure Record - Instructions

This form must be completed by all persons except U.S. Citizens, returning resident aliens, aliens with immigrant visas, and Canadian Citizens visiting or in transit.

Type or print legibly with pen in ALL CAPITAL LETTERS. Use English. Do not write on the back of this form.

This form is in two parts. Please complete both the Arrival Record (Items 1 through 13) and the Departure Record (Items 14 through 17).

When all items are completed, present this form to the U.S. Immigration and Naturalization Service Inspector.

**Item 7** - If you are entering the United States by land, enter **LAND** in this space. If you are entering the United States by ship, enter **SEA** in this space.

Form I-94 (04-15-86)Y

---

**Admission Number:** 385384185 03 *Deferred*
~~PAROLED~~ until: Feb. 05, 1993
Purpose: To Complete Inspection
(Port) SFR 448  (Date) JAN 28 1993  (Officer)

Immigration and Naturalization Service
I-94 Arrival Record

1. Family Name: PEREZ GUTIERREZ
2. First (Given) Name: JOSE DE JESUS
3. Birth Date (Day/Mo/Yr): 10/23/75
4. Country of Citizenship: MEXICO
5. Sex (Male or Female): MALE
6. Passport Number:
7. Airline and Flight Number: 144 Mexicana
8. Country Where You Live: USA
9. City Where You Boarded: Guadalajara
10. City Where Visa Was Issued:
11. Date Issued (Day/Mo/Yr):
12. Address While in the United States (Number and Street): 22 Madison #2
13. City and State: West Pittsburg, CA 94565

---

**Departure Number:** 385384185 03 *Deferred*
~~PAROLED~~ until: Feb. 05, 1993
Purpose: To Complete Inspection
(Port) SFR 448  (Date) JAN 28 1993  (Officer)

Immigration and Naturalization Service
I-94 Departure Record

14. Family Name: Perez
15. First (Given) Name: Jose de Jesus
16. Birth Date (Day/Mo/Yr): 10/23/75
17. Country of Citizenship: Mexicano

See Other Side      STAPLE HERE

This Side For Government Use Only
Primary Inspection

Applicant's Name _____
Date Referred _____ Time _____ Insp. # _____

Reason Referred
☐ 212A ☐ ☐   ☐ PP  ☐ Visa  ☐ Parole  ☐ SLB  ☐ TWOV
☐ Other _____
_____
_____

Secondary Inspection
End Secondary Time _____ Insp. # _____
Disposition _____

| 18. Occupation | 19. Waivers |
| --- | --- |
| 20. INS File  A-37448609 | 21. INS FCO |
| 22. Petition Number | 23. Program Number |
| 24. ☐ Bond | 25. ☐ Prospective Student |

26. Itinerary/Comments
_____
_____
_____
_____
_____

27. TWOV Ticket Number
|__|__|__|__|__|__|__|__|__|

Warning - A nonimmigrant who accepts unauthorized employment is subject to deportation.  #A 37448609
Important - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.
Record of Changes
_____
_____
_____

Port: _____                Departure Record
Date: _____
Carrier: _____
Flight #/Ship Name: _____

---

This Side For Government Use Only
Primary Inspection

Applicant's Name _____
Date Referred _____ Time _____ Insp. # _____

Reason Referred
☐ 212A ☐ ☐   ☐ PP  ☐ Visa  ☐ Parole  ☐ SLB  ☐ TWOV
☐ Other _____
_____
_____

Secondary Inspection
End Secondary Time _____ Insp. # _____
Disposition _____

| 18. Occupation | 19. Waivers |
| --- | --- |
| 20. INS File  A-37448604 | 21. INS FCO |
| 22. Petition Number | 23. Program Number |
| 24. ☐ Bond | 25. ☐ Prospective Student |

26. Itinerary/Comments
_____(I-546)_____
_____
_____
_____
_____

27. TWOV Ticket Number
|__|__|__|__|__|__|__|__|__|

Warning - A nonimmigrant who accepts unauthorized employment is subject to deportation.  #A 37448604  (I-546)
Important - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.
Record of Changes
_____
_____
_____

Port: _____                Departure Record
Date: _____
Carrier: _____
Flight #/Ship Name: _____