# EXHIBIT 16

**U.S. Department of Justice**
Immigration and Naturalization Service

COC: MEXICO
CB: MEXICO
COR: USA (?)
ARC #37 448 604

**ORDER TO APPEAR**
**DEFERRED INSPECTION**

You, **PEREZ-GUTIERREZ, Jose De Jesus** (male) DOB: 10/23/75  Arr 01/29/93, MX 144

have not established **conclusively** that you are admissible to the United States; therefore, *YOU ARE ORDERED TO APPEAR IN PERSON AT THE BELOW INDICATED ADDRESS ON THE DATE AND TIME CITED.* A **final** determination will be made then concerning whether and under what conditions you will **be admitted** to this country for the purpose you have indicated. *FAILURE TO APPEAR AS ABOVE ORDERED MAY RESULT IN YOUR BEING TAKEN INTO CUSTODY BY AN OFFICER OF THIS SERVICE.* [X] Your passport has been retained. It will be returned to you in person when you **report** to the address indicated below. ARC's

Reporting Address:

U.S. IMMIGRATION AND NATURALIZATION SERVICE

630 SANSOME STREET, ROOM 221

SAN FRANCISCO, CA  94111

Reporting Date & Time

FEBRUARY 05, 1993

8:00 AM - 1:00 PM

Specific Reason(s) for Deferral of Inspection:
[X] Documentary Deficiency: [ ] Passport  [ ] Visa  [X] FORM I-151/I-551
[ ] Non-bonafide Nonimmigrant (See details below)
[ ] For M/S Bond Posting (See details below)

DETAILS:  22 Madison #2
West Pittsburg, CA  94565  #(510) 458-9057   Applicant Speaks _Spanish_ (Language)

Subject escorted by his half-brother: PEREZ-VAZQUEZ, Benjamin
                                       DOB: 08/21/66, #A37 448 609

Subject arrived this date (w/his half-brother) from Guadalajara via MX 144 seeking admission as a returning resident (LPR). Subject was in possesion of an ARC issued in 07/28/81 only. Subject did not speak any English, but according to his half-brother, subject had been away from the U.S. for approx. 11 yrs residing in Mexico and is being escorted/accompanied back this date so he can attend school.

Subject deferred for review of his "A" file, and possibly filing of I-407 or I-90/I-193 and for completion of inspection.

Subject's LPR status verified in CIS. Pls also note that in CIS his half-brother was issued 5 ARCs in the past. Subject's half-brother has not been admitted and is deferred herewith along with the subject.

Signature of recommending officer

SFR - SFIA          01/29/93
Deferring Port       Date              Supervisory Officer

FORM I-546 (REV. 4-1-83)Y                          (NOTE: Instructions on Reverse)