EXHIBIT 17

# RECORD OF DEPORTABLE ALIEN

(See A.M — 2790.31 - 34 for Instructions)

| Family Name (Capital Letters) | Given Name | Middle Name | Sex | Hair | Eyes | Complexion |
|---|---|---|---|---|---|---|
| GUTIERREZ-Rodriguez, | Jose Jesus | AKA: | M | blk | Brn | MEDIUM |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| Mexico | | A76 219 430 | 68 | 125 | |

**U.S. Address** (Residence) (Number) (Street) (City) (State) (Zip Code): 630 Sansome Street, San Francisco,, CA 94111

Scars or Marks: n/v

| Date, Place, Time, Manner of Last Entry | Passenger Boarded At | F.B.I. No. | Marital Status |
|---|---|---|---|
| February, 1990, near Calexico, CA, EWI | | | ☐ Widow(er) ☐ Single ☐ Married ☐ Separated ☐ Divorced |

Number, Street, City, Province (State) and Country of Permanent Residence: Yahualica, Jalisco, Mexico

Method of Location/Apprehension: T-511.2.1

| Birthdate | Date of Action | Location Code | (At/Near) | Date & Hour |
|---|---|---|---|---|
| 102375  21 | 031797 | SFR | Martinez, CA | 031797 |

| City, Province (State) and Country of Birth | AR | Form. (Type & No.) | | By |
|---|---|---|---|---|
| Jalisco, Mexico | ☒ | | ☐ Lifted ☐ Not Lifted | Dilley |

| Visa Issued At—NIV No | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| n/a | c/n | EWI | I |

| Date Visa Issued | Social Security No. | Send C.O Rec Check To. | Length of Time Illegally in U.S. |
|---|---|---|---|
| n/a | n/a | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| c/n | A10830719 |

| Name, Address, and Nationality of Spouse (Maiden Name, if appropriate) | Number & Nationality of minor Children |
|---|---|
| n/a | -0- |

| Father's Name, and Nationality and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| Juan; Mexico; L. 5 | Maria; Mexico; L. 5 |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted | Lookout Book Checked | Deportation Charge(s) (Code Words) |
|---|---|---|---|
| ☐ None Claimed ☐ See Form I-43 | ☒ Yes ☐ No | ☐ Not Listed ☐ Listed, Code ___ | D1B |

| Name and Address of (Last) (Current) U.S. Employer | Type of Employment | Salary | From: | To: |
|---|---|---|---|---|
| Manuel (LNU), Concord, CA | S-Landscaper | $5.00 hr. | 1995 | Present |

**Narrative:**

Subject was encountered at Contra Costa County Jail after his arrest for possession of narcotic for sale. He admitted his identity, alienage and illegal entry as shown above.

Subject claims no ties, equities or petitions pending. He has no criminal priors, and the current charge is pending. When encountered folowing a conviction, if any, additional allegations will be filed against Subject.

Convicted 5/9/96 SSF muni ct of Petty Theft. Released on short notice and documents unavailable.

, D. Dilley  SA
(Signature and Title)

**DISTRIBUTION**
- 3 FILE
- 1 LOG
- 1 RAI/CREATE(I-52)
- 1 DACS

Received (subject and documents) (report of interview) from
Officer: D. Dilley  SA
March 17, 19 97 at 2:11pm
Disposition OSC/WA
(Receiving Officer)

Form I-213 (Rev. 4-16-79)Y UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service