1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GUTIERREZ
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,        )   No. CR- 07-0334 CRB
                                    )
12           Plaintiff,             )
                                    )   SECOND DECLARATION OF
13 vs.                              )   ELIZABETH M. FALK IN SUPPORT OF
                                    )   MOTION TO DISMISS
14 JOSE JESUS GUTIERREZ,            )
                                    )
15           Defendant.             )
                                    )
16

17      I, ELIZABETH M. FALK, DECLARE

18      1.    I am the attorney of record for Jose Jesus Gutierrez;

19

20      2.    Attached to this declaration as Exhibits A-B are true and correct

21            copies of records of Mr. Gutierrez' prior convictions in 1994 and

22            1995, obtained by the Office of the Federal Defender;

23

24      3.    Attached as Exhibit A are true and correct copies of Mr. Guitierrez'

25            1994 conviction for Vehicle Code Violation Section 12500(A);

26      4.    Attached as Exhibit B are true and correct copies Mr. Guitierrez'

Dec. In Support of Motion to Dismiss          1

1995 conviction for misdemeanor hit and run;

I declare under penalty of perjury that the foregoing is true and correct.

Sworn this 24th day of August, 2007, at San Francisco, California.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender


_____
ELIZABETH M. FALK
Assistant Federal Public Defender