Exhibit A

MUNICIPAL COURT OF CALIFORNIA
SANTA CLARA COUNTY JUDICIAL DISTRICT
SAN JOSE FACILITY

THE PEOPLE OF THE STATE OF CALIFORNIA,

                                Plaintiff,

*C9497942*

MISDEMEANOR COMPLAINT

DA COURT NO:
    DA NO     CEN
    940717084 9425680   JG C

                  vs.

JOSE DEJESUS GUTIERREZ (10/23/75),
1299 E. JULIAN AVE, 11, SAN JOSE, CA, 95116
                      Defendant(s).

**FILED**

JUL 0 5 1994

Chief Administrative Officer/Clerk
Municipal Court, Santa Clara Co. Jud. Dist.
By_____Deputy

The undersigned is informed and believes that:

COUNT  1

    On or about July 2, 1994, in the above named Judicial District, the crime of DRIVING WHILE UNLICENSED, in violation of VEHICLE CODE SECTION 12500(A), a Misdemeanor, was committed by JOSE DEJESUS GUTIERREZ, who did drive a motor vehicle upon a highway without holding a valid driver's license issued under the Vehicle Code of the State of California.

    Pursuant to Penal Code Sections 1054 through 1054.7, the People request that, within 15 days, the defendant and/or his/her attorney disclose:  (A)  The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements of those persons, including any reports or statements of experts made in connection with the

Page 1

case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial;  (B)  Any real evidence which the defendant intends to offer in evidence at the trial.  This request is a continuing request, to cover not only all such material currently in existence, but all material which comes into existence to the conclusion of this case.

* * * * *

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the pretrial restraint of defendant JOSE DEJESUS GUTIERREZ, for the above-listed crimes.

Complainant therefore prays that the said defendant(s) may be dealt with according to law.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 5, 1994, in SANTA CLARA County, California.


KINGSLEY 1625
(NGUYEN 2709)
SJPD (408)277-4521   941830378 F
ADAMS/D161/MIS/BNM

*AH

## MUNICIPAL COURT OF CALIFORNIA
### SANTA CLARA COUNTY JUDICIAL DISTRICT

## MISDEMEANOR DOCKET

CASE NO. ___C 9497942___

THE PEOPLE OF THE STATE OF CALIFORNIA, vs.

JOSE DEJESUS CUTIERREZ

DEFENDANT

AKA

| | |
|---|---|
| DOB 10/23/75 | CEN 9425680 | AGENCY SJPD |
| COMPLAINT FILED 7/5/94 | CTN. | |
| WARRANT ISSUED DATE: | TO: | $ | BAIL |
| WARRANT RECALLED | WARRANT FILED | |

AMENDED COMPLAINT FILED _____

COUNT I (M ) 12500(A) VC _____
II ( ) _____
III ( ) _____
IV ( ) _____
V ( ) _____
VI ( ) _____
VII ( ) _____
VIII ( ) _____
IX ( ) _____
X ( ) _____

| DATE/ TIME TO APPEAR | BOND#/SURETY, CASH, O/R RELEASE | DATE POSTED/ FILED | AMOUNT | BAIL FORFEITED | FORFEITURE SET ASIDE/ REINSTATED | SUMMARY JUDGMENT ELIGIBLE | BAIL APPLIED BALANCE EXONERATED | EXONERATED |
|---|---|---|---|---|---|---|---|---|
| 7/6/94 1:30 PM | IC | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## CONTINUANCES

| | CONTINUED ON: | CONTINUED TO: DATE | TIME | CONTINUED FOR: | CUSTODY STATUS | STATUTORY TIME | JUDGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FORM 4569 REV 8/93

_____ _____ ☐ Defendent fails to appear  ☐ bail forfeited  ☐ O/R release revoked  ☐ Supervised O/R revoked.

_____ _____ ☐ Court finds good cause not to forfeit bail.

_____ _____ ☐ Bench Warrant ordered. Bail $ _____ ☐ Stayed. SEE **CONTINUANCES.**

_____ _____ ☐ No Walkover.  ☐ No Citation Release.  ☐ No Requests.  ☐ May post and forfeit.

JUDGE:_____ CLERK:_____ REPORTER: _____

_____ _____ ☐ Bench Warrant, previously stayed, ordered  ☐ to issue ☐ set aside. ☐ _____ reinstated/revoked/ forfeited.

JUDGE:_____ CLERK:_____ REPORTER: _____

_____ _____ ☐ Notice of forfeiture mailed to depositor. Bond No. _____

_____ _____ ☐ Bench Warrant issued to _____.

_____ _____ ☐ Warrant recalled. _____ _____ ☐ Warrant returned and filed.


_____ _____ ☐ Defendent fails to appear  ☐ bail forfeited  ☐ O/R release revoked  ☐ Supervised O/R revoked.

_____ _____ ☐ Court finds good cause not to forfeit bail.

_____ _____ ☐ Bench Warrant ordered. Bail $ _____ ☐ Stayed. SEE **CONTINUANCES.**

_____ _____ ☐ No Walkover.  ☐ No Citation Release.  ☐ No Requests.  ☐ May post and forfeit.

JUDGE:_____ CLERK:_____ REPORTER: _____

_____ _____ ☐ Bench Warrant, previously stayed, ordered  ☐ to issue ☐ set aside. ☐ _____ reinstated/revoked/ forfeited.

JUDGE:_____ CLERK:_____ REPORTER: _____

_____ _____ ☐ Notice of forfeiture mailed to depositor. Bond No. _____

_____ _____ ☐ Bench Warrant issued to _____.

_____ _____ ☐ Warrant recalled. _____ _____ ☐ Warrant returned and filed.


_____ _____ ☐ Defendent fails to appear  ☐ bail forfeited  ☐ O/R release revoked  ☐ Supervised O/R revoked.

_____ _____ ☐ Court finds good cause not to forfeit bail.

_____ _____ ☐ Bench Warrant ordered. Bail $ _____ ☐ Stayed. SEE **CONTINUANCES.**

_____ _____ ☐ No Walkover.  ☐ No Citation Release.  ☐ No Requests.  ☐ May post and forfeit.

JUDGE:_____ CLERK:_____ REPORTER: _____

_____ _____ ☐ Bench Warrant, previously stayed, ordered  ☐ to issue ☐ set aside. ☐ _____ reinstated/revoked/ forfeited.

JUDGE:_____ CLERK:_____ REPORTER: _____

_____ _____ ☐ Notice of forfeiture mailed to depositor. Bond No. _____

_____ _____ ☐ Bench Warrant issued to _____.

_____ _____ ☐ Warrant recalled. _____ _____ ☐ Warrant returned and filed.

**ARRAIGNMENT:**

*BCH* JUL 6 1994    ☑ Defendant present    ☑ without attorney
                    ☐ Defendant not present    ☐ with/by attorney _____ .

