# Exhibit B

**MUNICIPAL COURT OF CALIFORNIA**
**SANTA CLARA COUNTY JUDICIAL DISTRICT**

# MISDEMEANOR DOCKET

CASE NO. __C9401473__

| THE PEOPLE OF THE STATE OF CALIFORNIA, vs. | |
|---|---|
| JOSE DE PEREZ GUTIERREZ | DEFENDANT |
| AKA | |

COUNT I ( I ) __22350__
II ( M ) __12500 (A)__
III ( M ) __20002 (A)__
IV ( ) _____
V ( ) _____
VI ( ) _____
VII ( ) _____
VIII ( ) _____
IX ( ) _____
X ( ) _____

| DOB 10-23-75 | CEN 4424216 | AGENCY SJPD |
|---|---|---|
| COMPLAINT FILED 7-27-94 | CTN. | |
| WARRANT ISSUED DATE: | TO: | $ BAIL |
| WARRANT RECALLED | WARRANT FILED | |

AMENDED COMPLAINT FILED _____

| DATE/TIME TO APPEAR | BOND#/SURETY, CASH, O/R RELEASE | DATE POSTED/FILED | AMOUNT | BAIL FORFEITED | FORFEITURE SET ASIDE/REINSTATED | SUMMARY JUDGMENT ELIGIBLE | BAIL APPLIED BALANCE EXONERATED | EXONERATED |
|---|---|---|---|---|---|---|---|---|
| )-8-94 ) AM D13 | WP | | | | | | | |
| 8.8.95 7:00 D-9 | OR | 8.7.95 | | | | | | |
| 130 D-18 9.27.95 | lc | | | | | | | |

## CONTINUANCES

| CONTINUED ON: | CONTINUED TO: DATE | TIME | CONTINUED FOR: | CUSTODY STATUS | STATUTORY TIME | JUDGE |
|---|---|---|---|---|---|---|
| 8R | SEP 27 1995  11-20-95 | 9AM D-18 | Rest hrg | I | — | KEVIN E. McKENNEY |

**WARRANTS: ISSUANCE/DISPOSITION:**

SEP 0 8 1994 ☑ Defendant fails to appear ☐ bail forfeited ☑ O/R release revoked ☐ Supervised O/R revoked.

☐ Court finds good cause not to forfeit bail.

SEP 0 8 1994 ☑ Bench Warrant ordered. Bail $ 2,500 ☐ Stayed. SEE **CONTINUANCES**.

☐ No Walkover. ☐ No Citation Release. ☐ No Requests. ☐ May post and forfeit.

JUDGE: Fernandez  CLERK: _____  REPORTER: White

☐ Bench Warrant, previously stayed, ordered ☐ to issue ☐ set aside. ☐ _____ reinstated/revoked/forfeited.

JUDGE: _____  CLERK: _____  REPORTER: _____

SEP 1 9 1994 ☐ Notice of forfeiture mailed to depositor. Bond No. _____

7.10.95 ☑ Bench Warrant issued to SJPD

☐ Warrant recalled. _____ 9.8.94 ☑ Warrant returned and filed.

---

AUG 8 1995 ☑ Defendant fails to appear ☐ bail forfeited ☑ O/R release revoked ☐ Supervised O/R revoked.

☐ Court finds good cause not to forfeit bail.

AUG 8 1995 ☑ Bench Warrant ordered. Bail $ 8,500 ☐ Stayed. SEE **CONTINUANCES**.

☐ No Walkover. ☐ No Citation Release. ☐ No Requests. ☐ May post and forfeit.

JUDGE: Jerome E. Brock  CLERK: Jewett  REPORTER: _____

☐ Bench Warrant, previously stayed, ordered ☐ to issue ☐ set aside. ☐ _____ reinstated/revoked/forfeited.

JUDGE: _____  CLERK: _____  REPORTER: _____

☐ Notice of forfeiture mailed to depositor. Bond No. _____

AUG 1 8 1995 ☑ Bench Warrant issued to SJPD

☐ Warrant recalled. RB 10-2-95 ☑ Warrant returned and filed.

---

☐ Defendant fails to appear ☐ bail forfeited ☐ O/R release revoked ☐ Supervised O/R revoked.

☐ Court finds good cause not to forfeit bail.

☐ Bench Warrant ordered. Bail $ _____ ☐ Stayed. SEE **CONTINUANCES**.

☐ No Walkover. ☐ No Citation Release. ☐ No Requests. ☐ May post and forfeit.

JUDGE: _____  CLERK: _____  REPORTER: _____

☐ Bench Warrant, previously stayed, ordered ☐ to issue ☐ set aside. ☐ _____ reinstated/revoked/forfeited.

JUDGE: _____  CLERK: _____  REPORTER: _____

☐ Notice of forfeiture mailed to depositor. Bond No. _____

☐ Bench Warrant issued to _____

☐ Warrant recalled. _____ ☐ Warrant returned and filed.

**ARRAIGNMENT:**

_SL_ ____SEP 2 7 1995____ ☒ Defendant present ☐ without attorney
                          ☐ Defendant not present ☐ with/by attorney _____

____ __SEP 2 7 1995__ ☒ Spanish _____ interpreter _Rotana_ _____ Certified/Sworn per Evid. Code ☒ Section 751(C)   Sworn per Evid. Code ☐ Section 751(A)

____ _____ ☐ Arraignment and advisement of Constitutional Rights waived.

____ __SEP 2 7 1995__ ☒ Defendant informed of charges, arraigned, and advised of the following rights: ☒ to an attorney at all stages of the proceedings; ☒ the Court would appoint an attorney if defendant does not have the financial means to retain own; ☒ to self-representation; ☒ to release on reasonable bail; ☒ to a speedy trial (P.C.1382); ☒ if convicted, to be sentenced not sooner than six hours nor later than five days, or within 21 days if referred to Probation Office; ☒ to the processes of the Court to subpoena; ☒ to confront and cross-examine adverse witnesses; ☒ to not incriminate self; ☒ to dismissal if not tried within statutory time; ☒ to have proceedings recorded; ☒ to verbatim record; ☒ Defendant advised of the provisions of ☒ P.C. 1016.5, and ☐ P.C. 987.8.

