# Exhibit A

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GUTIERREZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR- 07-0334 CRB
                                   )
12              Plaintiff,         )
                                   )
13 vs.                             )   DECLARATION OF JOSE JESUS
                                   )   GUTIERREZ IN SUPPORT OF MOTION
                                   )   TO DISMISS INDICTMENT
14 JOSE JESUS GUTIERREZ,           )
                                   )
15              Defendant.         )
                                   )
16 _____

17      I, Jose Jesus Gutierrez, DECLARE:

18 1.   I am the defendant in the aforementioned action;
19
20 2.   My true and correct name is Jose Jesus Gutierrez;

21 3.   I came to the United States in 1981 with my mother, my father, and four of
22      my brothers and sisters. My father applied for the entire family to be legal
        residents of the United States at that time. To my knowledge, each of us
23      had legal permanent resident status at that time. We occasionally traveled to
        Mexico to visit my other family members for extended periods of time;
24

25 4.   Between 1981 and 1997, I lived in the following locations: Jalisco Mexico,
        San Jose, California, Pittsburg, California, and Richmond, California;
26

5. Up until 1992, I often returned to Mexico and came back to the United States lawfully. My parents were working in the fields during this time and went back and forth between Mexico and the United States;

6. I am a fluent Spanish speaker. I do not read or write English and I do not understand much spoken English. The same was true for me in 1997;

7. As of 1992, I lived in the Pittsburgh/Richmond California area continuously through 1997;

8. I have four full brothers and sisters and five half brothers and sisters. This is because my father was a widower, and he did not marry my mom until after the death of his first wife. Three of my full brothers and sisters were born in the United States. The names and ages of my brothers and sisters are:

    Leticia Vasquez, 40ish, Legal Permanent Resident as of March, 1997. Living in Mexico as of that date.

    Valentin Vasquez, 40ish Not sure of LPR status as of March, 1997; lived in Bay Point as of that date

    Enrique Vasquez, 38 Legal Permanent Resident as of March 1997. I cannot remember exactly where he was living as of March, 1997.

    Maria Guadalupe, 36 Legal permanent resident as of March, 1997. Resided in Mexico.

    Benjamin Vasquez, 41, Legal Permanent reside of the United States, resides in Bay Point.

    Juan Rafael, 34, United States Citizen by birth here. As of March, 1997, was LPR status and was living in Antioch, California

    Maribel, 33, United States Citizen by birth. Had Legal Permanent Resident status as of March, 1997, was living in Mexico as of March, 1997;

> Rigoberto, 29   United States Citizen by birth. As of 1997, he lived in Antioch, California.
>
> Otilio, 27   Legal Permanent Resident. As of 1997, he lived in Antioch, CA

9. Benjamin Perez-Vasquez is the son of my father. He is my half brother. In 1992, I started working in the United States full time, as I needed the money, and I remember flying to the United States with Benjamin. After this date, I lived continuously in the United States with minimal trips to Mexico;

10. In March, 1997, I had my first deportation proceeding. At the time I was deported, I was working and provided money to my mother and father;

11. I do not remember a lot about my deportation proceedings in 1997. I do remember that I did not hire counsel to represent me, nor did I authorize any attorney to speak on my behalf at the hearing. I do not know who the man is on the tape purporting to be my counsel. I do not remember having any conversations with any attorney prior to being deported about my immigration case;

12. I remember I was under the impression that I was going to be deported and that there was nothing I could do. I cannot remember if I signed a waiver form and I do not remember any forms being read to me in Spanish by any agents. All I remember is that I needed to sign a paper in order to get deported. I don't remember exactly what that form said or whether it was read to me;

13. I did not understand my March 18, 1997 deportation proceedings at all. I do not speak English, so I could not understand what the judge was saying, or what anyone participating in the proceedings was saying;

14. I do not believe anyone explained to me any right to leave the country voluntarily. It has been a long time since that deportation hearing, and because of that, my memory is compromised about the exact details. But I know I would have been interested in leaving voluntarily if I would have known how to do it

15. I remember in March, 1997 being led to the immigration court by immigration officials. I am sure that I told an Immigration official that I had a green card. I do not remember receiving any response from immigration official about my green card. I know I did not get any special treatment as a result of my green card. I was not physically in possession of my green card at the time I was deported, so I assumed that I was not going to be taken seriously as someone who held a green card; *J.J.* [← only manual change. I.S.]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Sworn this 22nd day of August, 2007, at Oakland, California.

*Jose de Jesus Gutierrez*
JOSE JESUS GUTIERREZ

I hereby attest and affirm under penalty of perjury that I have faithfully translated orally the above four page document from English into Spanish in the presence of Mr. Gutierrez at the North County Jail; that he has not asked me any questions regarding the translation that I was unable to resolve; that I observed him listening to me as I translated the declaration. I have initialed with an "IS" any manual changes made to the declaration, and that I have translated the manual changes to Mr. Gutierrez from English into Spanish. I further attest that I have placed my initials "IS" after translating each paragraph of the declaration at the end of the paragraph to ensure I have translated the entire document from English into Spanish.

Signed this the 22nd day of August, 2007 at Oakland, California.

INES SWANEY, Spanish Interpreter
*Ines Swaney*

Gutierrez Dec. In Support of Motion to Dismiss
07-334 CRB                               4