**UNITED STATES DISTRICT COURT**            **THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**          Courtroom Clerk: **Barbara Espinoza**

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: **August 28, 2007**

Reporter**: Sylvia Russo**

**Case No:** CR-07-0334-CRB            **DEFT:**  **JOSE JESUS RODRIGUEZ**
                                       (X)Present

AUSA:   Wendy Thomas            DEF ATTY: Elizabeth Falk
Spanish Interpreter:  Melinda Basker

**REASON FOR HEARING**  D's Motion to Dismiss

**RESULT**   Matter submitted, defendant to file supplemental brief.


Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to
be waived.

**Case Continued to**_____  **for**_____


**JUDGMENT**_____


Notes:   Defendant remanded to custody