| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **October 3, 2007**

Reporter**: James Yeomans**

| | |
|---|---|
| **Case No: CR-07-0334-CRB** | **DEFT:** JOSE JESUS GUTIERREZ-RODRIGUEZ<br>(X)Present |
| AUSA: Wendy Watson | DEF ATTY: Elizabeth Falk |
| Spanish Interpreter: Carol Rhine-Medina | |

**REASON FOR HEARING**  Status Conference

**RESULT**  Held

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** October 24, 2007 @ 2:15 p.m.  **for** Change of Plea

**JUDGMENT** _____

Notes:  Remanded to custody