| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

**FILED**
OCT 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: **October 17, 2007**

Reporter: **Connie Kuhl**

Case No: **CR-07-0334-CRB**          DEFT: **JOSE JESUS GUTIERREZ-RODRIGUEZ**
                                       (X)Present

AUSA: **Wendy Thomas**          DEF ATTY: **Elizabeth Falk**
Spanish Interpreter: **Christina Visus**

**REASON FOR HEARING**   Change of Plea

**RESULT**   defendant placed under oath, enters a plea of guilty to the indictment. The Court accepts the guilty plea and the defendant is adjudged guilty.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** January 02, 2008 @ 2:15 p.m.  **for** Judgment and Sentence

**JUDGMENT** _____

Notes: defendant remanded to custody