1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNTIED STATES OF AMERICA,                        No. CR 07-00334-1 CRB

12                 Plaintiff,                          **Clerk's Notice**

13       v.

14   JESUS GUTIERREZ-RODRIGUEZ,

15                 Defendant.
     _____/

16

17   YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on sentencing for Wednesday,

18   January 9, 2008 at 2:15 p.m. before the Honorable Charles R. Breyer.

19
     Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
20   San Francisco, CA  94102.

21

22   Dated: December 19, 2007                         FOR THE COURT,

23                                                     Richard W. Wieking, Clerk

24                                                     By: _____

25                                                          Barbara Espinoza
                                                           Courtroom Deputy

26

27

28

**United States District Court**
For the Northern District of California