1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07 0334 CRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER AND STIPULATION CONTINUING SENTENCING FROM JANUARY 9, 2008 TO JANUARY 30, 2008** |
| JOSE JESUS GUTIERREZ RODRIGUEZ, | ) | |
| Defendant. | ) | |

This matter is currently set for sentencing on January 9, 2008, at 2:15 p.m.  The parties in this case hereby stipulate that, subject to the court's approval, the sentencing in the above-captioned matter be continued to January 30, 2008 at 2:15 p.m., or as soon thereafter as the matter may be heard.  The reason for the stipulation is that government counsel will be out of the district on the presently set date.

//

//

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 07 0334 CRB**

    Both parties are available on the requested date.

    IT IS SO STIPULATED.

DATED: 12/27/07                                          /s/
                                                        ELIZABETH FALK
                                                        Counsel for Jose Jesus Gutierrez Rodriguez

DATED: 12/24/07                                          /s/
                                                        WENDY THOMAS
                                                        Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____
                                                         THE HON. CHARLES R. BREYER
                                                         United States District Judge