1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California  94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,       )   Criminal No. CR 07 0334 CRB
                                   )
14      Plaintiff,                 )
                                   )
15                                 )   [PROPOSED] ORDER AND
        v.                         )   STIPULATION CONTINUING
16                                 )   SENTENCING FROM JANUARY 9, 2008
   JOSE JESUS GUTIERREZ RODRIGUEZ, )   TO JANUARY 30, 2008
17                                 )
        Defendant.                 )
18                                 )
                                   )
19 _____  )

20
        This matter is currently set for sentencing on January 9, 2008, at 2:15 p.m.  The parties
21
   in this case hereby stipulate that, subject to the court's approval, the sentencing in the above-
22
   captioned matter be continued to January 30, 2008 at 2:15 p.m., or as soon thereafter as the
23
   matter may be heard.  The reason for the stipulation is that government counsel will be out of the
24
   district on the presently set date.
25
   //
26
   //
27

28
   **[PROPOSED[ ORDER AND
   STIPULATION FOR CONTINUANCE
   CR 07 0334 CRB**

     Both parties are available on the requested date.

     IT IS SO STIPULATED.

DATED: 12/27/07

                                      /s/
                               ELIZABETH FALK
                               Counsel for Jose Jesus Gutierrez Rodriguez

DATED: 12/24/07

                                      /s/
                               WENDY THOMAS
                               Special Assistant U.S. Attorney

     IT IS SO ORDERED.

DATED: December 28, 2007

                               THE HONORABLE
                               United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

**[PROPOSED[ ORDER AND STIPULATION FOR CONTINUANCE**
**CR 07 0334 CRB**     2