99204127
WC

CR-290

**ABSTRACT OF JUDGMENT—PRISON COMMITMENT—DETERMINATE**
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

| | | |
|---|---|---|
| XX SUPERIOR / MUNICIPAL COURT OF CALIFORNIA, COUNTY OF | Contra Costa | |
| BRANCH OR JUDICIAL DISTRICT | | |

| PEOPLE OF THE STATE OF CALIFORNIA vs DEFENDANT: Jose Dejesus Guttierez | DOB 10-23-75 | 2-172024-2(4) -A |
| AKA | | 4-105855-1 -B |
| CII# | | -C |
| BOOKING # | NOT PRESENT | |
| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | AMENDED ABSTRACT | FILED JUL 7 - 1999 KATHY CLERK OF THE COURT SUPERIOR COURT OF CALIFORNIA COUNTY OF CONTRA COSTA By Deputy Clerk |

| DATE OF HEARING | DEPT NO | JUDGE |
|---|---|---|
| 7-7-99 | 21 | Michael Coleman |
| CLERK D. Christie | REPORTER R. Maselli | PROBATION NO OR PROBATION OFFICER K. Martell |
| COUNSEL FOR PEOPLE K. Zeles | | COUNSEL FOR DEFENDANT Hoehn    APPTD |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   _____ (number of pages attached)

| CNT | CODE | SECTION NO | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DATE/YEAR) | JURY | COURT | PLEA | TERM (L.M.U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (refer to item 5) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS | MOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | H&S | 11378 | Possessing C.S. | 1999 | 7/7/99 | | | X | M | | | | | | | 2 | |
| A-2 | H&S | 11379(a) | Selling C.S. | 1999 | 7/7/99 | | | X | L | | X | | | | | (2) | |
| B-1 | H&S | 11350 | Possg Narcotic | 1997 | 7/7/99 | | | X | M | X | | | | | | (2) | |
| | | | | | / / | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| A-1 | H&S11370.4b1 | S | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667(b)-(I) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. ☒ TOTAL TIME ON ATTACHED PAGES: _____

7. ☐ Additional indeterminate term (see CR-292).

8. ☒ TOTAL TIME: 2

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document
(Continued on reverse)

Form Adopted by the Judicial Council of California
CR-290 [Rev January 1 1999]

**ABSTRACT OF JUDGMENT—PRISON COMMITMENT—DETERMINATE**
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

Penal Code §§ 1213, 1213.5

JUL 09 1999
JUL 12 1999

PEOPLE OF THE STATE OF CALIFORNIA vs
DEFENDANT  Jose DeJesus Guttierez

| 2-172024-2 .A | 4-105855-1 .B | .C | .D |
|---|---|---|---|

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of: $ 400.00 per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of: $ 400.00 per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of: $ _____ per PC 1202.4(f) to ☐ victim(s)* ☐ Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 11, below.)
      (1) ☐ Amount to be determined.
      (2) ☐ Interest rate of: _____% (not to exceed 10% per PC 1204.4(f)(3)(F)).
   d. ☒ LAB FEE of: $ 50.00 for counts: A1, A2, B1 per H&SC 11372.5(a).
   e. ☒ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).
   f. ☐ FINE of: $ _____ per PC 1202.5.

10. TESTING
    a. ☐ AIDS pursuant to ☐ PC 1202.1 ☐ other (specify):
    b. ☐ DNA pursuant to ☐ PC 290.2 ☐ other (specify):

11. Other orders (specify): Defendant is to register pursuant to H&S 11590.

12. Execution of sentence imposed
    a. ☒ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☐ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other (specify):

13. CREDIT FOR TIME SERVED

| CASE NUMBER | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| 2-172024-2 .A | 188 | 126 | 62 | ☒ 4019 ☐ 2933.1 |
| 4-105855-1 .B | 188 | 126 | 62 | ☒ 4019 ☐ 2933.1 |
| .C | | | | ☐ 4019 ☐ 2933.1 |
| .D | | | | ☐ 4019 ☐ 2933.1 |

DATE SENTENCE PRONOUNCED 7-7-99

SERVED TIME IN STATE INSTITUTION ☐ DMH ☐ CDC ☐ CRC

14. The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.

To be delivered to ☒ the reception center designated by the director of the California Department of Corrections.
☐ other (specify):

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE  DATE  7-7-99

CR-290 [Rev January 1, 1999]  ABSTRACT = JUDGMENT—PRISON COMMITMENT—ETERMINATE  Page two