SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF CONTRA COSTA

FILED
JUL 7 - 1999
K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By _____ Deputy Clerk

**Department 21**         Date: 7-7-99
Hon. MICHAEL COLEMAN, Judge         D. CHRISTIE, Court Clerk
Warren E. Rupf, Sheriff         R. MASELLI, CSR

**Present:**
**PEOPLE OF THE STATE OF CALIFORNIA**         Dep. DA: K. ZELES

vs,         Def Cnsl: HOEHN

**JOSE DEJESUS GUTTIEREZ,**
**Defendant**         Dep. P.O.: K. MARTELL

FILED
BAY MUNICIPAL COURT
JUL 1 3 1999
By _____ Deputy

NATURE OF PROCEEDINGS:         Docket No. **2-172024-2 (4)**

**WAIVER OF PRELIMINARY EXAMINATION**
**CHANGE OF PLEA**
**STATE PRISON SENTENCE**

**MICHAEL COLEMAN, SUPERIOR COURT JUDGE, SITTING AS MAGISTRATE FOR BAY JUDICIAL DISTRICT.**

The defendant is present with the help of a certified interpreter-Maria Cruz, he is advised of his constitutional rights and waives his rights to preliminary hearing, to confront and cross-examine witnesses, to present evidence and against self-incrimination.
The Court, after making the necessary findings, accepts the Defendant's waiver of a preliminary hearing.

The Defendant is advised of his constitutional rights and waives the filing of an Information at this time, waives an advisement of rights, waives any irregularities in these proceedings and consents to the use of the Criminal Complaint for the purpose of arraignment and plea.

The Defendant waives re-reading of the Complaint.

The Court accepts the defendant's written Advisement of Rights and Waiver form filed this date. The defendant acknowledges his signature in open court on said form.

Upon Motion by the District Attorney the enhancement is amended to be Health and Safety Code Section 11370.4(b)(1).

The Defendant now requests and is permitted to withdraw his plea of Not Guilty and enters a plea of No Contest to violation of California Health and Safety Code Section 11378 (POSSESSING CONTROLLED SUBSTANCE) as charged in Count One of the Complaint, and a violation of Health and Safety Code Section 11379(a)(SELLING CONTROLLED SUBSTANCE) as set forth in Count Two of the Complaint and admits the health and Safety Code Section 11370.4(b)(1) enhancement.

This is a 1192.5 disposition.

The Court makes the necessary findings and accepts the Defendant's plea No Contest and finds the defendant guilty.

**The Court finding good cause, hereby certified this matter to the Superior Court; the Honorable MICHAEL COLEMAN, SITTING AS JUDGE OF THE SUPERIOR COURT:**

The Defendant waives referral to the Probation Officer.

Page 2 Peop vs Guttierez 2-172024-2 (4)

The Defendant waives formal arraignment for judgment and has no legal cause why judgment should not now be pronounced.

Probation is denied. The Court sentences the defendant to the Department of Corrections for a total fixed term of 2 years as follows:

Count One Mid-Term 2 years
Count Two Lower Term 2 years concurrent to Count One
H&S 11370.4(b)(1) Enhancement 3 years -stricken

The Court orders the Defendant to pay a $400.00 restitution/fine (per PC 1202.4). and further orders a $400.00 Parole/restitution fine per PC 1202.45 which is stayed unless parole is revoked.

Defendant is to pay a laboratory analysis fee per H&S 11372.5 of $50.00 and a drug education fee per H&S 11372.7 of $100.00.

Defendant is ordered to register pursuant to Health and Safety Code Section 11590.

Defendant's license is suspended for a period of 6 months.

Preliminary hearing date of 7-20-99 is hereby ordered vacated.

Defendant is entitled to 188 days presentence credits as follows: 126 days actual local custody days plus 62 days conduct credits.

Defendant is remanded

Clerk of the Court   BY _____
                         D. CHRISTIE, Deputy

MINUTE ORDER