## PASSENGER TICKET AND BAGGAGE CHECK

See below for Airline Serial Number

PASSENGER NAME: PEREZ/BENJAMIN DE
DATE OF ISSUE: 04DEC

| FROM | CARRIER | FLIGHT | CLASS | DATE | TIME | STATUS | FARE BASIS | NOT VALID BEFORE | NOT VALID AFTER |
|---|---|---|---|---|---|---|---|---|---|
| SAN FRANCISCO | MX | 145 | M | 15DEC | 5000P | OK | MXE | | |
| GUADALAJARA | MX | 990 | M | 30JAN | 545P | OK | MWR | | 13FEB |
| SAN FRANCISCO | | | | | | | | | |

TOTAL USD 470.00

CONTROL NO. 8465052966 1
132  7722634333 1

---

# MEXICANA

CONTROL 73

NOMBRE / NAME: PEREZ/JOSE DE JESU
DE / FROM: GDL
A / TO: SFO
VUELO / FLIGHT: MX144
CLASE / CLASS: Q
SALIDA / DEPARTURE: 1905
FECHA / DATE: 29 JAN 93
ABORDAR / BOARDING: 1835
ASIENTO / SEAT: 23D
FUMAR: SMOK

## PASE DE ABORDAR
## BOARDING PASS



CICLO ESCOLAR 91-92
SELLO DEL PLANTEL: S.E.P. D.G.E.T. C.B.T.A. No. 32
14DTA0032E
Yahualica de G.C.
Jalisco
FIRMA DEL DIRECTOR

**Admission Number**
385384176 03

## Welcome to the United States

**I-94 Arrival/Departure Record - Instructions**

This form must be completed by all persons except U.S. Citizens, returning resident aliens, aliens with immigrant visas, and Canadian Citizens visiting or in transit.

Type or print legibly with pen in ALL CAPITAL LETTERS. Use English. Do not write on the back of this form.

This form is in two parts. Please complete both the Arrival Record (Items 1 through 13) and the Departure Record (Items 14 through 17).

When all items are completed, present this form to the U.S. Immigration and Naturalization Service Inspector.

**Item 7** - If you are entering the United States by land, enter **LAND** in this space. If you are entering the United States by ship, enter **SEA** in this space.

Form I-94 (04-15-86)Y

---

**Admission Number**
385384176 03

Immigration and Naturalization Service
I-94 Arrival Record

Deferred until: Feb. 05, 1993
Purpose: To Complete Inspection
SFR 448   JAN 28 1993
(Port)   (Date)   (Officer)

1. Family Name: PEREZ
2. First (Given) Name: BENJAMIN
3. Birth Date (Day/Mo/Yr): 08/21/66
4. Country of Citizenship: MEXICO
5. Sex (Male or Female): MALE
6. Passport Number:
7. Airline and Flight Number: 144 MIXICANA
8. Country Where You Live: USA
9. City Where You Boarded: GUADALAJARA
10. City Where Visa Was Issued:
11. Date Issued (Day/Mo/Yr):
12. Address While in the United States (Number and Street): 22 MADISON #2
13. City and State: WEST PITTSBURG CA 94565

**Departure Number**
385384176 03

Immigration and Naturalization Service
I-94 Departure Record

Deferred until: Feb. 05, 1993
Purpose: To Complete Inspection
SFR 448   JAN 28 1993
(Port)   (Date)   (Officer)

14. Family Name: PEREZ
15. First (Given) Name: BENJAMIN
16. Birth Date (Day/Mo/Yr): 08/21/66
17. Country of Citizenship: MEXICANO

See Other Side   STAPLE HERE

---

U.S. Department of Justice
Immigration and Naturalization Service
OMB 1115-0077

**Admission Number**
385384185 03

## Welcome to the United States

**I-94 Arrival/Departure Record - Instructions**

This form must be completed by all persons except U.S. Citizens, returning resident aliens, aliens with immigrant visas, and Canadian Citizens visiting or in transit.

Type or print legibly with pen in ALL CAPITAL LETTERS. Use English. Do not write on the back of this form.

This form is in two parts. Please complete both the Arrival Record (Items 1 through 13) and the Departure Record (Items 14 through 17).

When all items are completed, present this form to the U.S. Immigration and Naturalization Service Inspector.

**Item 7** - If you are entering the United States by land, enter **LAND** in this space. If you are entering the United States by ship, enter **SEA** in this space.

Form I-94 (04-15-86)Y

---

**Admission Number**
385384185 03

Immigration and Naturalization Service
I-94 Arrival Record

Deferred until: Feb. 05, 1993
Purpose: To Complete Inspection
SFR 448   JAN 28 1993
(Port)   (Date)   (Officer)

1. Family Name: PEREZ GUTIERREZ
2. First (Given) Name: JOSE DE JESUS
3. Birth Date (Day/Mo/Yr): 10/23/75
4. Country of Citizenship: MEXICO
5. Sex (Male or Female): MALE
6. Passport Number:
7. Airline and Flight Number: 144 Mexicana
8. Country Where You Live: USA
9. City Where You Boarded: Guadalajara
10. City Where Visa Was Issued:
11. Date Issued (Day/Mo/Yr):
12. Address While in the United States (Number and Street): 22 Madison #2
13. City and State: West Pittsburg, CA 94565

**Departure Number**
385384185 03

Immigration and Naturalization Service
I-94 Departure Record

Deferred until: Feb. 05, 1993
Purpose: To Complete Inspection
SFR 448   JAN 28 1993
(Port)   (Date)   (Officer)

14. Family Name: Perez
15. First (Given) Name: Jose de Jesus
16. Birth Date (Day/Mo/Yr): 10/23/75
17. Country of Citizenship: Mexicano

See Other Side   STAPLE HERE

## Left Form

This Side For Government Use Only

**Primary Inspection**

Applicant's Name _____
Date Referred _____ Time _____ Insp. # _____

**Reason Referred**

☐ 212A  [ ]  [ ]   ☐ PP   ☐ Visa   ☐ Parole   ☐ SLB   ☐ TWOV
☐ Other _____

**Secondary Inspection**

End Secondary Time _____ Insp. # _____
Disposition _____

| 18. Occupation | 19. Waivers |
| --- | --- |
| 20. INS File<br>A-37448609 | 21. INS FCO |
| 22. Petition Number | 23. Program Number |
| 24. ☐ Bond | 25. ☐ Prospective Student |

26. Itinerary/Comments

27. TWOV Ticket Number

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation.  #A37448609
**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

**Surrender this permit when you leave the U.S.:**
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

**Record of Changes**

Port: _____  **Departure Record**
Date:
Carrier:
Flight #/Ship Name:

## Right Form

This Side For Government Use Only

**Primary Inspection**

Applicant's Name _____
Date Referred _____ Time _____ Insp. # _____

**Reason Referred**

☐ 212A  [ ]  [ ]   ☐ PP   ☐ Visa   ☐ Parole   ☐ SLB   ☐ TWOV
☐ Other _____

**Secondary Inspection**

End Secondary Time _____ Insp. # _____
Disposition _____

| 18. Occupation | 19. Waivers |
| --- | --- |
| 20. INS File<br>A-37448604 | 21. INS FCO |
| 22. Petition Number | 23. Program Number |
| 24. ☐ Bond | 25. ☐ Prospective Student |

26. Itinerary/Comments

(I-546)

27. TWOV Ticket Number

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation.  #A37448604  (I-546)
**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

**Surrender this permit when you leave the U.S.:**
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

**Record of Changes**

Port: _____  **Departure Record**
Date:
Carrier:
Flight #/Ship Name: