1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-334 CRB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING SENTENCING |
| | ) | |
| JOSE JESUS GUTIERREZ RODRIGUEZ, | ) | Current Date: January 30, 2008 |
| | ) | Time: 2:15 p.m. |
| Defendant. | ) | Court: The Honorable |
| | ) | Charles R. Breyer |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from January 30, 2008, to February 13, 2008, at 2:15 p.m. The purpose of the date change is due to allow defense counsel adequate time to respond to the government's sentencing memorandum, which addresses issues not contained in the Presentence Report.

It is so stipulated.

DATED:   1/28/2008            _____/S/_____
                              ELIZABETH M. FALK
                              Assistant Federal Public Defender


DATED:   1/28/2008            _____/S/_____
                              WENDY THOMAS
                              Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:                        _____
                              THE HONORABLE CHARLES R. BREYER
                              UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP & ORDER CONTINUING
APPOINTMENT OF COUNSEL
*United States v. Steven Michael Gill*
CR 03-0311 MAG                                                      - 2 -