1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 07-334 CRB |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING SENTENCING |
| JOSE JESUS GUTIERREZ RODRIGUEZ, | ) | Current Date: January 30, 2008 |
| | ) | Time: 2:15 p.m. |
| Defendant. | ) | Court: The Honorable |
| | ) | Charles R. Breyer |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from January 30, 2008, to February 13, 2008, at 2:15 p.m. The purpose of the date change is due to allow defense counsel adequate time to respond to the government's sentencing memorandum, which addresses issues not contained in the Presentence Report.

It is so stipulated.

DATED:   1/28/2008                    /S/
                                      ELIZABETH M. FALK
                                      Assistant Federal Public Defender

DATED:   1/28/2008                    /S/
                                      WENDY THOMAS
                                      Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 29, 2008

                                      THE HONORABLE CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE