| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: Barbara Espinoza |

**CRIMINAL PRETRIAL MINUTES**

**FILED**

Date: **February 13, 2008**

FEB 1 3 2008

Reporter: **Connie Kuhl**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR-07-0334-CRB**           DEFT: **JOSE JESUS GUTIERREZ-RODRIGUEZ**
                                                         (X)Present

AUSA: Wendy Thomas                          DEF ATTY: Elizabeth Falk
Spanish Interpreter: Melinda Basker
USPO: Jacqueline Sharpe

**REASON FOR HEARING** Judgment and Sentencing

**RESULT** The Court amends the PSR as stated in open court. The Court finds an adjusted offense level of 21, Defendant's motion for downward departure is granted

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** forty-six (46) months upon release to three (3) years supervised release under the standard and additional conditions set forthwith. Assessment: $100.00; Fine: waived.

Notes: defendant remanded to custody