_____ JUL 6 1994    ☒ (*Spanish*) interpreter *Gomez*    Certified/Sworn    Sworn
                    ☑ Section 751(C)    ☐ Section 751(A)
                    per Evid. Code    per Evid. Code

_____ _____ ☐ Arraignment and advisement of Constitutional Rights waived.

_____ JUL 6 1994    ☑ Defendant informed of charges, arraigned, and advised of the following rights: ☑ to an attorney at all stages of the proceedings; ☑ the Court would appoint an attorney if defendant does not have the financial means to retain own; ☑ to self-representation; ☑ to release on reasonable bail; ☑ to a speedy trial (P.C.1382); ☑ if convicted, to be sentenced not sooner than six hours nor later than five days, or within 21 days if referred to Probation Office; ☑ to the processes of the Court to subpoena; ☑ to confront and cross-examine adverse witnesses; ☑ to not incriminate self; ☑ to dismissal if not tried within statutory time; ☑ to have proceedings recorded; ☑ to verbatim record; ☑ Defendant advised of the provisions of ☑ P.C. 1016.5, and ☑ P.C. 987.8.

_____ _____ ☐ Refer/appoint Public Defender. _____ _____ ☐ Re-referred/appoint Public Defender.

_____ _____ ☐ Motion for release on Own Recognizance ☐ granted ☐ denied.

_____ _____ ☐ Previous release status ☐ revoked ☐ exonerated.

_____ _____ ☐ Defendant remanded to custody of Dept. of Correction. Bail $ _____ ☐ Increased ☐ Reduced.

_____ _____ ☐ Supervised Own Recognizance hearing scheduled. SEE **CONTINUANCES.**

_____ _____ ☐ Plea scheduled. ☐ Identification of Counsel. SEE **CONTINUANCES.**

         JUDGE: _____ CLERK: _____ REPORTER: _____

_____ _____ ☐ Defendant present    ☐ without attorney
                    ☐ Defendant not present    ☐ with/by attorney _____ .

_____ _____ ☐ _____ interpreter _____    Certified/Sworn    Sworn
                    ☐ Section 751(C)    ☐ Section 751(A)
                    per Evid. Code    per Evid. Code

_____ _____ Release on Supervised Own Recognizance ☐ granted ☐ denied. ☐ Supervised O/R Release Filed.

         JUDGE: _____ CLERK: _____ REPORTER: _____

_____ _____ ☐ Public Defender declares conflict. SEE **CONTINUANCES.**

_____ _____ ☐ Court appoints _____ Public Defender relieved.
                    SEE **CONTINUANCES.**

         JUDGE: _____ CLERK: _____ REPORTER: _____

**PLEA OF NOT GUILTY:**

_____ _____ ☐ Defendant present    ☐ without attorney
                    ☐ Defendant not present    ☐ with/by attorney _____ .

_____ _____ ☐ _____ interpreter _____    Certified/Sworn    Sworn
                    ☐ Section 751(C)    ☐ Section 751(A)
                    per Evid. Code    per Evid. Code

_____ _____ ☐ Plea of NOT GUILTY entered as to ☐ all counts ☐ section(s) _____ .

_____ _____ ☐ Prior convictions denied. Time ☐ waived ☐ not waived.

_____ _____ ☐ Defendant demands jury trial; ☐ Pre-trial conference scheduled. SEE **CONTINUANCES.**

         JUDGE: _____ CLERK: _____ REPORTER: _____

☐ Defendant present          ☐ without attorney
☐ Defendant not present      ☐ with/by attorney _____

|  | Certified/Sworn per Evid. Code | Sworn per Evid. Code |

☐ _____ interpreter _____ ☐ Section 751(C)   ☐ Section 751(A)

☐ Arraignment and advisement of Constitutional Rights waived on amended complaint.

☐ Defendant pleads NOT GUILTY on amended complaint as to all counts.

☐ Prior convictions denied. Time ☐ waived ☐ not waived.

JUDGE:_____ CLERK:_____ REPORTER:_____

☐ Defendant advised of the right to be represented by counsel and personally waives that right.
    ☐ Waiver filed.
☐ Defendant understands right to jury trial and personally waives that right.

☐ Prosecutor waives right to jury trial. ☐ Court trial scheduled. SEE **CONTINUANCES.**

JUDGE:_____ CLERK:_____ REPORTER:_____

**DIVERSION PROCEEDINGS:**

☐ Defendant present          ☐ without attorney
☐ Defendant not present      ☐ with/by attorney _____

☐ _____ interpreter _____ ☐ Section 751(C)   ☐ Section 751(A)

☐ Section _____ amended to Section _____ on motion of District Attorney/Court.

☐ Notice of Eligibility/Ineligibility filed. ☐ Acknowledgment and waiver of time filed.

☐ Motion by District Attorney for dismissal as to Section(s)_____ submitted.

☐ Matter referred to Probation Department for investigation and report. SEE **CONTINUANCES.**

JUDGE:_____ CLERK:_____ REPORTER:_____

☐ Matter re-referred to Probation Department. SEE **CONTINUANCES.**

JUDGE:_____ CLERK:_____ REPORTER:_____

☐ Defendant present          ☐ without attorney
☐ Defendant not present      ☐ with/by attorney _____

☐ _____ interpreter _____ ☐ Section 751(C)   ☐ Section 751(A)

☐ Diversion Hearing held. ☐ Diversion denied.
    ☐ Criminal proceedings suspended as to Section(s) _____

    ☐ Diversion granted under supervision of the Probation Officer for a period of six months to two years. Order for diversion filed.
    ☐ Court orders Section(s). _____ dismissed. Reason for dismissal: _____
    _____

☐ Diversion Fee ordered $ _____ . ☐ P.C. 987.8 fee ordered $ _____ .

JUDGE:_____ CLERK:_____ REPORTER:_____

Diversion terminated ☐ Section(s) _____ dismissed pursuant to_____
    ☐ Criminal Proceedings Reinstated.
☐ Defendant remanded to custody of Dept. of Correction. Bail $ _____

☐ Released on Own Recognizance. ☐ Referred to Public Defender. ☐ SEE **CONTINUANCES.**

☐ Defendant fails to appear. ☐ Bench Warrant ordered. Bail $ _____ ☐ Stayed.

☐ No Walkover. ☐ No Citation Release. ☐ No Request.        SEE **CONTINUANCES.**

JUDGE:_____ CLERK:_____ REPORTER:_____

4.

## DIVERSION PROCEEDINGS (CONTINUED):

_____ _____ ☐ Bench Warrant, previously Stayed, ordered ☐ to issue ☐ set aside.

_____ _____ ☐ Bench Warrant issued to _____

_____ _____ ☐ Bench Warrant recalled _____ _____ ☐ Warrant returned and filed.

JUDGE: _____ CLERK: _____ REPORTER: _____

## PLEA OF GUILTY/NOLO CONTENDERE/CHANGE OF PLEA:

_____ _____ ☐ Defendant present    ☐ without attorney
                    ☐ Defendant not present ☐ with/by attorney _____

|  | Certified/Sworn per Evid. Code | Sworn per Evid. Code |
|---|---|---|
_____ _____ ☐ _____ interpreter _____ ☐ Section 751(C) ☐ Section 751(A)

_____ _____ ☐ Arraignment and advisement of constitutional rights waived on amended complaint.

_____ _____ ☐ Defendant requests, and is granted, permission to withdraw previous NOT GUILTY plea.

___ JUL 6 1994 ☒ Defendant advised of, understands, and knowingly and voluntarily waives all the following rights: ☒ privilege against self-incrimination; ☒ to a speedy and public jury trial; ☒ to subpoena witness and produce evidence; ☒ to confront and cross-examine adverse witnesses; ☒ to counsel. After questioning defendant the Court finds that the defendant understands ☒ the nature of the charges; ☒ the elements of the offense; ☒ possible defenses; ☒ the consequences of the plea; and ☒ the minimum/maximum penalties. ☒ Court finds factual basis for plea. ☐ Written waiver of rights filed. ☐ Plea in absentia filed.