____ _____ ☐ Refer/appoint Public Defender. _____ _____ ☐ Re-referred/appoint Public Defender.
____ _____ ☐ Motion for release on Own Recognizance ☐ granted ☐ denied.
____ _____ ☐ Previous release status ☐ revoked ☐ exonerated.
____ _____ ☐ Defendant remanded to custody of Dept. of Correction. Bail $ _____ ☐ Increased ☐ Reduced.
____ _____ ☐ Supervised Own Recognizance hearing scheduled. SEE **CONTINUANCES**.
____ _____ ☐ Plea scheduled. ☐ Identification of Counsel. SEE **CONTINUANCES**.

JUDGE:_____ CLERK:_____ REPORTER:_____

____ _____ ☐ Defendant present  ☐ without attorney
              ☐ Defendant not present ☐ with/by attorney _____

____ _____ ☐ _____ interpreter _____ Certified/Sworn per Evid. Code ☐ Section 751(C)   Sworn per Evid. Code ☐ Section 751(A)

____ _____ Release on Supervised Own Recognizance ☐ granted ☐ denied. ☐ Supervised O/R Release Filed.

JUDGE:_____ CLERK:_____ REPORTER:_____

____ _____ ☐ Public Defender declares conflict. SEE **CONTINUANCES**.
____ _____ ☐ Court appoints _____ .Public Defender relieved. SEE **CONTINUANCES**.

JUDGE:_____ CLERK:_____ REPORTER:_____

**PLEA OF NOT GUILTY:**

____ _____ ☐ Defendant present  ☐ without attorney
              ☐ Defendant not present ☐ with/by attorney _____

____ _____ ☐ _____ interpreter _____ Certified/Sworn per Evid. Code ☐ Section 751(C)   Sworn per Evid. Code ☐ Section 751(A)

____ _____ ☐ Plea of NOT GUILTY entered as to ☐ all counts ☐ section(s) _____ .
____ _____ ☐ Prior convictions denied. Time ☐ waived ☐ not waived.
____ _____ ☐ Defendant demands jury trial; ☐ Pre-trial conference scheduled. SEE **CONTINUANCES**.

JUDGE:_____ CLERK:_____ REPORTER:_____

3.

**PLEA OF NOT GUILTY (CONTINUED):**

| | | ☐ Defendant present        ☐ without attorney |
| --- | --- | --- |
| | | ☐ Defendant not present    ☐ with/by attorney _____ . |

| | | ☐ _____ interpreter _____ | Certified/Sworn per Evid. Code ☐ Section 751(C) | Sworn per Evid. Code ☐ Section 751(A) |
| --- | --- | --- | --- | --- |

_____ _____ ☐ Arraignment and advisement of Constitutional Rights waived on amended complaint.

_____ _____ ☐ Defendant pleads NOT GUILTY on amended complaint as to all counts.

_____ _____ ☐ Prior convictions denied. Time ☐ waived ☐ not waived.

JUDGE:_____ CLERK:_____ REPORTER:_____

_____ _____ ☐ Defendant advised of the right to be represented by counsel and personally waives that right.
                          ☐ Waiver filed.

_____ _____ ☐ Defendant understands right to jury trial and personally waives that right.

_____ _____ ☐ Prosecutor waives right to jury trial. ☐ Court trial scheduled. SEE **CONTINUANCES**.

JUDGE:_____ CLERK:_____ REPORTER:_____

**DIVERSION PROCEEDINGS:**

_____ _____ ☐ Defendant present        ☐ without attorney
                          ☐ Defendant not present    ☐ with/by attorney _____ .

_____ _____ ☐ _____ interpreter _____ ☐ Section 751(C)   ☐ Section 751(A)
                                                                                         Certified/Sworn per Evid. Code    Sworn per Evid. Code

_____ _____ ☐ Section _____ amended to Section _____ on motion of District Attorney/Court.

_____ _____ ☐ Notice of Eligibility/Ineligibility filed. ☐ Acknowledgment and waiver of time filed.

_____ _____ ☐ Motion by District Attorney for dismissal as to Section(s)_____ submitted.

_____ _____ ☐ Matter referred to Probation Department for investigation and report. SEE **CONTINUANCES**.

JUDGE:_____ CLERK:_____ REPORTER:_____

_____ _____ ☐ Matter re-referred to Probation Department. SEE **CONTINUANCES**.

JUDGE:_____ CLERK:_____ REPORTER:_____

_____ _____ ☐ Defendant present        ☐ without attorney
                          ☐ Defendant not present    ☐ with/by attorney _____ .