_____ _____ ☐ Advised P.C. 666. ☐ Advised increased penalties on future convictions. ☐ Advised adverse licensing consequences.

JUL 6 1994 ☒ Defendant pleads ☒ GUILTY ☐ NOLO CONTENDERE to a violation of

Section(s) Count 1 VC 12500 (A) _____ ☐ as amended

☐ on Court's own motion ☐ on motion of District Attorney.

_____ _____ ☐ Prior convictions: ☐ Admitted: _____

☐ Stricken: _____ ☐ For sentencing only.

_____ _____ ☐ On motion of the District Attorney/Court, section(s) _____

dismissed for the following reason(s) ☐ In view of plea, ☐ Interest of Justice, ☐ Insufficient evidence,

☐ _____

JUL 6 1994 Time ☒ Waived ☐ Not waived for sentencing. ☐ Referred to Victim Witness Assistance Program for restitution/evaluation.

_____ _____ ☐ Referred to the Probation Department. ☐ Sentencing scheduled. SEE **CONTINUANCES**.

JUDGE: _____ CLERK: _____ REPORTER: _____

## TRIAL:

_____ _____ ☐ Defendant present    ☐ without attorney
                    ☐ Defendant not present ☐ with/by attorney _____

|  | Certified/Sworn per Evid. Code | Sworn per Evid. Code |
|---|---|---|
_____ _____ ☐ _____ interpreter _____ ☐ Section 751(C) ☐ Section 751(A)

_____ _____ ☐ Trial commenced ☐ by Court ☐ by Jury.

_____ _____ ☐ Found Guilty of (a) violation(s) of: _____

_____ _____ ☐ Found Not Guilty of (a) violation(s) of: _____

_____ _____ ☐ Verdict(s) filed.

**TRIAL (CONTINUED):**

_____  _____  Mistrial declared as to: _____

_____  _____  Exhibits ☐ released ☐ retained.

_____  _____  ☐ Defendant served copy of appeal rights.

_____  _____  Time ☐ Waived ☐ Not waived for sentencing.

_____  _____  ☐ Referred to the Probation Department. ☐ Sentencing scheduled. SEE **CONTINUANCES.**

JUDGE:_____  CLERK:_____  REPORTER: _____

## JUDGMENT/SENTENCE/PROBATION ORDER:

_____  _____  ☐ Defendant present      ☐ without attorney
             ☐ Defendant not present  ☐ with/by attorney _____

| | Certified/Sworn per Evid. Code Section 751(C) | Sworn per Evid. Code Section 751(A) |
|---|---|---|

_____  _____  ☐ _____ Interpreter _____

_____  _____  ☐ Defendant stipulates and consents to sentencing by Commissioner/Judge Pro Tempore.

_____  _____  ☐ Formal arraignment for and time of sentencing waived. ☐ Defendant arraigned for sentence.

_____  _____  ☐ Sentence suspended ☐ as to all counts ☐ as to section(s) _____.

_____  _____  ☐ Defendant sentenced to _____ day(s)/month(s)/year(s) County Jail.

_____  _____  ☐ Execution ☐ Imposition of sentence suspended for the period of probation.

_____  _____  ☐ Admitted to ☐ Formal ☐ Court probation for a period of _____ day(s)/month(s)/year(s) from the date of this order on the conditions indicated in probation form which is incorporated herein by reference. ☐ P.C. 1203. 1b Fee ordered $ _____ .
Defendant furnished a copy of conditions, INCLUDING:

**FINE:**

FINE TO BE PAID TO: ☐ COURT ☐ DEPARTMENT OF REVENUE ☐ PROBATION OFFICE.
☐ Defendant ordered to pay fine of:

_____  _____  Count _____ $ _____ Plus $ _____ Penalty Assessment.
             Count _____ $ _____ Plus $ _____ Penalty Assessment.
             Suspended Fine in the amount of $ _____ Plus $ _____ Penalty Assessment.

| | | | | |
|---|---|---|---|---|
| Restitution Fee | $ _____ | | Drug Program Fee | $ _____ |
| Alchohol Program Assessment | $ _____ | | _____ Fee | $ _____ |
| Laboratory Fee | $ _____ | | _____ Fee | $ _____ |
| Night Court Assessment | $ _____ | | _____ Fee | $ _____ |
| Accounts Receivable Fee | $ _____ | | _____ Fee | $ _____ |

_____  _____  ☐ Credit Time Served      $ _____ (P.C.2900.5)

_____  _____  ☐ Volunteer Work of _____ hours in lieu of fine. SEE **CONTINUANCES.**

_____  _____  ☐ Pay Today ☐ Stay to _____ . ☐ Payments granted: $ _____ /month commencing _____

_____  _____  ☐ Committed for fine at one day in jail for each $30.00 of fine unpaid. (may pay out)

_____  _____  ☐ Consecutive to ☐ Concurrent with _____

_____  _____  ☐ Commitment issued.

_____  _____  ☐ Cash Bail applied to fine; Balance, if any, exonerated.

**JAIL:**

| P.C. 1209 | NO FEE | ELECTRONIC |
|---|---|---|
| ☑ STRAIGHT TIME ☐ WEEKENDS ☐ WEEKEND WORK | ☐ FEE ORDERED | ☐ ORDERED | ☐ MONITOR PROGRAM |

JUL 6  1994    ☑ Defendant ordered to serve:
             Count \_\_\_1\_\_\_ / \_\_\_4\_\_\_ hrs/days/mos. Credit \_\_\_4\_\_\_ hrs/days pursuant to P.C.2900.5
             Count _____ / _____ hrs/days/mos. Credit _____ hrs/days pursuant to P.C.2900.5

6.

**JAIL (CONTINUED):**

| | |
|---|---|
| _____ _____ | □ Suspended _____ Hours/Day(s)/Month(s)/Year/all but _____ Hours/Day(s)/Month(s)/Year |
| _____ _____ | □ Consecutive/Concurrent with_____. |
| _____ _____ | □ Appear Dept. of Correction on _____ at _____ AM/PM for pre-processing. |
| _____ _____ | □ Sentence to be served _____. |
| _____ _____ | □ Sentence to commence _____ at 8:00 A.M. and consecutive Saturdays/Sundays. |
| _____ _____ | □ Stay of execution to _____ . Defendant ordered to surrender to Dept. of Correction/Court at that time.  □ SEE **CONTINUANCES.** Court recommends □ work furlough, □ no work furlough, □ no early release, □ no programs, □ no Public Service Program, □ no County parole. |
| JUL 6  1994 | □ Commitment issued.  □ Deemed satisfied.  ☑ Release issued. |