_____ _____ ☐ _____ interpreter _____ ☐ Section 751(C)   ☐ Section 751(A)
                                                                                         Certified/Sworn per Evid. Code    Sworn per Evid. Code

_____ _____ ☐ Diversion Hearing held. ☐ Diversion denied.
                          ☐ Criminal proceedings suspended as to Section(s) _____
                          ☐ Diversion granted under supervision of the Probation Officer for a period of six months to two years. Order for diversion filed.
                          ☐ Court orders Section(s). _____ dismissed. Reason for dismissal: _____
                          _____

_____ _____ ☐ Diversion Fee ordered $ _____ . ☐ P.C. 987.8 fee ordered $ _____ .

JUDGE:_____ CLERK:_____ REPORTER:

_____ _____ Diversion terminated ☐ Section(s) _____ dismissed pursuant to _____
                          ☐ Criminal Proceedings Reinstated.

_____ _____ ☐ Defendant remanded to custody of Dept. of Correction. Bail $ _____

_____ _____ ☐ Released on Own Recognizance. ☐ Referred to Public Defender. ☐ SEE **CONTINUANCES**.

_____ _____ ☐ Defendant fails to appear. ☐ Bench Warrant ordered. Bail $ _____ ☐ Stayed.
                          ☐ No Walkover. ☐ No Citation Release. ☐ No Request.                 SEE **CONTINUANCES**.

JUDGE:_____ CLERK:_____ REPORTER:_____

**DIVERSION PROCEEDINGS (CONTINUED):**

_____  _____  ☐ Bench Warrant, previously Stayed, ordered ☐ to issue ☐ set aside.

_____  _____  ☐ Bench Warrant issued to _____.

_____  _____  ☐ Bench Warrant recalled _____  _____ ☐ Warrant returned and filed.

JUDGE: _____ CLERK: _____ REPORTER: _____

**PLEA OF GUILTY/NOLO CONTENDERE/CHANGE OF PLEA:**

_____  _____  ☐ Defendant present        ☐ without attorney
                ☐ Defendant not present    ☐ with/by attorney _____.

                                           Certified/Sworn         Sworn
                                           per Evid. Code          per Evid. Code
_____  _____  ☐ _____ interpreter _____ ☐ Section 751(C)   ☐ Section 751(A)

_____  _____  ☐ Arraignment and advisement of constitutional rights waived on amended complaint.

_____  _____  ☐ Defendant requests, and is granted, permission to withdraw previous NOT GUILTY plea.

_____  SEP 27 1995  ☑ Defendant advised of, understands, and knowingly and voluntarily waives all the following rights: ☑ privilege against self-incrimination; ☑ to a speedy and public jury trial; ☑ to subpoena witness and produce evidence; ☑ to confront and cross-examine adverse witnesses; ☑ to counsel. After questioning defendant the Court finds that the defendant understands ☑ the nature of the charges; ☑ the elements of the offense; ☑ possible defenses; ☑ the consequences of the plea; and ☐ the minimum/maximum penalties. ☑ Court finds factual basis for plea. ☐ Written waiver of rights filed. ☐ Plea in absentia filed.

_____  _____  ☐ Advised P.C. 666. ☐ Advised increased penalties on future convictions. ☐ Advised adverse licensing consequences.

_____  SEP 27 1995  ☑ Defendant pleads ☑ GUILTY ☐ NOLO CONTENDERE to a violation of VC 20002(A) Section(s) CT 1 VC 22350  VC 12500(A) _____ ☐ as amended

                ☐ on Court's own motion ☐ on motion of District Attorney.

_____  _____  ☐ Prior convictions: ☐ Admitted: _____

                ☐ Stricken: _____ ☐ For sentencing only.

_____  _____  ☐ On motion of the District Attorney/Court, section(s) _____

                dismissed for the following reason(s) ☐ In view of plea, ☐ Interest of Justice, ☐ Insufficient evidence,

_____  SEP 27 1995  ☐ _____.

                Time ☑ Waived ☐ Not waived for sentencing. ☐ Referred to Victim Witness Assistance Program for restitution/evaluation.

_____  _____  ☐ Referred to the Probation Department. ☐ Sentencing scheduled. SEE **CONTINUANCES**.

JUDGE: _____ CLERK: _____ REPORTER: _____

**TRIAL:**

_____  _____  ☐ Defendant present        ☐ without attorney
                ☐ Defendant not present    ☐ with/by attorney _____.

                                           Certified/Sworn         Sworn
                                           per Evid. Code          per Evid. Code
_____  _____  ☐ _____ interpreter _____ ☐ Section 751(C)   ☐ Section 751(A)

_____  _____  ☐ Trial commenced ☐ by Court ☐ by Jury.

_____  _____  ☐ Found Guilty of (a) violation(s) of: _____.

_____  _____  ☐ Found Not Guilty of (a) violation(s) of: _____.

_____  _____  ☐ Verdict(s) filed.

5.

**TRIAL (CONTINUED):**

_____  _____  Mistrial declared as to: _____.

_____  _____  Exhibits ☐ released ☐ retained.

_____  _____  ☐ Defendant served copy of appeal rights.

_____  _____  Time ☐ Waived ☐ Not waived for sentencing.

_____  _____  ☐ Referred to the Probation Department. ☐ Sentencing scheduled. SEE **CONTINUANCES**.

JUDGE: _____ CLERK: _____ REPORTER: _____

**JUDGMENT/SENTENCE/PROBATION ORDER:**

_____  _____  ☐ Defendant present  ☐ without attorney
                        ☐ Defendant not present  ☐ with/by attorney _____.
                                                                    Certified/Sworn     Sworn
                                                                    per Evid. Code      per Evid. Code
_____  _____  ☐ _____ Interpreter _____ Section 751(C)  Section 751(A)