**OTHER CONDITIONS AND ORDERS:**

| | |
|---|---|
| _____ _____ | □ Commit no criminal acts. □ Obey all laws.  □ Not consume intoxicating liquors and drive. |
| _____ _____ | □ Submit to chemical testing as directed by any peace officer.  □ Pursuant to C.V.C. 23206. |
| _____ _____ | □ Must maintain liability/property damage insurance. |
| _____ _____ | □ Submit person/vehicle/residence to search/seizure at any time, without benefit of warrant as directed by any peace officer. |
| _____ _____ | □ Must hold valid operator's license. □ Seek and maintain employment. |
| _____ _____ | □ Complete Alcohol Program, First/Multiple Offender □ through the Probation Department. |
| _____ _____ | □ Attend Alcoholics Anonymous meetings _____ SEE **CONTINUANCES.** |
| _____ _____ | □ Participate in Educational, Vocational, and/or Therapeutic Program as directed by Probation. |
| _____ _____ | □ Perform \_\_\_\_ hours volunteer work □ SEE **CONTINUANCES** □ as directed by Probation Department. |
| _____ _____ | □ Restitution to the victim _____ □ Refer to Victim Witness |
| _____ _____ | □ Restitution in the amount of $_____ .   SEE **CONTINUANCES.** |
| _____ _____ | □ Pay child support in the sum of $ _____ per month, commencing _____ . |
| _____ _____ | □ Payable through  □ Probation Department  □ Victim/Witness Assistance Center □ Family Support Trustee. |
| _____ _____ | □ Pay attorney fees (P.C. 987.8) $ _____ through Department of Revenue. |
| _____ _____ | □ License suspended/restricted/revoked  □ as prescribed by law  □ for_____ to, from, during □ work  □ school  □ alcohol program  □ license surrendered  □ pursuant to C.V.C. 13202.5. |
| _____ _____ | Vehicle  □ Impounded  □ Not Impounded. □ Order filed. □ License surrendered. |
| JUL 6  1994 | ☑ Abstract to Dept. of Motor Vehicles. □ Advised Habitual Traffic Offender. |
| _____ _____ | □ Weapon ordered destroyed/returned. □ Advised H.S.11590/P.C.290 registration. |
| _____ _____ | □ _____ |
| _____ _____ | □ _____ |
| _____ _____ | □ _____ |
| _____ _____ | □ _____ |

JUDGE: _Faithful_  CLERK _B Barber_  REPORTER: _Recorder_

_____  _____  ☐ Defendant not present. ☐ Probation revoked. Defendant found in violation of Probation.

_____  _____  ☐ Bench Warrant ordered. Bail $ _____

_____  _____  ☐ Bench Warrant issued to _____ .

_____  _____  ☐ Warrant recalled. _____ _____ ☐ Warrant returned and filed.

JUDGE:_____ CLERK:_____ REPORTER: _____

_____  _____  ☐ Defendant not present. ☐ Probation revoked. Defendant found in violation of Probation.

_____  _____  ☐ Bench Warrant ordered. Bail $ _____

_____  _____  ☐ Bench Warrant issued to _____ .

_____  _____  ☐ Warrant recalled. _____ _____ ☐ Warrant returned and filed.

JUDGE:_____ CLERK:_____ REPORTER: _____

_____  _____  ☐ Defendant present        ☐ without attorney
                       ☐ Defendant not present   ☐ with/by attorney _____

| | Certified/Sworn<br>per Evid. Code | Sworn<br>per Evid. Code |
|---|---|---|
_____  _____  ☐ _____ interpreter _____ ☐ Section 751(C) | ☐ Section 751(A) |

_____  _____  ☐ Arraigned for Violation of Probation. ☐ Admits ☐ Denies allegations. ☐ SEE **CONTINUANCES.**

_____  _____  ☐ Waives written/oral notice of probation violation and date for probation hearing.

_____  _____  ☐ Refer/Appoint Public Defender.

_____  _____  Probation ☐ Modified ☐ Revoked ☐ Reinstated ☐ Extended _____
                       ☐ Terminated ☐ Pursuant to P.C. 1203.3 ☐ Upon completion of jail.

_____  _____  ☐ Ordered to serve_____ days for violation of probation.

_____  _____  ☐ _____ balance of jail/fine payment. _____

                       _____

                       ☐ Pre-book _____ . ☐ P.C. 1209 fees ordered/waived.

                       ☐ To commence _____

                       _____

                       ☐ Remand for fine at one day in jail for each $30.00 fine unpaid. (may pay out)

                       ☐ Fine/jail commuted. ☐ No further penalties.

_____  _____  ☐ Commitment issued ☐ Release issued.

_____  _____  ☐ Re-referred/Reinstate/Delete_____ Alcohol Program.   License ☐ suspended
                       ☐ revoked ☐ surrendered. ☐ Restriction removed ☐ Amended abstract to Dept. of Motor Vehicles.

_____  _____  ☐ _____

_____  _____  ☐ _____

JUDGE:_____ CLERK:_____ REPORTER: _____

_____  _____  ☐ Defendant present        ☐ without attorney
                       ☐ Defendant not present   ☐ with/by attorney _____

| | Certified/Sworn<br>per Evid. Code | Sworn<br>per Evid. Code |
|---|---|---|
_____  _____  ☐ _____ interpreter _____ ☐ Section 751(C) | ☐ Section 751(A) |

_____  _____  ☐ Formal hearing held, Defendant found ☐ in violation ☐ not in violation of probation.

_____  _____  ☐ Refer/Appoint Public Defender.

8.




**PROBATION HEARINGS (CONTINUED):**

_____ _____ Probation ☐ Modified ☐ Revoked ☐ Reinstated ☐ Extended _____

                            ☐ Terminated  ☐ Pursuant to P.C.1203.3  ☐ Upon completion of jail.  ☐ Upon payment of fine.

_____ _____ ☐ Ordered to serve_____ days for violation of probation.

_____ _____ ☐ _____ balance of jail/fine payment. _____

                         _____

                         ☐ Pre-book _____ . ☐ P.C.1209 fees ordered/waived.

                         ☐ To commence _____

                         _____

                         ☐ Remand for fine at one day in jail for each $30.00 fine unpaid. (may pay out)

                         ☐ Fine/jail commuted. ☐ No further penalties.

_____ _____ ☐ Commitment issued ☐ Release issued.

_____ _____ ☐ Re-referred/Reinstate/Delete _____ Alcohol Program.   License ☐ suspended

                         ☐ revoked ☐ surrendered.  ☐ Restriction removed ☐ Amended abstract to Dept. of Motor Vehicles.

_____ _____ ☐ _____

_____ _____ ☐ _____

                     JUDGE:_____ CLERK: _____ REPORTER: _____

_____ _____ ☐ Petition for early termination of probation record clearance pursuant to ☐ P.C.1203.3
                         ☐ P.C.1203.4  ☐ P.C.1203.4a granted and filed.

_____ _____ ☐ Amended Abstract to Dept. of Motor Vehicles.

**MOTIONS:**

_____ _____ ☐ Motion to set aside forfeiture filed. Bond No. _____

_____ _____ ☐ Points and Authorities Filed ☐ Declaration Filed ☐ Proof of Service Filed. SEE **CONTINUANCES.**

_____ _____ ☐ Motion of bondsman or surety company to set aside forfeiture and ☐ reinstate bail ☐ exonerate

                         ☐ denied ☐ granted ☐ costs to be paid to Court within _____ days.

                         $_____ Court, $ _____ to _____ AGENCY.