_____  _____  ☐ Defendant stipulates and consents to sentencing by Commissioner/Judge Pro Tempore.

_____  _____  ☐ Formal arraignment for and time of sentencing waived. ☐ Defendant arraigned for sentence.

_____  _____  ☐ Sentence suspended ☐ as to all counts ☐ as to section(s) _____.

_____  _____  ☐ Defendant sentenced to _____ day(s)/month(s)/year(s) County Jail.

_____  SEP 27 1995  ☐ Execution ☒ Imposition of sentence suspended for the period of probation.

_____  SEP 27 1995  ☒ Admitted to ☐ Formal ☒ Court probation for a period of __1__ day(s)/month(s)/**year(s)**
                     from the date of this order on the conditions indicated in probation form which is incorporated
                     herein by reference. ☐ P.C. 1203.1b Fee ordered $ _____.
                     Defendant furnished a copy of conditions, INCLUDING:

**FINE:**

_____  SEP 27 1995  FINE TO BE PAID TO: ☐ COURT  ☐ DEPARTMENT OF REVENUE  ☐ PROBATION OFFICE.
                     ☐ Defendant ordered to pay fine of:
                        Count _____ $_____ Plus $_____ Penalty Assessment.
                        Count _____ $_____ Plus $_____ Penalty Assessment.
                     Suspended Fine in the amount of $_____ Plus $_____ Penalty Assessment.

                     Restitution Fee              $ 100—        | Drug Program Fee    $_____
                     Alchohol Program Assessment  $_____   | _____ Fee $_____
                     Laboratory Fee               $_____   | _____ Fee $_____
                     Night Court Assessment       $_____   | _____ Fee $_____
                     Accounts Receivable Fee      $_____   | _____ Fee $_____

_____  _____  ☐ Credit Time Served  $_____ (P.C.2900.5)

_____  _____  ☐ Volunteer Work of _____ hours in lieu of fine. SEE **CONTINUANCES**.

_____  _____  ☐ Pay Today ☐ Stay to _____. ☐ Payments granted: $_____ /month commencing _____

_____  SEP 27 1995  ☐ Committed for fine at one day in jail for each $30.00 of fine unpaid. (may pay out)

                     ☐ Consecutive to ☒ Concurrent with Jail + Satis

                     ☐ Commitment issued.

_____  _____  ☐ Cash Bail applied to fine; Balance, if any, exonerated.

**JAIL:**                                                P.C. 1209        NO FEE         ELECTRONIC
☒ STRAIGHT TIME  ☐ WEEKENDS  ☐ WEEKEND WORK  ☐ FEE ORDERED  ☐ ORDERED  ☐ MONITOR PROGRAM

_____  SEP 27 1995  ☒ Defendant ordered to serve:
                     Count  2+3  / 15  hrs/**days**/mos. Credit  4  hrs/**days** pursuant to P.C.2900.5
                     Count _____ / _____ hrs/days/mos. Credit _____ hrs/days pursuant to P.C.2900.5

6.

**JAIL (CONTINUED):**

_____  _____  ☐ Suspended _____ Hours/Day(s)/Month(s)/Year/all but _____ Hours/Day(s)/Month(s)/Year

_____  _____  ☐ Consecutive/Concurrent with _____.

_____  _____  ☐ Appear Dept. of Correction on _____ at _____ AM/PM for pre-processing.

_____  _____  ☐ Sentence to be served _____.

_____  _____  ☐ Sentence to commence _____ at 8:00 A.M. and consecutive Saturdays/Sundays.

_____  _____  ☐ Stay of execution to _____. Defendant ordered to surrender to Dept. of Correction/Court at that time. ☐ SEE **CONTINUANCES**. Court recommends ☐ work furlough, ☐ no work furlough, ☐ no early release, ☐ no programs, ☐ no Public Service Program, ☐ no County parole.

_____  SEP 2 7 1995  ☒ Commitment issued. ☐ Deemed satisfied. ☐ Release issued.

**OTHER CONDITIONS AND ORDERS:**

_____  _____  ☐ Commit no criminal acts. ☐ Obey all laws. ☐ Not consume intoxicating liquors and drive.

_____  _____  ☐ Submit to chemical testing as directed by any peace officer. ☐ Pursuant to C.V.C. 23206.

_____  _____  ☐ Must maintain liability/property damage insurance.

_____  _____  ☐ Submit person/vehicle/residence to search/seizure at any time, without benefit of warrant as directed by any peace officer.

_____  _____  ☐ Must hold valid operator's license. ☐ Seek and maintain employment.

_____  _____  ☐ Complete Alcohol Program, First/Multiple Offender ☐ through the Probation Department.

_____  _____  ☐ Attend Alcoholics Anonymous meetings _____ SEE **CONTINUANCES**.

_____  _____  ☐ Participate in Educational, Vocational, and/or Therapeutic Program as directed by Probation.

_____  _____  ☐ Perform _____ hours volunteer work ☐ SEE **CONTINUANCES** ☐ as directed by Probation Department.

_____  SEP 2 7 1995  ☒ Restitution to the victim _____ ☒ Refer to Victim Witness.
                        ☐ Restitution in the amount of $_____.                    SEE **CONTINUANCES**.

_____  _____  ☐ Pay child support in the sum of $_____ per month, commencing _____
_____.

_____  _____  ☐ Payable through ☐ Probation Department ☐ Victim/Witness Assistance Center
                        ☐ Family Support Trustee.

_____  _____  ☐ Pay attorney fees (P.C. 987.8) $_____ through Department of Revenue.

_____  _____  ☐ License suspended/restricted/revoked ☐ as prescribed by law ☐ for_____ to, from, during
                        ☐ work ☐ school ☐ alcohol program ☐ license surrendered ☐ pursuant to C.V.C. 13202.5.