                     JUDGE:_____ CLERK: _____ REPORTER: _____

_____ _____ ☐ Motion to set aside forfeiture filed. Bond No. _____

_____ _____ ☐ Points and Authorities Filed ☐ Declaration Filed ☐ Proof of Service Filed. SEE **CONTINUANCES.**

_____ _____ ☐ Motion of bondsman or surety company to set aside forfeiture and ☐ reinstate bail ☐ exonerate

                         ☐ denied ☐ granted ☐ costs to be paid to Court within _____ days.

                         $_____ Court, $ _____ to _____ AGENCY.

                     JUDGE:_____ CLERK: _____ REPORTER: _____

_____ _____ ☐ Motion _____ Filed.

_____ _____ ☐ Points and Authorities Filed ☐ Declaration Filed ☐ Proof of Service Filed. SEE **CONTINUANCES.**

_____ _____ ☐ Hearing on motion held.

_____ _____ ☐ Motion submitted.

                     JUDGE:_____ CLERK: _____ REPORTER: _____

_____ _____ Motion ☐ denied ☐ granted ☐ off calendar ☐ with/without prejudice.

                     JUDGE:_____ CLERK: _____ REPORTER: _____

————— —————— ☐ Motion _____ Filed.

————— —————— ☐ Points and Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES.**

————— —————— ☐ Hearing on motion held.

————— —————— ☐ Motion submitted.

JUDGE: _____ CLERK: _____ REPORTER: _____

————— —————— Motion ☐ denied ☐ granted ☐ off calendar ☐ with/without prejudice.

JUDGE: _____ CLERK: _____ REPORTER: _____

————— —————— ☐ Motion _____ Filed.

————— —————— ☐ Points and Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES.**

————— —————— ☐ Hearing on motion held.

————— —————— ☐ Motion submitted.

JUDGE: _____ CLERK: _____ REPORTER: _____

————— —————— Motion ☐ denied ☐ granted ☐ off calendar ☐ with/without prejudice.

JUDGE: _____ CLERK: _____ REPORTER: _____

**MISCELLANEOUS HEARINGS AND ORDERS:**

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

————— —————— _____

MUNICIPAL COURT OF CALIFORNIA
SANTA CLARA COUNTY JUDICIAL DISTRICT
PROCEEDINGS SENTENCE, PROBATION ORDER

| | | |
|---|---|---|
| 22   SAN JOSE FACILITY | CASE NO. | C9497942 |
| 200 WEST HEDDING ST. | CEN | 9425680 |
| SAN JOSE, CA 95110 | DATE 07/06/94  1:30 PM  DEPT. 18 | |

PEOPLE VS.   JOSE DEJESUS GUTIERREZ    10/28/75 CAB4304418
L.K.A.    1299 E. JULIAN ST #0011                      DIK074 M
          SAN JOSE CA

JUDGE     HON. SANDRA S. FAITHFULL        HEARING ARRAIGNMENT
REPORTER  RECORDER/WAIVED                 AGENCY SJ-04313-N2709-NGUYEN
DEF. ATTY.                                STATUS I - / TW
CHARGES   M(01)VC12500(A)                 SUPO

**NEXT COURT APPEARANCE DATE**

☑Defendant Present ☐Not Present          ☑Attorney Not Present ☐Present _____
☑Arr./Advised ☐Viol. of Prob. ☐Arr. Waived    ☐Arraignment ☐Plea ☐I. D. Counsel Interpreter
☑Not Guilty ☐Rptr: Advised/Waived        ☐Supv O/R ☐O/R ☐Bail Hrg    Bail ☐Exonerated ☐Forfeited Bond # ____
☐COP ☑Guilty ☐Nolo Contendere ☐Refusal Adm.   ☐Prelim. ☐Setting ☐Pretrial Conf.    ☐Bail Apply. ☐Balance Exonerated
☐Priors ☐Allegations ☐Admitted ☐Denied    ☐Jury ☐Ct. Trl. ☐Peo/Def Waive Jury    ☐Forfeiture Set Aside ☐Bail Reinstated
☑Time Waived ☐Not Waived ☑For Sentence    ☐Proof Of ____    ☐B/W Set Aside ☐Recalled ☐Filed
☐Refer ☐Appoint Public Defender          ☐Notice of Eligibility Filed    O/R ☐Revoked ☐Reinstated ☐May post and forfeit
☐Public Defender declares conflict ☐Relieved    ☐Crim. Proc. Susp. ☐Term. ☐Rein.    ☐B/W Ordered, Bail $ ____ ☐B/W Stayed
☐Stip. to Comm. ☐PC 987.8 Fees Ordered $____    ☐Diversion ☐Granted ☐Denied    ☐No SCIT Release ☐No W/O
☑Waives Rights                           ☐Probation/Sentence DFS    ☐Hrg On Motion
☑Factual Basis ☑Findings ☑Adv. Max. Penalties    ☐Revocation ☐Report Prob. Dept.    Motion ☐ Denied ☐ Granted ☐O/C ☐Submitted
☐Amended to VC 23103a ☐Purs. VC 23103.5 MDA    ☐$ ____ Costs by ____
☐Amended ____                            ☐Dismissed ____
☐PC17b Reduction
☐Probation Denied
☐Sentenced To ____ County Jail.  ☐Execution ☐Imposition of sentence suspended for the probationary period.
☐COURT ☐FORMAL PROBATION GRANTED for a period of ____ days/mos./years from the date of this order. ☐PC 1203.1b fees ordered.
  Probation ☐Reinstated ☐Terminated ☐Modified ☐Revoked. Defendant Found in Violation. ☐Probation extended to expire ____
☐Original Terms in full force except as amended herein ____
☐Conditions of Probation follow (see reverse side for additional conditions) ☐Advised VC23206 ☐HTO Status

**FINE**  PAY TO: ☐COURT ☐D.O.R. ☐PROBATION ☐Family Support Trustee $____

| | | | | |
|---|---|---|---|---|
| Count ____ $ ____ PA ____ Orig. Fine Bal. $ ____ | ☐Sentence Suspended |
| Count ____ $ ____ PA ____ CTS PC 2900.5 $ ____ | ☐Restitution |
| ASF $ ____ PA ____ Total Amt Due $ ____ | ☐VWAC ☐APO |
| RF $ ____ ☐ ____ Hours of Volunteer Work in lieu of fine |
| APA/DPF $ ____ ☐Payments granted/modified $ ____ per month commencing ____ |
| LAB $ ____ ☐Stay To ____ ☐To Pay Today |
| NC $ ____ ☐Committed for fine at one day in jail for each $30.00 of fine unpaid (May Pay Out) |
| AR $ ____ ☐Consecutively ☐Concurrently |

**JAIL** ☑Straight Time ☐Weekends ☐Weekend Work ☐PC 1209 Fee Ordered ☐PC 1209 Fee Waived ☐Work Furlough Recommended
☑Serve   4  Hrs/Days/Mos. ☐Suspend ☐All But ____ Hrs./Days/Mos. ☐EMP
☑C.T.S. PC 2900.5   4  Hrs/Days. To be served ☐Consecutively ☐Concurrently
☐Appear Dept. of Correction on ____ at ____ AM/PM for pre-processing
☐Sentence to commence ____ at 8:00 A.M. and consecutive Saturdays/Sundays ____
☐Stay of execution granted to ____ and defendant to surrender to Dept. of Correction at that time.