_____  _____  Vehicle ☐ Impounded ☐ Not Impounded. ☐ Order filed. ☐ License surrendered.

_____  SEP 2 7 1995  ☒ Abstract to Dept. of Motor Vehicles. ☐ Advised Habitual Traffic Offender.

_____  _____  ☐ Weapon ordered destroyed/returned. ☐ Advised H.S.11590/P.C.290 registration.

_____  _____  ☐ _____

_____  _____  ☐ _____

_____  _____  ☐ _____

_____  _____  ☐ _____

JUDGE: _____  CLERK: _____  REPORTER: _____

**PROBATION HEARINGS:**

_____  _____  ☐ Defendant not present. ☐ Probation revoked. Defendant found in violation of Probation.

_____  _____  ☐ Bench Warrant ordered. Bail $ _____

_____  _____  ☐ Bench Warrant issued to _____.

_____  _____  ☐ Warrant recalled. _____  _____  ☐ Warrant returned and filed.

JUDGE:_____ CLERK:_____ REPORTER:_____

_____  _____  ☐ Defendant not present. ☐ Probation revoked. Defendant found in violation of Probation.

_____  _____  ☐ Bench Warrant ordered. Bail $ _____

_____  _____  ☐ Bench Warrant issued to _____.

_____  _____  ☐ Warrant recalled. _____  _____  ☐ Warrant returned and filed.

JUDGE:_____ CLERK:_____ REPORTER:_____

_____  _____  ☐ Defendant present    ☐ without attorney
☐ Defendant not present  ☐ with/by attorney _____.

                                                  Certified/Sworn      Sworn
                                                  per Evid. Code       per Evid. Code
_____  _____  ☐ _____ interpreter _____ ☐ Section 751(C)  ☐ Section 751(A)

_____  _____  ☐ Arraigned for Violation of Probation. ☐ Admits  ☐ Denies allegations.  ☐ SEE **CONTINUANCES**.

_____  _____  ☐ Waives written/oral notice of probation violation and date for probation hearing.

_____  _____  ☐ Refer/Appoint Public Defender.

_____  _____  Probation  ☐ Modified  ☐ Revoked  ☐ Reinstated  ☐ Extended _____
             ☐ Terminated  ☐ Pursuant to P.C. 1203.3  ☐ Upon completion of jail.

_____  _____  ☐ Ordered to serve _____ days for violation of probation.

_____  _____  ☐ _____ balance of jail/fine payment. _____
              _____.

             ☐ Pre-book _____ . ☐ P.C. 1209 fees ordered/waived.

             ☐ To commence _____
             _____.

             ☐ Remand for fine at one day in jail for each $30.00 fine unpaid. (may pay out)

             ☐ Fine/jail commuted. ☐ No further penalties.

_____  _____  ☐ Commitment issued  ☐ Release issued.

_____  _____  ☐ Re-referred/Reinstate/Delete_____ Alcohol Program.   License ☐ suspended
             ☐ revoked  ☐ surrendered.  ☐ Restriction removed  ☐ Amended abstract to Dept. of Motor Vehicles.

_____  _____  ☐ _____

_____  _____  ☐ _____

JUDGE:_____ CLERK:_____ REPORTER:_____

_____  _____  ☐ Defendant present    ☐ without attorney
☐ Defendant not present  ☐ with/by attorney _____.

                                                  Certified/Sworn      Sworn
                                                  per Evid. Code       per Evid. Code
_____  _____  ☐ _____ interpreter _____ ☐ Section 751(C)  ☐ Section 751(A)

_____  _____  ☐ Formal hearing held, Defendant found  ☐ in violation  ☐ not in violation of probation.

_____  _____  ☐ Refer/Appoint Public Defender.




**PROBATION HEARINGS (CONTINUED):**

**PROBATION HEARINGS (CONTINUED):**

_____  _____    Probation ☐ Modified ☐ Revoked ☐ Reinstated ☐ Extended _____
                         ☐ Terminated ☐ Pursuant to P.C.1203.3 ☐ Upon completion of jail. ☐ Upon payment of fine.

_____  _____    ☐ Ordered to serve _____ days for violation of probation.

_____  _____    ☐ _____ balance of jail/fine payment. _____
                         _____

                         ☐ Pre-book _____. ☐ P.C.1209 fees ordered/waived.
                         ☐ To commence _____
                         _____.

                         ☐ Remand for fine at one day in jail for each $30.00 fine unpaid. (may pay out)
                         ☐ Fine/jail commuted. ☐ No further penalties.

_____  _____    ☐ Commitment issued  ☐ Release issued.

_____  _____    ☐ Re-referred/Reinstate/Delete _____ Alcohol Program.   License ☐ suspended
                         ☐ revoked ☐ surrendered. ☐ Restriction removed ☐ Amended abstract to Dept. of Motor Vehicles.

_____  _____    ☐ _____

_____  _____    ☐ _____

                         JUDGE: _____ CLERK: _____ REPORTER: _____

_____  _____    ☐ Petition for early termination of probation record clearance pursuant to ☐ P.C.1203.3
                            ☐ P.C.1203.4 ☐ P.C.1203.4a granted and filed.

_____  _____    ☐ Amended Abstract to Dept. of Motor Vehicles.

**MOTIONS:**

_____  _____    ☐ Motion to set aside forfeiture filed. Bond No. _____

_____  _____    ☐ Points and Authorities Filed ☐ Declaration Filed ☐ Proof of Service Filed. SEE **CONTINUANCES.**

_____  _____    ☐ Motion of bondsman or surety company to set aside forfeiture and ☐ reinstate bail ☐ exonerate
                         ☐ denied ☐ granted ☐ costs to be paid to Court within _____ days.
                         $ _____ Court, $ _____ to _____ AGENCY.