☐Must hold valid operators license and maintain Liability/Property Damage Insurance.
☐Within ____ days enroll in First Offender Alcohol Program and complete without interruption.
☐Participate in ☐Delete ☐Reinstate Second Offender Alcohol Program as directed by Probation Office (PO)
☐Participate in Educational, Vocational, Alcohol, Psychiatric or other Therapeutic Program as directed by PO/Court
☐Submit person/vehicle/residence to search/seizure at any time without benefit of warrant. ☐Alcohol/Drug Test as directed by any Peace Officer.
☐License suspended/restricted/revoked for ____ to, from, during ☐work ☐Alcohol Program. ☐License Surrendered ☐Purs. VC 13202.5
  Vehicle ☐Impounded ☐Not Impounded ☐Order Filed, ☐License restriction removed.
☐____ Hours Volunteer Work ☐As directed by P.O. ☐Reg. Purs. PC 290/HS 11590 ☐Weapon ordered returned/destroyed
☐Other ____

☐REMANDED to custody until next appearance.          VIOLATION DATE: 07/02/94
☑ORDERED RELEASED: ☐on O/R ☐on S/O/R    BAIL $ ____    ☐As a condition of SORP
☐COMMITTED to custody until sentence is satisfied in full. ☐Stay on jail sentence. See above.

I certify the foregoing is a true copy of the order/judgment rendered on the above date.
CLERK OF THE ABOVE ENTITLED COURT BY _____ DEPUTY CLERK

PROMISE TO APPEAR: I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.

EXECUTED ON _____ BY _____ DEFENDANT

# POLICE REPORT

**SAN JOSE POLICE DEPARTMENT**
201 West Mission Street
San Jose, CA 95110 277-4261

CASE NO. **94-183-0378**

☒ IN CUSTODY
☐ CITED & RELEASED

ASSOCIATED CASE NUMBERS

PROP. BOOKED ☒ YES ☐ NONE

**ROUTING**
NDR
B C.M.U.
AUTO
INTEL.
CLETS
PROP.
T.I.U.
VICE
C.I.I.
ATTY.
FIRE
PRESS
N.C.I.

(1) REPORT TYPE ☐ HATE CRIME ☐ GANG RELATED

*Possession of Stolen Property*

(2) LOCATION OF EVENT/CROSS STREET    BEAT **R-3**
*Mabury @ Berryessa*

TYPE OF PREMISES (or Business Name) ☐ OPEN ☐ CLOSED
*Public Streets.*

OCCURRED ON — DATE **7-2-94**  TIME **0345**  DAY **SAT**
ROUTING N# **795N**
OSSD INDEX #
REPORTED ✓ ✓ ✓
UCR Code

**VICTIM**
(4) LAST, First, Middle (Business Name)    M / F    D.O.B.    AGE    HT    WT
VICTIM REQUESTS ☐ J. DOE

(5) ADDRESS/APT. NO.    CITY/ZIP    PHONE ( )    DL NO.    SS

(6) WORK (Name, Add, Occup) /School    CITY/ZIP    WORK PHONE ( )    LANGUAGE SPOKEN

VICTIM ADVISED
☐ SEXUAL ASSAULT
☐ VICT./WIT. PROG.
☐ DOMESTIC VIOLENCE

**VICTIM WAS** (Check All That Apply)
☐ AT HOME      ☐ AT SCHOOL     ☐ JOGGING
☐ AT WORK      ☐ IN JAIL       ☐ DRIVING
☐ ON STREET    ☐ IN HOSPITAL   ☐ SLEEPING
☐ AT SHOPPING CNTR. ☐ AT THE PARK ☐ UNDER INF
☐ GAS STATION  ☐ ON VACATION   ☐ 5150 W&I
☐ CONVENIENCE MKT. ☐ AT WEDDING ☐ INJURED
☐ ATM          ☐ WALKING       ☐ INTERVIEWED

**POINT OF ENTRY**
☐ DOOR
☐ WINDOW
☐ GARAGE
☐ ADJ. PREM
☐ VENT/SKYLIGHT

**LOCATION**
☐ FRONT
☐ REAR
☐ SIDE
☐ ROOF
☐ UNK.

**METHOD OF ENTRY**
☐ OPEN/UNLOCKED    ☐ BREAK GLASS
☐ FORCED SCREEN    ☐ REMOVE DOOR
☐ CUTTING DEVICE   ☐ REMOVE WINDOW
☐ BODY FORCE       ☐ POSS. EMPLOYEE
☐ PRY TOOL         ☐ KEY
☐ CHANNEL LOCKS    ☐ UNKNOWN

**VANDALISM**
☐ EGGED
☐ BREAK WINDOW
☐ SHOOT WINDOW
☐ GRAFFITI
☐ MAILBOX

**VICTIM VEHICLE WAS**
☐ SECURED AT SCENE
☐ RELEASED TO OWNER
☐ HELD FOR PRINTS
☐ IMPOUNDED
☐ PRINTED
☐ STOLEN

OWNER (if other than Victim)    ADDRESS/CITY/ZIP

**VEHICLE VANDALISM**
☐ KEYING        ☐ BREAK WINDOW
☐ SLASH TIRES   ☐ SHOOT WINDOW

LIC./STATE/OR PLATE  COLORS    YEAR    MAKE    STYLE    MODEL    EXTERIOR COLOR    INTERIOR COLOR

**WINDOWS**
☐ TINTED
☐ BROKEN

**ROOF**
☐ VINYL    ☐ LANDAU
☐ CONV.

**TIRES**
☐ STOCK ☐ SMALL
☐ WIDE

**RIMS**
☐ STOCK ☐ CHROME
☐ MAGS  ☐ SPOKE

**LEVEL**
☐ STOCK ☐ LOWERED
☐ RAISED

VIN NUMBER

**REPORTING PARTY**
LAST, First, Middle (Business Name)    *ON-VIEW*    RACE  M / F    D.O.B.    AGE

ADDRESS/APT NO.    CITY/ZIP    PHONE ( )    DL NO.    SS

WORK (Name, Add, Occup) / School    CITY/ZIP    WORK PHONE ( )    LANGUAGE SPOKEN

The **VICTIM/REPORTING PARTY** contacted the police department to report the **THEFT/LOSS/DAMAGE** of the listed property. This occurred **AT/NEAR/FROM** the victim's **VEHICLE/RESIDENCE/BUSINESS/SCHOOL**.
☐ There are no suspects and this report is made primarily for insurance purposes and to alert the police.

**WITNESS 1**  LAST, First, Middle    ADDRESS/APT NO.    CITY/ZIP    D.O.B.

WORK ADDRESS    CITY/ZIP    HOME PHONE ( )    WORK PHONE ( )    LANGUAGE SPOKEN    DL NO.

**WITNESS 2**  LAST, First, Middle    ADDRESS/APT NO.    CITY/ZIP    D.O.B.

WORK ADDRESS    CITY/ZIP    HOME PHONE ( )    WORK PHONE ( )    LANGUAGE SPOKEN    DL NO.