                         JUDGE: _____ CLERK: _____ REPORTER: _____

_____  _____    ☐ Motion to set aside forfeiture filed. Bond No. _____

_____  _____    ☐ Points and Authorities Filed ☐ Declaration Filed ☐ Proof of Service Filed. SEE **CONTINUANCES.**

_____  _____    ☐ Motion of bondsman or surety company to set aside forfeiture and ☐ reinstate bail ☐ exonerate
                         ☐ denied ☐ granted ☐ costs to be paid to Court within _____ days.
                         $ _____ Court, $ _____ to _____ AGENCY.

                         JUDGE: _____ CLERK: _____ REPORTER: _____

_____  _____    ☐ Motion _____ Filed.

_____  _____    ☐ Points and Authorities Filed ☐ Declaration Filed ☐ Proof of Service Filed. SEE **CONTINUANCES.**

_____  _____    ☐ Hearing on motion held.

                         ☐ Motion submitted.

                         JUDGE: _____ CLERK: _____ REPORTER: _____

_____  _____    Motion ☐ denied ☐ granted ☐ off calendar ☐ with/without prejudice.

                         JUDGE: _____ CLERK: _____ REPORTER: _____

_____   _____   ☐ Motion _____ Filed.
_____   _____   ☐ Points and Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES**.
_____   _____   ☐ Hearing on motion held.
_____   _____   ☐ Motion submitted.
                  JUDGE: _____ CLERK: _____ REPORTER: _____
_____   _____   Motion ☐ denied ☐ granted ☐ off calendar ☐ with/without prejudice.
                  JUDGE: _____ CLERK: _____ REPORTER: _____
_____   _____   ☐ Motion _____ Filed.
_____   _____   ☐ Points and Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES**.
_____   _____   ☐ Hearing on motion held.
_____   _____   ☐ Motion submitted.
                  JUDGE: _____ CLERK: _____ REPORTER: _____
_____   _____   Motion ☐ denied ☐ granted ☐ off calendar ☐ with/without prejudice.
                  JUDGE: _____ CLERK: _____ REPORTER: _____

**MISCELLANEOUS HEARINGS AND ORDERS:**

SR   NOV. 20 1995   Off Calendar

10.

**MUNICIPAL COURT OF CALIFORNIA**
**SANTA CLARA COUNTY JUDICIAL DISTRICT**
**PROCEEDINGS SENTENCE, PROBATION ORDER**

27 SAN JOSE FACILITY
200 WEST HEDDING STREET
SAN JOSE, CA 95110

CASE NO. C9401473
CEN 4424216

PEOPLE VS. JOSE DEJESUSPEREZ GUTIERREZ
LKA. 000345 WILLIAMS ST
SAN JOSE, CA

DATE 09/27/1995  1:30 PM DEPT. 18
10/23/1975 CAB4604418
DIK074 M

JUDGE HON. KEVIN MCKENNEY
REPORTER SANDY NEY/WAIVED
DEF. ATTY.
CHARGES I(001)VC22350     M(002)VC12500(A)
        M(003)VC20002(A)

HEARING BENCH WARR HRG & ARRAIGNMENT
AGENCY SJ-04313-2709 -NGUYEN
STATUS I-WARR-8500                    TW
SUPO:

#10

11-20-95 9AM D-18

NEXT COURT APPEARANCE DATE: BW

- ☑ Defendant Present ☐ Not Present
- ☑ Arr./Advised ☐ Viol. of Prob. ☐ Arr. Waived
- ☐ Not Guilty ☑ Rptr: Advised/Waived
- ☐ COP ☑ Guilty ☐ Nolo Contendere ☐ Refusal Adm.
- ☐ Priors ☐ Allegations ☐ Admitted ☐ Denied
- ☑ Time Waived ☐ Not Waived ☑ For Sentence
- ☐ Refer ☐ Appoint Public Defender
- ☐ Public Defender declares conflict ☐ Relieved
- ☐ Stip. to Comm. ☑ PC 987.8 Fees Ordered $
- ☑ Waives Rights
- ☑ Factual Basis ☐ Findings ☑ Adv. Max. Penalties
- ☐ Amended to VC 23103a ☐ Purs. VC 23103.5 MDA
- ☐ Amended
- ☐ PC17b Reduction
- ☐ Probation Denied
- ☑ Sentenced To _____ County Jail. ☐ Execution ☑ Imposition of sentence suspended for the probationary period.
- ☑ COURT ☐ FORMAL PROBATION GRANTED for a period of _____ days/mos/years from the date of this order. ☐ PC 1203.1b fees ordered.
- Probation ☐ Reinstated ☐ Terminated ☐ Modified ☐ Revoked. Defendant Found in Violation. ☐ Probation extended to expire
- ☐ Original Terms in full force except as amended herein
- ☑ Conditions of Probation follow (see reverse side for additional conditions) ☐ Advised VC23206 ☐ HTO Status

- ☐ Attorney Not Present ☐ Present
- ☐ Arraignment ☐ Plea ☐ I.D. Counsel Interpreter
- ☐ Supv O/R ☐ O/R ☐ Bail Hrg
- ☐ Prelim. ☐ Setting ☐ Pretrial Conf.
- ☐ Jury ☐ Ct. Trl. ☐ Peo/Def Waive Jury
- ☐ Proof Of
- ☐ Notice of Eligibility Filed
- ☐ Crim. Proc. Susp. ☐ Term. ☐ Rein.
- ☐ Diversion ☐ Granted ☐ Denied
- ☐ Probation/☐Sentence DF$
- ☐ Revocation ☐ Report Prob. Dept.
- ☐ ADV. PC 12021(c)