**PROPERTY** (CHG/NARRATIVE)    ☐ STOLEN ☐ BOY'S ☐ MTN.    COLOR    BRAND    MODEL    SPEED    LICENSE #    FRAME #
BICYCLE ☐ GIRL'S ☐ ROAD

| ITEM | QTY | ITEM TYPE, BRAND, MODEL # SIZE, COLOR, MARKS, ETC. | SERIAL # | VALUE | LOCATION WHEN STOLEN |
|---|---|---|---|---|---|
| | | | | | INTERIOR / EXTERIOR GARAGE |
| | | | | | INTERIOR / EXTERIOR GARAGE |
| | | **COURT COPY** | | | INTERIOR / EXTERIOR GARAGE |
| | | | | | INTERIOR / EXTERIOR GARAGE |
| | | | | | INTERIOR / EXTERIOR GARAGE |

ADDITIONAL REPORTS FILED    FINGERPRINTS #    PHOTOS #    TOTAL NUMBER OF    VICTIM:    VALTOX TEST    SART KIT
VICT.  WIT.  SUSP.    BLOOD URINE NONE    ☐ POS ☐ NEG    ☐ YES ☐ NO
DRUG: ☐    TOTAL VALUE

OFFICER'S NAME/BADGE  *Nguyen 2709*    DAY OFF/SHIFT  *SSM - MIDS*    PROP. 115 QUALIFIED?  YES ☒    SUPERVISOR

# SJPD POLICE REPORT

SAN JOSE POLICE DEPARTMENT
201 West Mission Street
San Jose, CA 95110  277-4261

**CASE NO.** 183-0378

| REPORT TYPE | VICTIM LAST, First, Mid. |
|---|---|
| Possession of Stolen Property | State of Cal. |

## SUSPECT

NO: 1  LAST First, Mid: **Gutierrez Jose, De Jesus**  ☒ ARRESTED  ☐ OUTSTANDING  RELATIONSHIP TO VICTIM: N/A  LANGUAGE SPOKEN:

| RACE | ☒M ☐F | D.O.B. 10/23/75 | AGE 18 | HT. 5-07 | WT. 130 | HAIR BLK | EYES BRN | DL NO. NONE | SS | PFN DIK Q74 |
|---|---|---|---|---|---|---|---|---|---|---|
| H | | | | | | | | | | |

ADDRESS/APT. NO. 1299 E. Julian Ave.  CITY/ZIP San Jose  PHONE ( ) None  PHOTO ID #

WORK (Name, Add., Occup.)/School: Unemployed  CITY/ZIP  WORK PHONE ( )  CEN #

| SUSPECT WAS | HAD USED | UNDER INFLUENCE | | |
|---|---|---|---|---|
| ☒ INTERVIEWED ☐ RECORDED ☐ INJURED | ☐ STIMULANT ☐ ALCOHOL ☐ OPIATE | ☐ YES ☐ NOT OBS. | BLOOD ☐ REFUSAL ☐ | ☒ JAIL ☐ J-HALL ☐ PROB. |
| ☐ HANDICAPPED ☐ SOBER ☐ 5150 W&I | ☐ PCP ☐ OTHER | ☒ NO ☐ UNK. | URINE ☐ NONE ☐ | ☐ VMC ☐ CITE # ☐ PAROLE |
| | | | | ☐ 849BPC |

DESCRIPTION PROVIDED BY  SUSPECT EXACT WORDS  SCARS, MARKS, TATTOOS, CLOTHING, ETC.

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | COMPLEXION | APPEARANCE | SPEECH | DEMEANOR |
|---|---|---|---|---|---|---|
| ☒ SHORT | ☐ NATURAL / AFRO | ☐ NONE | ☒ LIGHT | ☐ CASUAL | ☒ LOW PITCH | ☒ CALM |
| ☐ MED. (HALF EAR) | ☐ BRAIDED | ☐ BEARD | ☐ MEDIUM | ☐ WELL GROOMED | ☐ HIGH PITCH | ☐ POLITE |
| ☐ LONG (COVER EAR) | ☐ CREW CUT / BUTCH | ☒ MUSTACHE | ☐ DARK | ☒ UNKEMPT | ☐ SLURRED | ☐ APOLOGETIC |
| ☐ COLLAR | ☐ CURLY | ☐ BEARD & MUSTACHE | ☐ FRECKLED | ☒ RIGHT HANDED | ☐ STUTTER | ☐ NERVOUS |
| ☐ SHOULDER | ☐ PONY TAIL | ☐ GOATEE | ☐ ACNE | ☐ LEFT HANDED | ☐ ACCENT | ☐ PROFESSIONAL |
| ☐ BALD/SHAVED | ☐ PUNK | ☐ SIDEBURNS | ☐ POCKMARK | ☐ BIRTHMARK | ☐ TYPE: | ☐ OFFENSIVE |
| ☐ RECEDING | ☐ STRAIGHT | | ☐ RUDDY | ☐ MOLE | | ☐ VIOLENT |
| | | | | ☐ BODY ODOR | | |

OTHER DISTINCTIVE FEATURES  WEAPON USED

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ GOLD TOOTH | ☐ CLEFT PALATE | ☐ LARGE EYES | ☐ REVOLVER | ☐ BARREL | ☐ NICKEL | ☐ SHOTGUN ☐ BLUDGEON/CLUB ☐ FOOT / FEET |
| ☐ SILVER TOOTH | ☐ GLASSES | ☐ MISSING LIMBS | ☐ SEMI-AUTO | ☐ CAL | ☐ RIFLE | ☐ SAWED OFF ☐ ROCK / BRICK ☐ VEHICLE |
| ☐ ROTTEN TEETH | ☐ LIMP | ☐ PARALYZED | ☐ SIMULATED | ☐ BLUE STEEL | ☐ KNIFE | ☐ TOY ☐ HANDS / FISTS ☐ UNKNOWN |

## SUSPECT

NO:  LAST First, Mid:  ☐ ARRESTED  ☐ OUTSTANDING  RELATIONSHIP TO VICTIM:  LANGUAGE SPOKEN:

| RACE | ☐M ☐F | D.O.B. | AGE | HT. | WT. | HAIR | EYES | DL NO. | SS | PFN |
|---|---|---|---|---|---|---|---|---|---|---|

ADDRESS/APT. NO.  CITY/ZIP  PHONE ( )  PHOTO ID #

WORK (Name, Add., Occup.)/School  CITY/ZIP  WORK PHONE ( )  CEN #

| SUSPECT WAS | HAD USED | UNDER INFLUENCE | | |
|---|---|---|---|---|
| ☐ INTERVIEWED ☐ RECORDED ☐ INJURED | ☐ STIMULANT ☐ ALCOHOL ☐ OPIATE | ☐ YES ☐ NOT OBS. | BLOOD ☐ REFUSAL ☐ | ☐ JAIL ☐ J-HALL ☐ PROB. |
| ☐ HANDICAPPED ☐ SOBER ☐ 5150 W&I | ☐ PCP ☐ OTHER | ☐ NO ☐ UNK. | URINE ☐ NONE ☐ | ☐ VMC ☐ CITE # ☐ PAROLE |
| | | | | ☐ 849BPC |

DESCRIPTION PROVIDED BY  SUSPECT EXACT WORDS  SCARS, MARKS, TATTOOS, CLOTHING, ETC.