- Bail ☐ Exonerated ☐ Forfeited Bond #
- ☐ Bail Apply ☐ Balance Exonerated
- ☐ Forfeiture Set Aside ☐ Bail Reinstated
- ☐ B/W Set Aside ☐ Recalled ☐ Filed
- O/R ☐ Revoked ☐ Reinstated ☐ May post and forfeit
- ☐ B/W Ordered, Bail $ _____ ☐ B/W Stayed
- ☐ No SCIT Release ☐ No W/O
- ☐ Hrg On Motion
- Motion ☐ Denied ☐ Granted ☐ O/C ☐ Submitted
- ☐ $ _____ Costs by _____
- ☐ Dismissed

**FINE** PAY TO: ☐ COURT ☐ D.O.R. ☐ PROBATION ☐ Family Support Trustee $
Count _____ $ _____ PA _____ Orig. Fine Bal. $
Count _____ $ _____ PA _____ CTS PC 2900.5 $
ASF $ _____ PA _____ Total Amt Due $
RF $ 100 ☐ Hours of Volunteer Work in lieu of fine
APA/DPF $
LAB $ ☐ Stay To
NC $ ☐ Committed for fine at one day in jail for each $30.00 of fine unpaid
AR $ ☐ Consecutively ☑ Concurrently

☐ Sentence Suspended
☐ Restitution
☐ VWAC ☐ APO

**JAIL** ☑ Straight Time ☐ Weekends ☐ Weekend Work ☐ PC 1209 Fee Ordered ☐ PC 1209 Fee Waived ☐ Work Furlough Recommended
☑ Serve _____ Hrs/Days/Mos. ☐ Suspend ☐ All But _____ Hrs./Days/Mos. ☐ EMP
☑ C.T.S. PC 2900.5 _____ Hrs/Days. To be served ☐ Consecutively ☐ Concurrently
☐ Appear Dept. of Correction on _____ at _____ AM/PM for pre-processing
☐ Sentence to commence _____ at 8:00 A.M. and consecutive Saturdays/Sundays
☐ Stay of execution granted to _____ and defendant to surrender to Dept. of Correction at that time.

- ☐ Must hold valid operators license and maintain Liability/Property Damage Insurance.
- ☐ Within _____ days enroll in First Offender Alcohol Program and complete without interruption.
- ☐ Participate in ☐ Delete ☐ Reinstate Second Offender Alcohol Program as directed by Probation Office (PO)
- ☐ Participate in Educational, Vocational, Alcohol, Psychiatric or other Therapeutic Program as directed by PO/Court
- ☐ Submit person/vehicle/residence to search/seizure at any time without benefit of warrant. ☐ Alcohol/Drug Test as directed by any Peace Officer.
- ☐ License suspended/restricted/revoked for _____ to, from, during ☐ work ☐ Alcohol Program ☐ License Surrendered ☐ Purs. VC 13202.5
- Vehicle ☐ Impounded ☐ Not Impounded ☐ Order Filed, ☐ License restriction removed.
- ☐ _____ Hours Volunteer Work ☐ As directed by P.O. ☐ Reg. Purs. PC 290/HS 11590 ☐ Weapon ordered returned/destroyed
- ☐ Other

VIOLATION DATE: 07/21/1994

- ☐ REMANDED to custody until next appearance.
- ☐ ORDERED RELEASED: ☐ on O/R ☐ on S/O/R  BAIL $ _____ ☐ As a condition of SORP
- ☑ COMMITTED to custody until sentence is satisfied in full. ☐ Stay on jail sentence. See above.

I certify the foregoing is a true copy of the order/judgment rendered on the above date.
CLERK OF THE ABOVE ENTITLED COURT BY _____ DEPUTY CLERK

PROMISE TO APPEAR: I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.
EXECUTED ON _____ BY _____ DEFENDANT

Distribution: BLACK JAIL, GREEN FILE COPY, BLUE CJIC, PURPLE DOR./PROBATION, BROWN DEFENDANT

# STATE OF CALIFORNIA
## TRAFFIC COLLISION REPORT - Property Damage Only

*Original to Officer; copy(ies) to involved party(ies)*

INDEXED 610N.

| Field | Value |
|---|---|
| SPECIAL CONDITIONS | |
| HIT & RUN | X |
| CITY | SAN JOSE |
| JUDICIAL DISTRICT | S.J. MUNI |
| NUMBER | 92020063 |
| COUNTY | SANTA CLARA |
| REPORTING DISTRICT | DR |
| BEAT | R-2 |
| REPORTING OFFICER | NGUYEN |
| COLLISION OCCURRED ON | ROCK AV |
| MO | 07 |
| DAY | 21 |
| YEAR | 94 |
| TIME (2400) | 0100 |
| NCIC | 4313 |
| OFFICER I.D. | 2709 |
| AT INTERSECTION WITH | O'TOOLE AVE |
| DAY OF WEEK | T |
| TOW AWAY | NO |
| STATE HIGHWAY RELATED | NO |

### PARTY 1
- DRIVER'S LICENSE NUMBER: NONE
- DRIVER NAME: JOSE DE JESUS PEREZ GUTIERREZ
- PHONE: NONE
- STREET ADDRESS: 2020 O'TOOLE AVE, SAN JOSE CA 95133
- SEX: M
- BIRTHDATE: 10-23-75
- INSURANCE CARRIER: NONE
- DIR. TRAVEL: W
- ON STREET OR HIGHWAY: ROCK AVE
- SPEED LMT: 25
- VEH YR/MAKE/MODEL/COLOR: 84 CHEV / VAN / WHITE
- LICENSE NUMBER: 4Y10002 CA