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | COMPLEXION | APPEARANCE | SPEECH | DEMEANOR |
|---|---|---|---|---|---|---|
| ☐ SHORT | ☐ NATURAL / AFRO | ☐ NONE | ☐ LIGHT | ☐ CASUAL | ☐ LOW PITCH | ☐ CALM |
| ☐ MED. (HALF EAR) | ☐ BRAIDED | ☐ BEARD | ☐ MEDIUM | ☐ WELL GROOMED | ☐ HIGH PITCH | ☐ POLITE |
| ☐ LONG (COVER EAR) | ☐ CREW CUT / BUTCH | ☐ MUSTACHE | ☐ DARK | ☐ UNKEMPT | ☐ SLURRED | ☐ APOLOGETIC |
| ☐ COLLAR | ☐ CURLY | ☐ BEARD & MUSTACHE | ☐ FRECKLED | ☐ RIGHT HANDED | ☐ STUTTER | ☐ NERVOUS |
| ☐ SHOULDER | ☐ PONY TAIL | ☐ GOATEE | ☐ ACNE | ☐ LEFT HANDED | ☐ ACCENT | ☐ PROFESSIONAL |
| ☐ BALD/SHAVED | ☐ PUNK | ☐ SIDEBURNS | ☐ POCKMARK | ☐ BIRTHMARK | ☐ TYPE: | ☐ OFFENSIVE |
| ☐ RECEDING | ☐ STRAIGHT | | ☐ RUDDY | ☐ MOLE | | ☐ VIOLENT |
| | | | | ☐ BODY ODOR | | |

OTHER DISTINCTIVE FEATURES  WEAPON USED

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ GOLD TOOTH | ☐ CLEFT PALATE | ☐ LARGE EYES | ☐ REVOLVER | ☐ BARREL | ☐ NICKEL | ☐ SHOTGUN ☐ BLUDGEON/CLUB ☐ FOOT / FEET |
| ☐ SILVER TOOTH | ☐ GLASSES | ☐ MISSING LIMBS | ☐ SEMI-AUTO | ☐ CAL | ☐ RIFLE | ☐ SAWED OFF ☐ ROCK / BRICK ☐ VEHICLE |
| ☐ ROTTEN TEETH | ☐ LIMP | ☐ PARALYZED | ☐ SIMULATED | ☐ BLUE STEEL | ☐ KNIFE | ☐ TOY ☐ HANDS / FISTS ☐ UNKNOWN |

## VEHICLE

| VEHICLE WAS | | DAMAGE DETAILS | | |
|---|---|---|---|---|
| ☐ SECURED AT SCENE | ☐ HELD FOR PRINTS. | | | ☐ MOTORCYCLE |
| ☐ RELEASED TO OWNER | ☒ IMPOUNDED | | | ☐ BICYCLE |
| | ☒ PRINTED | | | |

OWNER: Pompa, Mercedes  ADDRESS: 680 Dakota Dr.  CITY/ZIP San José  PHONE ( )

| LIC./STATE/OR PLATE COLORS | YEAR | MAKE | STYLE | MODEL | EXTERIOR COLOR | CONDITION | INTERIOR COLOR | INTERIOR |
|---|---|---|---|---|---|---|---|---|
| 2C53333 | 79 | Chev. | Van | | Wt | ☐ CLEAN ☐ NEW ☒ DIRTY ☐ POOR | Blu | ☐ CLEAN ☐ ODOR ☒ DIRTY |

| TIRES | RIMS | LEVEL | ROOF | WINDOWS | SEATS | TRANSMISSION |
|---|---|---|---|---|---|---|
| ☒ STOCK ☐ WIDE | ☒ STOCK ☐ CHROME | ☒ STOCK ☐ LOWERED | ☐ VINYL ☐ LANDAU | ☐ TINTED | ☐ VINYL ☐ BENCH | ☐ AUTOMATIC ☐ FLOOR SHIFT |
| ☐ SMALL | ☐ MAGS ☐ SPOKE | ☐ RAISED | ☐ CONV | ☐ BROKEN | ☐ CLOTH ☐ BUCKET | ☐ MANUAL ☐ COLUMN SHIFT |

| OFFICER'S NAME/BADGE | DAY OFF/SHIFT | PAGE | OF |
|---|---|---|---|
| Nguyen 2709 | SSM-MIDS | 2 | 4 |

200-2B 7/93

POLICE REPORT

SAN JOSE POLICE DEPARTMENT
201 West Mission Street
San Jose, CA 95110 277-4261

CASE NO. 94-185-0378

☐ IN CUSTODY
☐ CITED &
RELEASED

496 P.C.

SUSPECT LAST, First, Mid.
Gutierrez, Jose De Jesus

SUSPECT ADDRESS
1299 E. Julian

CITY/ZIP
San Jose.

**SUMMARY:** On the listed date & time, I was dispatched to the address of 1260 Yard Ct. on report of an audible alarm. Upon my arrival, I observed the suspect's vehicle pulling out from a dark parking lot adjacent to 1260 Yard Ct. At the time, the vehicle did not have any headlights. As I pulled my marked patrol vehicle behind the suspect's vehicle, he sped up, headed S/B on Yard Ct toward Timothy. Based on the surrounding circumstances, I activated my red lights & siren to effect a vehicle stop. Subsequent investigation revealed to me that he was operating a vehicle w/out a drivers license. During an inventory search of the vehicle prior to impound, I located a pull-out cassette deck that was stolen out of Santa Clara. I took suspect "Gutierrez" in custody and booked him in S.C.C.J for possession of stolen property.

**STATEMENT:** Suspect "Gutierrez":
Officer Reyes #3032 assisted me with the interview of suspect Gutierrez in Spanish. Officer Reyes read Gutierrez his Miranda Rights in Spanish and he agreed to talk by stating "si" when asked if he understood his rights and was willing to talk to us. He said that the van he was driving belongs to a friend with a nickname of "Junior." He only knew Junior for approximately 4 months. Junior loaned him a car so he could take a friend home. He was stopped by the police prior to arriving home. He denied of having knowledge of any property inside the vehicle.

SUPERVISOR

OFFICER'S NAME/BADGE
Nguyen 2709

DAY OFF/SHIFT
SSM- MIDS

PROP. 115 QUALIFIED?  YES ☑

PAGE 2 OF 4

SJPD

**SAN JOSE POLICE DEPARTMENT**
201 West Mission Street
San Jose, CA 95110 277-4261

CASE NO. 94 18 00378

IN CUSTODY
CITED &
RELEASED

496

| SUSPECT LAST, First, Mid. | | SUSPECT ADDRESS | CITY/ZIP |
|---|---|---|---|

| | |
|---|---|
| 1 | |
| 2 | ADDITIONAL Info: |
| 3 | |
| 4 | Gutierrez Was Transported To The Police |
| 5 | PREPROCESSING Center For Processing. He was |
| 6 | Subsequently Booked into County Jail. The |
| 7 | Stolen Stereo Was Booked into Evidence. |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | SUPERVISOR |

| OFFICER'S NAME/BADGE | DAY OFF/SHIFT | PROP. 115 QUALIFIED? YES ✓ | PAGE 4 OF 4 |
|---|---|---|---|
| N Guyen 2709 .SSM. MH2S | | | |