### PARTY 2
(blank)

### WITNESS
- AGE 33 F, NAME: BRISTOW, ANN, ADDRESS: 2016 O'TOOLE, PHONE: 954-0836

### PROP OWNER
- ADDRESS: 2012 O'TOOLE
- DAMAGED PROPERTY: CHAIN LINKED GATE TO YARD

### PRIMARY COLLISION FACTOR
- A VC SECTION VIOLATED: 22350 VC

### TRAFFIC CONTROL DEVICES
- X A CONTROLS FUNCTIONING (1)

### TYPE OF VEHICLE
- E PICKUP / PANEL TRUCK W/ TRAILER (1)

### MOVEMENT PRECEDING COLLISION
- E MAKING LEFT TURN (1)

### TYPE OF COLLISION
- X E HIT OBJECT

### WEATHER
- X A CLEAR

### LIGHTING
- X C DARK - STREET LIGHTS

### ROADWAY SURFACE
- X A DRY

### ROADWAY CONDITION
- X H NO UNUSUAL CONDITIONS

### PEDESTRIAN'S ACTION
- X A NO PEDESTRIAN INVOLVED

### OTHER OBJECT
- I FIXED OBJECT: CHAIN LINKED FENCE

### SOBRIETY - DRUG PHYSICAL
- X A HAD NOT BEEN DRINKING

COURT COPY

CHP 555-03 (REV 11-88) OPI 042     88 86316

| DATE OF COLLISION | | | RPT NUMBER | OFFICER I.D. | NUMBER | PAGE |
|---|---|---|---|---|---|---|
| MO. 07 | DAY 21 | YR. 94 | 0100 | 4313 | 2709 | 90 2 0063 | 2 |

1.
2. SUMMARY: ON THE LISTED DATE & TIME, A NON-INJURY HIT & RUN
3. ACCIDENT OCCURED IN THE AREA OF ROCK @ O'TOOLE AVE. V-1 WAS
4. W/B ON ROCK AT APPROXIMATELY 40 MPH. AS ROCK AVE BENDS
5. AND TURNED INTO O'TOOLE, D-1 LOST CONTROL OF HIS VEHICLE AND
6. COLLIDED INTO A CHAIN LINKED FENCE GATE TO A PRIVATE PROPERTY,
7. WHICH WAS LOCATED IN THE MIDDLE OF THE BEND BETWEEN ROCK @
8. O'TOOLE. AFTER THE COLLISION, D-1 BACKED UP HIS VEHICLE
9. AND DROVE HOME. D-1 WAS LOCATED AT HIS RESIDENCE AT 2020 O'TOOLE
10. AND WAS GIVEN A CRIMINAL CITATION FOR HIT & RUN AS WELL AS
11. FOR DRIVING W/OUT A VALID LICENSE.
12.
13. STATEMENT: (D-1) STATED THAT HE WAS W/B ON ROCK AT
14.    APPROXIMATELY 35-40 MPH. AS HE WAS COMING TOWARD
15. THE BEND BETWEEN ROCK AND O'TOOLE, HE LOCKED UP HIS
16. BRAKES AND SLID INTO THE FENCE. HE DROVE HOME BECAUSE HE
17. WAS SCARED.
18.                                                      **COURT COPY**
19. CAUSE: THE PRIMARY COLLISION FACTOR FOR THIS ACCIDENT
20.    WAS D-1 IN VIOLATION OF V.C. SECTION 22350, UNSAFE
21. SPEED FOR CONDITION. HE WAS CITED FOR THIS VIOLATION ALSO.
22.
23. EVIDENCE: I/O TOOK TEN PHOTOS OF THE SUSPECT'S
24.    VEHICLE AS WELL AS THE DAMAGED FENCE. THE
25. SUSPECT'S VEHICLE LEFT A 75 FT LOCKED SKID
26. BEFORE IMPACT. D-1 ALSO LEFT A PIECE OF THE HEADLAMP
27. GRILL AT THE SCENE OF THE ACCIDENT. I/O RETRIEVED IT AND
28. DISCOVERED THAT IT WAS THE EXACT MATCH ON THE GRILL OF V-1

| PREPARER'S NAME | I.D. NUMBER | MO. | DAY | YR. | REVIEWER'S NAME | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|
| N Guyon | 2709 | 7 | 21 | 94 | | | | |

DATE 7-22-94

CITATION AMENDMENT

CASE NO. 94-202 0063

NAME: Jose De Jesus Perez Gutierrez
ADDRESS: 2020 O'Toole
CITY/STATE/ZIP: San Jose, CA

CITATION NUMBER: J1966375
DATE OF CITATION: 7-21-94
VIOLATION: 20002A

On 7-21-94 you received a citation. It has been amended as follows:

☐ Informal booking is/is not required on this violation. (Instructions on back of cite)
☐ The court of appearance should be marked SAN JOSE: ☐ MUNICIPAL ☐ TRAFFIC
☐ Court appearance date and time should be: _____
☐ Officer's name and badge number is: _____
☒ OTHER: Case number is 94-202-0063

All other information as contained on your citation remains in effect.

Officer _____ and Badge# 692N #2709

1 copy to San Jose Court
1 copy to defendant

San Jose Police Department
201 W. Mission Street
San Jose, CA
277-4000 EXT.

200-15a (6/90)